# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| JEANNA NORRIS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-00756 |
| vs. | ) ) | |
| PRESIDENT SAMUEL L. STANLEY, JR., in his official capacity as President of Michigan State University; DIANNE BYRUM, In her official capacity as Chair of the Board of Trustees, DAN KELLY, in his official capacity as Vice Chair of the Board of Trustees; and RENEE JEFFERSON, PAT O'KEEFE, BRIANNA T. SCOTT, KELLY TEBAY, and REMA VASSAR in their official capacities as Members of the Board of Trustees, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF MARCUS ZERVOS, M.D.

**I.    Background**

1.      I am over 18 years of age. This declaration is based upon my own personal and professional knowledge and experience.

2.      I am competent to testify as a medical expert to the facts and matters set forth herein. A true and accurate copy of my CV is attached hereto as **Exhibit A**.

3.      I am currently an Infectious Disease physician with the Henry Ford Health System, where I am the Division Head of Infectious Diseases. I previously served as Medical Director of Infection Prevention and Associate Director of Research for Clinical Trials.

1

4.      I am also Assistant Dean of Global Affairs for the Wayne State University School of Medicine and Professor of Medicine in the Wayne State University, Infectious Diseases Section, Department of Internal Medicine.

5.      I have been an Infectious Disease physician for the last 35 years, and I have cared for or supervised the care of hundreds of COVID-19 patients. As a frontline doctor caring for COVID-19 patients, I know firsthand the devasting impact of this infection. I was appointed the advisor to the Detroit Mayor's office and Detroit Health Department for COVID-19 in March of 2020, and I continue to work extensively to address COVID-19 prevention and public health in Detroit including vulnerable populations and schools.

6.      I have been principal investigator of hundreds of clinical trials, many with the CDC and including dozens of studies of COVID-19 involving studies of epidemiology, risk factors, outcomes, therapy and prevention, including vaccine studies.

7.      I am Board Certified in Infectious Disease and Internal Medicine.

8.      I am a member of several review panels including Centers for Disease Control and Prevention. I am a member and Fellow of the American College of Physicians and the Infectious Diseases Society of America.

9.      I was awarded the James H. Nakano Citation and Charles C. Shepard Science awards by the U.S. Centers for Disease Control and Prevention for my work with resistant Staphylococcus aureus, and Womack Humanitarian Award for International work and work in underserved areas of Michigan

10.      I earned my B.S. and my M.D. from Wayne State University and completed a fellowship in Infectious Disease at the University of Michigan.

11.     Prior to joining the faculty at Wayne State, I served as an assistant professor of Internal Medicine and Laboratory Medicine, Section of Infectious Diseases, at the Yale School of Medicine.

12.     I was also previously the Director of Research at William Beaumont Hospital.

13.     I have published over 370 peer reviewed papers and 560 published abstracts related to Infectious Disease.

## II.     Analysis

### A.     COVID-19

14.     COVID-19 is an infectious disease caused by the novel coronavirus (SARS-CoV-2) that primarily spreads through respiratory droplets and aerosol transmission.

15.     COVID-19 may result in immediate severe illness and/or long-term ongoing health problems, extending several weeks or months. COVID-19 can also be fatal. CDC, *Benefits of Getting a COVID-19 Vaccine, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/vaccine-benefits.html* (last updated Aug. 16, 2021).

16.     Certain individuals are at increased risk of suffering severe illness or death if they contract COVID-19, and thus are more likely to need more serious medical intervention, including hospitalization, intensive care, and a ventilator. Individuals who are at increased risk of suffering severe COVID-19 include:

a.     Adults over age 45;

b.     Disabled individuals;

c.     Members of many racial and ethnic minority groups;

d.     Immunocompromised individuals;

e.     Current or former smokers;

f.      Individuals who are overweight or obese;

g.      Individuals who have received organ or blood stem cell transplants;

h.      Individuals who have suffered a stroke; and

i.      Individuals with certain other underlying medical conditions, including, among others, cancer, chronic kidney disease, chronic lung diseases, dementia and other neurological conditions, diabetes (type 1 or type 2), Down syndrome, heart conditions, HIV infection, liver disease, sickle cell disease, cerebrovascular disease, and substance use disorders. CDC, *People with Certain Medical Conditions*, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last updated Aug. 20, 2021); CDC, *People with Underlying Medical Conditions at Increased Risk from COVID-19*, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations/underlying-conditions.html (last updated Sept. 1, 2021).

17.      Individuals of all ages who contract COVID-19 risk giving it to others with whom they interact, who may suffer severe illness or death.

**B.      The Impact of COVID-19**

18.      According to the Michigan Department of Health and Human Services (MDHHS), Michigan's first presumed-positive cases of COVID-19 were identified on March 10, 2020. *See* Executive Order No. 2020-4, Declaration of State of Emergency (last visited September 2, 2021) *available at*: https://www.michigan.gov/whitmer/0,9309,7-387-0499_90705-21576--,00.html.

19.      Between March 10, 2020 and September 3, 2021, Michigan has had 955,640 confirmed cases of COVID-19 with 20,367 deaths.  *See* Where We Stand with COVID-19, https://michigan.gov/coronavirus (last visited Sept. 3, 2021). According to the CDC, an

estimated 28.1% of Michigan's population has been infected with COVID-19. *See* CDC, *COVID Data Tracker, Nationwide Commercial Laboratory Seroprevalence Survey*,

https://covid.cdc.gov/covid-data-tracker/#national-lab  (last updated Aug. 26, 2021).

20.     180,437 of Michigan's positive COVID-19 cases have been reported by individuals between the ages of 20 and 29. Individuals aged 20 through 29 have reported more positive COVID-19 cases than any other age demographic. Some of those individuals have died from the virus.  Increasingly younger aged individuals have suffered severe infection, and hospitalization. *See Michigan Data, Demographics*,

https://www.michigan.gov/coronavirus/0,9753,7-406-98163_98173---,00.html (last visited Sept. 3, 2021).

21.     The CDC currently estimates that there have been approximately 39.5 million cases of COVID-19 in the United States and over 640,000 people have died from COVID-19 in the United States. *See* CDC, *COVID Data Tracker, Nationwide Commercial Laboratory Seroprevalence Survey*, *https://covid.cdc.gov/covid-data-tracker/#national-lab* (last updated Aug. 26, 2021).

22.     Nationwide, individuals aged 18-29 have accounted for the largest cumulative number of COVID-19 cases compared to other age groups. CDC, *Risk for COVID-19 Infection, Hospitalization, and Death by Age Group*, https://www.cdc.gov/coronavirus/2019-ncov/covid-data/investigations-discovery/hospitalization-death-by-age.html (last updated July 29, 2021).

23.     Over 700,000 cases of COVID-19 have been linked to colleges and universities in the U.S. since the pandemic began and more than 260,000 COVID-19 cases have been linked to colleges and universities just since January 1, 2021. As of May 26, 2021, MSU had reported 4,312 cases. *Tracking Coronavirus Cases at U.S. Colleges and Universities*, THE NEW YORK

TIMES, *https://www.nytimes.com/interactive/2021/us/college-covid-tracker.html* (last updated May 26, 2021). As of August 31, 2021, Ingham County, Michigan (where MSU's primary campus is located) had reported 26,568 cases of COVID-19.  *Covid-19 Dashboard, Ingham County, Michigan*, https://ichd.maps.arcgis.com/apps/dashboards/ d9fd5db6d01348fdb1b9f8d1516bb825 (last visited Aug. 31, 2021).

      **C.**    **COVID-19 Vaccinations**

     24.    Vaccinating individuals against COVID-19 currently is the leading prevention strategy to protect individuals from the virus and end the pandemic. CDC, *Guidance for [IHEs]*, *https://www.cdc.gov/coronavirus/2019-ncov/community/colleges-universities/index.html* (last updated Dec. 29, 2020).

     25.    There are three COVID-19 vaccinations available at no cost: the Pfizer-BioNTech vaccine (recently FDA approved as "Comirnaty"), the Moderna vaccine, and the Johnson & Johnson vaccine (collectively, "COVID-19 Vaccines").

     26.    All three COVID-19 Vaccines have been studied in robust multi-centered, international, randomized-controlled trials. The clinical trials were done in over 100,000 subjects and the COVID-19 Vaccines have proven both effective and safe in millions of people.

     27.    All three COVID-19 Vaccines have demonstrated a very high rate of efficacy (Pfizer 95%, Moderna 94.1%, Johnson & Johnson 72%). Kathy Katella, *Comparing the COVID-19 Vaccines: How Are They Different*, YALE MEDICINE (Aug. 26, 2021) https://www.yalemedicine.org/news/covid-19-vaccine-comparison. These rates are much higher than annual influenza vaccination (30-60% effective depending on the year).

     28.    Each of the COVID-19 Vaccines has been proven safe and effective. CDC, *COVID-19 Vaccines Work*, https://www.cdc.gov/coronavirus/2019-

ncov/vaccines/effectiveness/work.html (last updated Aug. 16, 2021) ("Research shows that all COVID-19 vaccines authorized for use in the United States provide protection against COVID-19."). Each was developed using long-standing science and scientific techniques. Each went through all the federally mandated stages of clinical trials, which include extensive testing and monitoring. Each has received and continues to undergo the most intensive safety monitoring in U.S. history. The fact that two of the COVID-19 Vaccines are currently available under Emergency Use Authorization in no way undermines their safety or efficacy.

29.     The COVID-19 Vaccines help prevent the spread of COVID-19 and are effective against COVID-19 variants. Anoop Shah et al., Letter to the Editor, N. ENG. J. MED. (Sept. 8, 2021), https://www.nejm.org/doi/full/10.1056/NEJMc2106757.

30.     Because it takes the human body time to build antibodies to COVID-19, individuals who receive a COVID-19 Vaccine are considered "fully vaccinated" two weeks after their second dose of a two-dose vaccine or two weeks after a one-dose vaccine.

31.     Fully vaccinated individuals are less likely to catch COVID-19 if exposed to it and less likely to spread it to others.

32.     The COVID-19 Vaccines also help stop mutation of COVID-19, which helps prevent the emergence and spread of variants.

**D.     Current COVID-19 Risks**

33.     The COVID-19 pandemic is ongoing. Currently, the CDC advises that the risk of community transmission of COVID-19 in Michigan is "high." Michigan residents continue to report hundreds of new COVID-19 cases each day. Michigan remains in an area of continuing high transmission with an average number of new confirmed cases of approximately 1578 per

day. MDHHS, *Where We Stand with COVID-19*, michigan.gov/Coronavirus (last visited Sept. 8, 2021).

34.     Additionally, variants of the COVID-19 virus continue to develop and spread throughout the country. These variants increase the risks associated with contracting and spreading COVID-19 because they spread more easily than the original strain of COVID-19 and can cause more severe infection. Vaccination prevents the development and spread of variants including new variants.

35.     Michigan, specifically, has seen an increase in variants of the original COVID-19 strain. As of August 2021, over 96% of the samples tested in Michigan are positive for a variant, and the Delta variant and Mu variant are both confirmed to be present in Michigan. *Michigan State Synopsis*, (Aug. 27, 2021), https://healthdata.gov/Community/COVID-19-State-Profile-Report-Michigan/s8hn-gz3c; Press Release, MDHHS identifies first Michigan case of new COVID-19 variant, B.1.1.7 in Washtenaw County, https://www.michigan.gov/coronavirus/0,9753,7-406-98158-549766--,00.html (last visited Sept. 8, 2021).

36.     COVID-19 remains a particular threat to those who are unvaccinated.

37.     According to the MDHHS, from January to July 2021, unvaccinated Michiganders accounted for 98% of COVID cases, 95% of hospitalizations and 96% of deaths. Press Release, MDHHS, MDHHS renews call for Michiganders to get vaccinated following Pfizer COVID-19 vaccine recommendation by CDC's Advisory Committee on Immunization Practices (Sept. 1, 2021), https://www.michigan.gov/coronavirus/0,9753,7-406-98158-567102--,00.html.

38.     All individuals are equally likely to contract COVID-19.

39.     Evidence shows that antibody responses following COVID-19 vaccination provide better protection against some circulating variants than does natural infection. Xianding Deng, et al., *Transmission, infectivity, and neutralization of a spike L452R SARS-CoV-2 variant* (June 24, 2021) https://pubmed.ncbi.nlm.nih.gov/33991487/. Deng, et al. found a two to six times better immune response in immunized individuals over those who had natural infection, and Stamatatos, et al. found immunization after recovery from COVID-19 boosted immune response up to 1000 fold. Leonidas Stamatatos, et al., *mRNA vaccination boosts cross-variant neutralizing antibodies elicited by SARS-CoV-2 infection* (Mar. 25, 2021) https://pubmed.ncbi.nlm.nih.gov/33766944/.

40.     The likelihood of reinfection after COVID-19 varies by time since prior infection, behavior, and risk factors for infection vary by individual. The likelihood of reinfection after COVID-19 is at least two times higher for individuals with prior COVID-19 infection than for immunized individuals. Alyson M. Cavanaugh et al., *Reduced Risk of Reinfection with SARS-CoV-2 After COVID-19 Vaccination—Kentucky, May-June 2021* (Aug. 13, 2021), https://www.cdc.gov/mmwr/volumes/70/wr/mm7032e1.htm. Reinfected patients can infect others.

41.     Immunization after natural infection with COVID-19 is recommended by the vast majority of experts, including every major medical society, the NIH, and the CDC, including the Advisory Committee on Immunization Practices (ACIP) which is an authoritative agency which makes recommendations for immunization to clinicians in the United States.

**E.     Response to Plaintiff's Experts**

42.     I have reviewed the joint declaration of Drs. Bhattacharya and Kulldorff. This declaration reflects my response to their opinions.

***Vaccine Immunity and Natural Immunity are not equivalent and individuals previously infected with COVID-19 should still be vaccinated.***

43.     In response to paragraphs 15-24, the COVID-19 vaccines provide a known level of resistance to and protection from COVID-19 for a sustained period of time. Conversely, while individuals who have had COVID-19 might have some antibodies even after their infection has passed that provide protection against COVID-19, the amount of protection that these individuals have against the virus varies from person to person and wanes over time. As these individuals' natural immunity decreases, their risk of contracting COVID-19 increases.

44.     I agree with Drs. Bhattacharya and Kulldorff that all components of the immune system are important in the defense against infectious agents. Both immunization and natural infection generate both humeral (antibody) and cellular (T and B) cell responses. Antibody levels lasting at least a year have been shown with current vaccines. There is clear evidence that the level of antibody is associated with infection risk and severity of infection. However, the level of antibody that is protective against infection is not known and varies from individual to individual. Pyoeng Gyun Choe et al., *Antibody Response to SARS-CoV-2 at 8 Weeks Postinfenction in Asymptomatic Patients*, EMERGING INFECTIOUS DISEASES (June 24, 2021) https://wwwnc.cdc.gov/eid/article/26/10/20-2211_article. It is also known that antibody levels may not develop at all in some individuals after natural infection, may fall as early as 90 days after COVID-19 infection, and are believed to persist likely for 6-8 months and up to a year in some individuals. Evidence that any cellular immunity persists after that point, or the role it has in preventing reinfection following natural infection is not known.

45.     It is incorrect to say that natural immunity provides greater protection against severe infection than immunity generated by mRNA vaccines (as Drs. Bhattacharya and

Kulldorff state in paragraph 18). The current vaccines are highly effective in preventing infection, including severe infection. We now have over a year of data from the clinical trials and real world experience to indicate the vaccines remain effective in preventing disease, including new variants, for over a year — not only in the clinical trials but in millions of individuals that have received the vaccine. Persons hospitalized in the USA with COVID-19 generally have not been immunized. The finding of reinfections after natural infection with COVID-19 suggests that long term immunity (antibody and cellular) does not occur and cellular immunity alone is not sufficient to protect an individual from subsequent infection. This is not surprising given what we know about respiratory viruses such as influenza where it is necessary to vaccinate annually.

### Studies suggest COVID-19 reinfection is not rare.

46.     The COVID-19 Health Action Response for Marines (CHARM) measured reinfection in more than 3,000 young heath US Marines over the course of 6 weeks. Study participants were between the ages of 18-20. 2,436 patients were followed to the end of the study. Their study findings showed reinfection in 10% of subjects and that participants who are reinfected with SARS-CoV-2 had lower antibody levels than those that were not reinfected. Andrew G. Letizia et al., *SARS-CoV-2 seropositivity and subsequent infection risk in healthy young adults: a prospective cohort study*, 9 THE LANCET 712 (April 15, 2021) https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(21)00158-2/fulltext. Another study of 1278 patients showed a reinfection rate of 4.8 percent at 90 days (58.5% were symptomatic). Megan M. Sheehan et al., *Reinfection Rates among Patients who Previously Tested Positive for COVID-19: a Retrospective Cohort Study*, (Mar. 15, 2021) https://pubmed.ncbi.nlm.nih.gov/33718968/. Other studies have suggested lower rates of reinfection, Victoria Jane Hall, et al., *SARS-CoV-2 infection rates of antibody-positive compared*

*with antibody-negative health-care workers in England: a large, multicenter, prospective cohort*

*study (SIREN).* 397 THE LANCET 1459 (Apr. 9, 2021)  https://www.thelancet.com/journals

/lancet/article/PIIS0140-6736(21)00675-9/fulltext, however these studies are limited by lack of

long term follow up, difficulty with diagnosis, retrospective study design, and lack of systematic

testing of patients. In short, experts in the field believe immunity to COVID-19 natural infection

wanes after 90 days, and lasts in most individuals for six to eight months at most. Immunity,

antibody responses and severity of infection have considerable individual patient variability.

47.     I have reviewed the Declaration of Dr. Hooman Noorchashm stating that Ms.

Norris tested positive for COVID-19 on November 21, 2020. He explains that on November 19,

2020, Ms. Norris fell ill with severe headache and dry cough, later followed by myalgias and

arthralgias and then later loss of taste and smell. She had a Rapid COVID-19 antigen test on

November 21, 2020 that was positive. Dr. Noorchashm further states that on August 20, 2021,

Ms. Norris had a semiquantitative antibody test done by LabCorp which measured 59.7U/ml

with a cut off for negative of <0.8U/ml. Per Dr Noorchashm's declaration, Ms. Norris also had a

positive of  IgG spike antibody assay and nucleocapsid antibody. As a result, he concludes that

her "antibody level is highly likely to be above the minimum necessary to provide adequate

protection against re-infection." (¶ 7). At the time of my writing of this report, the laboratory

report itself is not available to me. I also do not have additional information about Ms. Norris's

medical history.

48.     LabCorp is a reliable testing laboratory, it uses the Roche Cobas for spike IgG

with a limit of detection is 0.4 U/mL; the cutoff for a positive test is 0.8 U/mL. Information on

the upper limit of testing isn't available, however their sample test report PDFReportServlet

(labcorp.com) shows a 1245.0 U/mL result, indicating Ms. Norris has a medium level result. Ms. Norris's results indicate that nine months after her infection, she continues to have antibodies.

49.     Earlier studies have shown that after natural infection, some patients do not develop antibodies at all or antibody levels can decline in as early as a few weeks, and exponentially in the first 90 days after infection. Antibodies can be present for up to 6-8 months and, in rare instances, for a year. Therefore, based on currently available information and the consensus of experts, including the CDC and ACIP, if Ms. Norris was my patient I would advise her to be immunized not only for her health but also for the health of people around her. Just because her antibody level is positive in August of 2021, this is not relevant to the need to be immunized, since it likely will be negative in the next few months at most, if it is not already negative, making her susceptible to reinfection. Even if her antibody level remains positive, she will get boosted immunity from the vaccine that will prevent infection with new variants. The vaccine will boost her immunity to protect her for another year most likely, and it will offer protection against the new variants that she was not exposed to November 2020, when she had natural infection. Furthermore in response to Drs. Noorchashm, Bhattacharya and Kulldorff, there is no evidence from the literature, clinical trial information or published real world experience with vaccines that Ms. Norris would be expected to have a more serious side effect from the vaccine because she had COVID-19. The assertion that there are more side effects from the vaccine (transient fever and lymph node swelling) in someone with prior infection is based on retrospective, observational data, from patients self- reporting symptoms. It is not based on prospective, randomized, blinded controlled trial data. It is clear from all available evidence that the risk of the vaccine is less than infection, including for Ms. Norris who had prior infection, with a positive antibody in August of 2021.

50.     There is no reliable way to confirm previous exposure to COVID. Serologic tests for COVID-19 "antibodies" have a wide range of specificity (and vary across platform).

51.     Using a serologic test to equate to immunity is not evidence-based and not recommended by the CDC. CDC, *Test for Past Infection*, https://www.cdc.gov/coronavirus/2019-ncov/testing/serology-overview.html (last updated July 15, 2021).

### *Rationale for the CDC recommendation for vaccination of patients that have recovered from COVID-19*

52.     The CDC and MDHHS recommend vaccination for those who have been infected naturally with COVID-19 and there is emerging evidence that vaccination may provide additional protection against the virus and a broader spectrum of protection to variants than natural infection. Francis Collins, *How Immunity Generated from COVID-19 Vaccines Differs from an Infection*, NIH DIRECTOR'S BLOG (June 22, 2021) https://directorsblog.nih.gov/2021/06/22/how-immunity-generated-from-covid-19-vaccines-differs-from-an-infection/); CDC, *Frequently Asked Questions about COVID-19 Vaccination*, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/faq.html (last updated Sept. 3, 2021); MDHHS, *COVID-19 Vaccines Frequently Asked Questions* (Aug. 24, 2021) https://www.michigan.gov/documents/coronavirus/ COVID-19_Vaccine_Public_FAQ_FINAL_710077_7.pdf at 5.

53.     I disagree with Drs. Bhattacharya and Kulldorff, (paragraphs 36-42) and Dr. Noorchashm that vaccination should not be given to persons recovered from COVID-19. The scientific evidence from laboratory studies, clinical trials, and real world experience does not support their position. Studies have shown clear evidence that antibody responses following COVID-19 vaccination provide better neutralization of some circulating variants, and a broader

range of antibodies than does natural infection. Again, Deng, et al., found a two to six times better immune response in immunized individuals than those with natural infection, and Stamatatos, et al. found immunization after recovery from COVID-19 boosted immune response up to 1000 fold. Xianding Deng, et al., *Transmission, infectivity, and neutralization of a spike L452R SARS-CoV-2 variant* (June 24, 2021) https://pubmed.ncbi.nlm.nih.gov/33991487/;  Leonidas Stamatatos, et al., *mRNA vaccination boosts cross-variant neutralizing antibodies elicited by SARS-CoV-2 infection* (Mar. 25, 2021) https://pubmed.ncbi.nlm.nih.gov/33766944/.  Similarly, Kang, et al, showed a 30 to 40 times higher antibody response to mRNA vaccination after COVID-19 infection than in infection alone. Yu Min Kang et al., *SARS-CoV-2 Antibody Response to the BNT162b2 mRNA Vaccine in Persons with Past Natural Infection* (Jan. 5, 2021), https://jkms.org/DOIx.php?id=10.3346/jkms.2021.36.e250.  Level of antibody was also correlated with severity of disease, and as above, reinfection is twice as common in someone with natural COVID-19 infection than infection if immunized. Pyoeng Gyun Choe et al., *Antibody Response to SARS-CoV-2 at 8 Weeks Postinfenction in Asymptomatic Patients*, EMERGING INFECTIOUS DISEASES (June 24, 2021) https://wwwnc.cdc.gov/eid/article/26/10/20-2211_article.

54.     I further disagree with Drs. Bhattacharya and Kulldorff that immunization does not confer lasting immunity from COVID-19, or that immunization after COVID-19 does not provide better protection over the short and long term against the virus.  After immunization, multiple studies have shown durable immune response with all of the currently available vaccines. The following lines of evidence need to be considered:

55.     First, laboratory studies of antibody activity and immune response after COVID-19 vaccination have shown that all available vaccines have good activity against all tested

SARS-CoV-2 variants. There is an association between the level of antibodies, and activity inhibiting the virus in the laboratory studies against all variants. Dean Follmann et al., *Assessing Durability of Vaccine Effect Following Blinded Crossover in COVID-19 Vaccine Efficacy Trials*, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7745130/; Venkata-Viswanadh Edara et al., Letter to the Editor, N. ENG. J. MED. (Aug. 12, 2021), https://www.nejm.org/doi/full/10.1056/NEJMc2107799?query=TOC&cid=NEJM%20eToc,%20July%208,%202021%20DM132552_NEJM_Non_Subscriber&bid=539052885%207-Jul; Allison J. Greaney et al., *Antibodies elicited by mRNA-1273 vaccination bind more broadly to the receptor binding domain than do those from SARS-CoV-2 infection* SCIENCE (June 30, 2021), https://stm.sciencemag.org/content/13/600/eabi9915; Yang Liu et al., *Neutralizing Activity of BNT162b2-Elicited Serum*, (Apr. 15, 2021), https://pubmed.ncbi.nlm.nih.gov/33684280/.

56.     Second, studies have found stronger immune response with vaccination after infection with COVID-19, than with prior COVID-19 alone. This includes both higher levels of antibodies and longer duration of protection. The stronger immune response will result in greater short and long term immunity against the virus. Thomas W. McDade, et al., *Durability of antibody response to vaccination and surrogate neutralization of emerging variants based on SARS-CoV-2 exposure history*, (Aug. 30, 2021), https://www.nature.com/articles/s41598-021-96879-3; Alice Cho et al., *Anti- SARS-CoV-2 Reporter Binding Domain Antibody Evolution after mRNA Vaccination*, (Aug. 30, 2021), https://doi.org/10.1101/2021.07.29.454333.

57.     Third, evidence for support of long-term immunity from vaccines provided by immunologic studies reflects that immunity lasts at least 6-8 months in most individuals and up to 12 months if the individual is not immune compromised. David S. Khoury et al., *Neutralizing antibody levels are highly predictive of immune protection from symptomatic SARS-CoV-2*

*infection*, (May 17, 2021),  https://www.nature.com/articles/s41591-021-01377-8;  Alice T.

Widge et al., Letter to the Editor, N. ENG. J. MED. (Jan. 7,

2021), https://www.nejm.org/doi/pdf/10.1056/NEJMc2032195?articleTools=true; Nicole Doria-

Rose et al., Letter to the Editor, N. ENG. J. MED. (June 10, 2021),

https://www.nejm.org/doi/full/10.1056/NEJMc2103916; Deborah Steensels, et al., *Comparison*

*of SARS-CoV-2 Antibody Response Following Vaccination With BNT162b2 and mRNA-1273*,

(Aug. 30, 2021),

https://jamanetwork.com/journals/jama/fullarticle/2783797?utm_campaign=articlePDF&utm_me

dium=articlePDFlink&utm_source=articlePDF&utm_content=jama.2021.15125; Amarendra

Pegu et al., *Durability of mRNA-1273 vaccine—induced antibodies against SARS-CoV-2*

*variants*, SCIENCE (Aug. 12, 2021)

https://science.sciencemag.org/content/early/2021/08/11/science.abj4176.

58.    Fourth, information from clinical trials that have been carried out to 13 months

shows continuing immunity and provides evidence for sustained effectiveness. Studies of mRNA

vaccines were started July and August of 2020 and continue to show high efficacy. In persons

that are infected after vaccination, infections are generally mild, even 13 months after the

introduction of vaccines in clinical trials. Serious infection and hospitalization remain rare in

persons immunized in the clinical trials. Fernando P. Polack et al., *Safety and Efficacy of the*

*BNT162b2 mRNA Covid-19 Vaccine*, N. ENG. J. MED. (Dec. 10, 2020)

https://www.nejm.org/doi/full/10.1056/NEJMoa2034577; Lindsey R. Baden et al., *Efficacy and*

*Safety of the mRNA-1273 SARS-CoV-2 Vaccine*, N. ENG. J. MED. (Dec. 30, 2020)

https://www.nejm.org/doi/full/10.1056/nejmoa2035389; Jerald Sadoff et al., *Safety and Efficacy*

*of Single-Dose Ad26.COV2.S Vaccine against Covid-19*, N. ENG. J. MED. (Apr. 21, 2021) https://www.nejm.org/doi/full/10.1056/NEJMoa2101544.

59.     Fifth, real world effectiveness studies (in addition to the randomized clinical trials) have been carried out to 13 months show continuing immunity and effectiveness in prevention of infection, with serious infection and hospitalization rare, providing evidence for sustained immunity as follows:

Real world effectiveness studies have shown mRNA vaccines for COVID-19 are highly effective during periods of Alpha and Delta variant prevalence, and have also shown sustained effectiveness of Pfizer-BioNTech and Moderna vaccines against COVID-19 associated hospitalizations among Adults — United States, March–July 2021. Arjun Puranik, *Comparison of two highly-effective mRNA vaccines for COVID-19 during periods of Alpha and Delta variant prevalence*, (Aug. 21, 2021), https://doi.org/10.1101/2021.08.06.21261707; CDC, *Sustained Effectiveness of Pfizer-BioNTech and Moderna Vaccines Against COVID-19 Associated Hospitalizations Among Adults –United States, March-July 2021*, (Aug. 27, 2021) https://www.cdc.gov/mmwr/volumes/70/wr/mm7034e2.htm?s_cid=mm7034e2_w.

The protection afforded by the BNT162b2 and mRNA-1273 COVID-19 vaccines in fully vaccinated cohorts was with and without prior infection. Laith J. Abu-Raddad et al., *Protection afforded by the BNT162b2 and mRNA-1273 COVID-19 vaccines in fully vaccinated cohorts with and without prior infection*, (July 26, 2021), https://doi.org/10.1101/2021.07.25.21261093.

60.     In immune compromised individuals, antibody responses after vaccination can be lower and levels can drop over time, more quickly suggesting need for a third or booster dose of vaccine which has recently been recommended by ACIP. CDC, *COVID-19 ACIP Vaccine*

*Recommendations*, https://www.cdc.gov/vaccines/hcp/acip-recs/vacc-specific/covid-19.html (last reviewed Aug. 30, 2021). This is an area under continuing study.

61.     Sixth, after natural infection, multiple studies have shown that immunity can wane within 6 months of COVID-19 infection. Some persons don't mount an antibody response at all. Pyoeng Gyun Choe et al., *Waning Antibody Responses in Asymptomatic and Symptomatic SARS-CoV-2 Infection*, (Oct. 30, 2020), https://pubmed.ncbi.nlm.nih.gov/33050983/; https://www.nature.com/articles/s41591-020-0965-6.pdf; Quan-Xin Long et al., *Clinical and immunological assessment of asymptomatic Sars-CoV-2 infections*, (June 18, 2020), https://pubmed.ncbi.nlm.nih.gov/32706954. In the study by Ibarrondo et al. there was an exponential decline in antibody levels shown at within the first 90 days of infection. F. Javier Ibarrondo et al., *Rapid Decay of Anti-SARS-CoV-2 Antibodies in Persons with Mild Covid-19*, (July 21, 2020), https://pubmed.ncbi.nlm.nih.gov/32706954/. The protective role of antibodies against SARS-CoV-2 is that antibodies are a reasonable correlate of antiviral immunity, and anti–receptor-binding domain antibody levels correspond to plasma viral neutralizing activity. Given that in this study early antibody decay after acute viral antigenic exposure was approximately exponential, the findings add to the concern that immunity against natural infection with COVID-19 is not long lasting. In the study by Long et al, forty percent of asymptomatic individuals became seronegative and 12.9% of the symptomatic group became negative for IgG in the early convalescent phase of illness within the first few weeks of illness. Quan-Xin Long et al., *Clinical and immunological assessment of asymptomatic Sars-CoV-2 infections*, (June 18, 2020), https://www.nature.com/articles/s41591-020-0965-6.pdf.

62.     Seventh, it is not surprising that immune response drops after natural infection, and reinfection can occur with COVID-19. These findings are consistent with multiple earlier

studies that shown rapidly waning antibody over a few months with influenza and other

respiratory virus including seasonal coronavirus. Repeat infections with coronavirus other than

SARS-Co-V2 are well described. K.A. Callow et al., *The time course of the immune response to*

*experimental coronavirus infection of man*, (accepted May 10, 1990),

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2271881/pdf/epidinfect00023-0213.pdf.

63.     The Kentucky study published in MMWR showed that individuals who were not

vaccinated had 2.34 times the odds of reinfection compared to those that were fully vaccinated.

Alyson M. Cavanaugh et al., *Reduced Risk of Reinfection with SARS-CoV-2 After COVID-19*

*Vaccination—Kentucky, May-June 2021* (Aug. 13, 2021),

https://www.cdc.gov/mmwr/volumes/70/wr/mm7032e1.htm. Symptomatic infection,

hospitalization and death was not evaluated in this study, however, many studies have indicated

persons that are asymptomatic can transmit infection to others.

64.     The recent Israel study cited by Bhattacharya and Kulldorff in paragraph 20 has a

variety of important limitations. Sivan Gazit, *Comparing SARS-CoV-2 natural immunity to*

*vaccine-induced immunity: reinfections versus breakthrough infections*, (Aug. 25, 2021),

https://www.medrxiv.org/content/10.1101/2021.08.24.21262415v1. It is not peer reviewed,

retrospective, non-randomized, non-controlled, and observational. Because infections were not

systematically evaluated, only symptomatic infections were evaluated. There was only a short

period of participant follow up (outcomes were only evaluated during the follow up period of

June 1 to August 14, 2021, making long term protection unknown), and various confounding

variables, including variation in health behaviors, could have affected results. Importantly, it is

not only that the level of immune response is greater in those that are immunized after COVID-

19 infection, but the duration of antibody response is longer, and the likelihood of effectiveness against new and existing variants is greater.

65.     Bhattacharya and Kulldorff's assertion in paragraph 38 that immunity to natural COVID-19 infection may last for years is unfounded. We know that respiratory viruses, such as influenza and others including coronavirus have relatively short periods of immunity, which is the reason influenza immunization is done yearly. For SARS-Co-V2, the duration of immunity from natural infection cannot be predicted beyond 90 days, which is the reason reinfections occur. Breakthrough infections can certainly occur after immunization, however from the clinical trials, immunity is at least a year for most individuals, and when infection occurs it is mild only rarely resulting in hospitalization or death. Deborah Steensels et al., *Comparison of SARS-CoV-2 Antibody Response Following Vaccination With BNT162b2 and mRNA-1273*, (Aug. 30, 2021), https://jamanetwork.com/journals/jama/fullarticle/2783797.

### *The benefits of COVID-19 vaccination outweigh the modest risk of side effects.*

66.     I agree that the mortality risk posed by COVID infection varies based upon the age and medical condition of an infected individual. Not all individuals infected with COVID-19 will present with the same reaction.

67.     However, I disagree that the benefit of vaccination for COVID-19 can be appropriately characterized as "minimal" for any individual. *Contra* Bhattacharya and Kulldorff Decl. ¶ 1-14.

68.     The COVID-19 Vaccines are extremely unlikely to cause serious side effects that could result in long-term health problems. CDC, *Safety of COVID-19 Vaccines*, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html (last updated Aug, 30, 2021).

69.     In response to paragraphs 25-28 by Bhattacharya and Kulldorff, the COVID-19 Vaccines are safe and effective. Efficacy rates are over 95 percent for Moderna and Pfizer, which are the most commonly used vaccines in the United States. In real world post clinical trials, millions of persons have received the vaccines and they remain safe and effective including against new strains. Numerous studies have shown vaccine safety and effectiveness including in the clinical trials, real world data, and against novel strains: Fernando P. Polack et al., *Safety and Efficacy of the BNT162b2 mRNA Covid-19 Vaccine*, N. ENG. J. MED. (Dec. 10, 2020), https:// www.nejm.org/doi/full/10.1056/NEJMoa2034577; Lindsey R. Baden, *Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine*, N. ENG. J. MED. (Dec. 30, 2020) https://www.nejm.org/doi/full/10.1056/nejmoa2035389;  Jerald Sadoff et al., *Safety and Efficacy of Single-Dose Ad26.COV2.S Vaccine against Covid-19*, N. ENG. J. MED. (Apr. 21, 2021) https://www.nejm.org/doi/full/10.1056/NEJMoa2101544. Common side effects are pain at the injection site; less common are fatigue, headache, nausea and fever. The reactions are usually transient. Severe allergic reactions are very rare, and recommendations are that if there is a history of severe reactions to vaccine or components, the vaccine should be given in a medically supervised setting or not given if there is a history of anaphylaxis. Other reactions such as thrombosis seen with the Johnson & Johnson vaccine are very rare, occurring in less than 7 cases per 1 million vaccinated women. Fernando P. Polack et al., *Safety and Efficacy of the BNT162b2 mRNA Covid-19 Vaccine*, N. ENG. J. MED. (Dec. 10, 2020)  https:// www.nejm.org/doi/full/10.1056/NEJMoa2034577; Lindsey R. Baden et al., *Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine*, N. ENG. J. MED. (Dec. 30, 2020) https://www.nejm.org/doi/full/10.1056/NEJMoa2101544.  Myocarditis is also rare. George A.

Diaz et al., *Myocarditis and Pericarditis After Vaccination for COVID-19*, (Aug. 4, 2021), https://jamanetwork.com/journals/jama/fullarticle/2782900.

70.     Federal health officials have verified 226 cases of myocarditis or pericarditis in people ages 30 and younger who have received an mRNA COVID-19 vaccine. While rare, the rates for ages 16-24 following a second dose are above what is expected, which prompted an emergency meeting of the Centers for Disease Control and Prevention's (CDC's) Advisory Committee on Immunization Practices (ACIP). ACIP reviewed the findings and did not change recommendations for use. Zeroing in on the ages 30 and under reporting myocarditis or pericarditis to the Vaccine Adverse Event Reporting System (VAERS); www.vaers.hhs.gov, the most common symptoms were chest pain, elevated cardiac enzymes, ST or T wave changes, dyspnea and abnormal echocardiography/imaging. The majority of affected individuals had transient illness with full recovery. An analysis of data from another surveillance system, the Vaccine Safety Datalink, found a rate of 16 cases per million second doses in people ages 16-39.

71.     Importantly, the COVID-19 vaccines have been studied in some of the largest vaccine trials done of any vaccine ever and studies of the technology for the current vaccines has been conducted for years. Safety continues to be evaluated in the CDC VAERS reporting https://vaers.hhs.gov/reportevent.html system, ongoing trials, and real world experience of millions of recipients of the vaccines. The large numbers of individuals that have received the vaccines worldwide would indicate a signal toward safety issues if present. Most importantly, in medicine, we evaluate risk against benefit in the therapies we do or recommend, and the risk of COVID-19 far outweighs the risk of possible adverse effects from vaccination.

***The existence of variants supports the case for vaccination.***

72.     I disagree with Bhattacharya and Kulldorff (paragraphs 29-33) that variants are not part of the rationale for vaccine mandates. There is general consensus by CDC and other experts that by immunizing the population, there not only will be less spread of infection, including hospitalizations and death, but with less circulating virus, there will be less opportunity for mutations and variants to develop. This is known to occur for all infectious agents; a virus that can't circulate can't mutate. This is not disputable. There is clear evidence that antibody levels correlate with vaccine efficacy for all variants (see above). Numerous studies have shown that current COVID-19 vaccines are effective vs B.1.1.7 and delta variants, not only in the clinical trials, but also in real world experience. Fernando P. Polack et al., *Safety and Efficacy of the BNT162b2 mRNA Covid-19 Vaccine*, N. ENG. J. MED. (Dec. 10, 2020), https://www.nejm.org/doi/full/10.1056/NEJMoa2034577; Lindsey R. Baden et al., *Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine*, N. ENG. J. MED. (Dec. 30, 2020), https://www.nejm.org/doi/full/10.1056/nejmoa2035389; Jerald Sadoff et al., *Safety and Efficacy of Single-Dose Ad26.COV2.S Vaccine against Covid-19*, N. ENG. J. MED. (Apr. 21, 2021), https://www.nejm.org/doi/full/10.1056/NEJMoa2101544; Victoria Jane Hall et al., *COVID-19 vaccine coverage in health-care workers in England and effectiveness of BNT162b2 mRNA vaccine against infection (SIREN): a prospective, multicenter, cohort study,* 397 THE LANCET 1725 (May 8, 2021), https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(21)00790-X/fulltext; Noa Dagan et al., *BNT162n2 ,RMA Covid-19 Vaccine in a Nationwide Mass Vaccination Setting*, N. ENG. J. MED. (Feb. 24, 2021), https://www.nejm.org/doi/full/10.1056/nejmoa2101765.

73.     There is clear evidence that there is a boosting of antibody response in persons with prior COVID-19 infection. Boosting antibody response results in protection from COVID-19 over a longer period of time, more effective prevention of infections overall and infections with variants.  There are many factors associated with prevention and control of spread of a virus. Bhattacharya and Kulldorff in paragraph 32 use Florida as an example for cases falling. However, the experience in Florida is actually a better example of the need for immunization, as Florida currently is among the leaders in the nation in infections.

### *The existence of "Long COVID" supports the case for vaccination.*

74.     I disagree with Bhattacharya and Kulldorff (paragraphs 34-35) that long duration COVID-19 related symptoms are not a rationale for vaccination. As stated above, there is clear evidence that increasingly younger age individuals are being infected and transmitting infections to others, including to those that are most vulnerable to serious complications. The long duration symptoms are particularly disabling and occur more commonly in young people. I personally have cared for many of these individuals, and the illness can be very debilitating, with no currently available treatment. It must be noted that in someone not immunized, or with prior COVID-19 and reinfected, not only are they at risk of long-haul symptoms themselves, but also at risk of infecting others. The risk of long duration COVID far outweighs the potential risks of the vaccine. Long duration illness is more common in younger individuals. This includes a range of new or ongoing symptoms that can last weeks or months after first being infected with the virus that causes COVID-19. CDC, *Post-COVID Conditions*,

https://www.cdc.gov/coronavirus/2019-ncov/long-term-effects.html#:~:text=

These%20effects%20can%20include%20severe,a%20very%20stressful%20event (last updated July 12, 2021).

75.     Unlike some of the other types of post-COVID conditions that only tend to occur in people who have had severe illness, long term symptoms can happen to anyone who has had COVID-19, even if the illness was mild, or if they had no initial symptoms. People commonly report experiencing different combinations of symptoms alone or in combination. These include difficulty breathing or shortness of breath, tiredness or fatigue, symptoms that get worse after physical or mental activities, difficulty thinking or concentrating (sometimes referred to as "brain fog"), cough, chest or stomach pain, headache, fast-beating or pounding heart (also known as heart palpitations), joint or muscle pain, pins-and-needles feeling, diarrhea, sleep problems, fever, dizziness on standing (lightheadedness), rash, mood changes, change in smell or taste and/or changes in period cycles. There is no known therapy for this condition other than supportive measures.

*Public health policy favors vaccination.*

76.     In 35 years of practice of infectious disease caring for thousands of patients with various infections, including as a frontline doctor caring for COVID-19 patients, I base my opinions on my experience, the medical literature, relevant expert opinion and my medical training. I find non peer review papers, many of which were cited by Bhattacharya and Kulldorff, often not helpful, but all information needs to be evaluated critically. As a result of my experience and training and my leading various research and major public health initiatives locally and internationally, many issues are clear. I agree with Bhattacharya and Kulldorff that a medical intervention should be done only when medically necessary. However, importantly, in recommending a therapy or intervention, it is necessary to weigh the risks and benefits of alternatives. There is clear evidence that the risk of COVID-19 infection and its potential complications far outweighs the risk of vaccination, including vaccination of those with prior

26

infection. In that position, I agree with the CDC, and experts in our national societies and at

ACIP, who make our national immunization recommendations for COVID-19 based on the best

available evidence we now have. For public health interventions, and the safety of the MSU

community, both the individual other students and staff need to be considered. The public health

case for mandate of vaccination including those with prior infection is clear. There is a clear risk

that someone with an infection with COVID-19, either as a result of initial infection or

reinfection, can infect others. Any person that is infected may be vulnerable to serious illness.

Although we have learned a great deal about risk factors for serious infection, predicting

outcomes in an individual person is not possible. Both symptomatic, asymptomatic and

reinfection not only results in spread of infection generally, but also development of variants. I

disagree with Bhattacharya and Kulldorff that mandates erode trust, rather should be considered

as measures the university is doing to best protect its students and staff.

### III.    Selected List of Additional Materials Reviewed

1.       *See, e.g.*, Centers for Disease Control & Prevention ("CDC"), *COVID-19 Vaccines for Children and Teens*, *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations/adolescents.html (last updated Aug. 17, 2021).

2.       CDC, *Changing Age Distribution of the COVID-19 Pandemic-United States, May-August 2020* (pub. Oct. 2, 2020), *available at*: https://www.cdc.gov/mmwr/volumes/69/wr/mm6939e1.htm

3.       CDC, *COVID-19 Vaccines Are Free to the Public*, *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/no-cost.html (last updated May 24, 2021).

4.       CDC, *Key Things to Know about COVID-19 Vaccines*, *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/keythingstoknow.html (last updated Aug. 19, 2021).

5.       Harvard School of Public Health, *Can herd immunity stop COVID-19?*, *available at*: https://www.hsph.harvard.edu/news/hsph-in-the-news/can-herd-immunity-stop-covid-19/ (last visited Sept. 9, 2021).

6.       CDC, *Safety of COVID-19 Vaccines*, *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html (last updated Aug. 30, 2021).

7.       CDC, *Myocarditis and Pericarditis Following mRNA COVID-19 Vaccination*, *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/myocarditis.html (last updated Sept. 8, 2021).

8.       Declaration of Drs. Bhattacharya and Kulldorff

9.       Declaration of Dr. Hooman Noorchashm

### IV.    Other Testimony & Compensation

I have testified as an expert only once in the past four years. In 2017, I was subpoenaed by the Michigan Attorney General to testify at a hearing in *In Re Flint Water Litigation*, Genesee County Circuit Court, Case No. 17-108646-NO. I was qualified as an expert during my testimony in that matter. I was not compensated for that testimony.

I am being compensated for my work in this matter at a rate of $400 per hour.

I hold all the above opinions to a reasonable degree of professional certainty and probability based upon the records and information that I reviewed and based upon my education, training, and professional experience. My opinions in this report are based on only the information that I have considered to date. I reserve the right to amend and supplement this report and any of my opinions in it consistent with all applicable procedural rules.

Date: 9/10/2021

Marcus Zervos, M.D.

## CURRICULUM VITAE
## MARCUS J. ZERVOS, M.D.

Date of Preparation:   9/7/2021
Signature:

**Medical License No:** 4301042370

**OFFICE ADDRESS:**

Henry Ford Hospital
2799 West Grand Blvd.
Detroit, MI  48202
Telephone**:** (313) 916-2573
FAX:  (313) 916-2993
E-Mail: mzervos1@hfhs.org

**PERSONAL DATA:**

Marital Status:   Married
Spouse's Name:   Ellene Zervos
Children:         Mary, John and Thomas

**CURRENT POSITIONS:**

Division Head, Infectious Diseases
Department of Internal Medicine
Henry Ford Health System
Detroit, MI – 2005 - present

Assistant Dean, Global Affairs
Wayne State University School of Medicine
Detroit, MI - 2019 - present

Professor of Medicine
Wayne State University School of Medicine
Department of Internal Medicine Infectious Diseases Section
Detroit, MI – 1999 - present

**EDUCATION**

| | |
|---|---|
| High School: | Southfield High School, Southfield, Michigan |
| Undergraduate: | University of Detroit, Detroit MI B.S., Summa Cum Laude, 1970-1974 |
| Graduate/Professional: | Wayne State University, School of Medicine, Detroit MI., M.D. 1975-1979 |

Marcus Zervos, M.D.
Curriculum Vitae

**TRAINING**

| | |
|---|---|
| Intern: | Medical Intern, Detroit Receiving Hospital |
| | Wayne State University Affiliated Hospitals - Detroit, Michigan, 1979-1980 |
| Resident: | Medical Resident, Harper Hospital |
| | Wayne State University Affiliated Hospitals - Detroit, Michigan, 1980-1982 |
| | Chief Medical Resident, Harper Hospital |
| | Wayne State University Affiliated Hospitals - Detroit, Michigan, 1982-1983 |
| Fellowship: | Fellow in Infectious Diseases, The University of Michigan |
| | Medical Center, Ann Arbor, Michigan, 1984-1986 |

**FACULTY APPOINTMENTS**:

**Current**

Professor of Medicine, Department of Internal Medicine, Infectious Diseases Division, Wayne State University, Detroit, MI  1999-present

**Previous**

Instructor, Department of Medicine, Division of General Internal Medicine, Wayne State University School of Medicine, Detroit, Michigan, 1983-1984.

Assistant Professor, Departments of Internal Medicine and Laboratory Medicine, Section of Infectious Diseases, Yale School of Medicine, New Haven, Connecticut, 1986-1988.

Clinical Assistant Professor,  Department of Internal Medicine, Infectious Diseases Division, Wayne State University School of Medicine, Detroit, MI 1988-1991.

Clinical Associate Professor, Department of Internal Medicine, Infectious Diseases Division, Wayne State University, Detroit, MI 1992-1999.

2

Marcus Zervos, M.D.
Curriculum Vitae

**Summary:**

Marcus J. Zervos, M.D., is Division Head, Infectious Diseases, Henry Ford Health System in Detroit, Michigan and Assistant Dean, Global Affairs, Wayne State University School of Medicine in Detroit, MI. He is Professor of Medicine in the Department of Medicine and Infectious Diseases at Wayne State University School of Medicine in Detroit, Michigan.

Dr. Zervos received his medical degree from Wayne State University School of Medicine. He completed his medical internship and residency and chief medical residency at Wayne State University Affiliated Hospitals. He was a Fellow in Infectious Diseases at the University of Michigan Medical Center in Ann Arbor, followed by Associate Hospital Epidemiologist at the Yale New Haven Hospital and Assistant Professor of Medicine in the Departments of Laboratory Medicine and Internal Medicine at Yale University School of Medicine in New Haven, Connecticut. He then served as infectious diseases consultant and Medical Director of the Microbiology Laboratory and Co-Medical Director of the Molecular Probe Laboratory in the Department of Clinical Pathology at William Beaumont Hospital in Royal Oak, MI.

Dr. Zervos area of research is epidemiology, prevention and outcomes of serious enterococcal and *S. aureus* infection. He coordinates Global Health projects to build sustainable capacity in low income settings in 30 countries worldwide. He also coordinates projects to assist vulnerable populations in the US including Detroit, and issues related to COVID and earlier water in Flint, Michigan. He has been the recipient of several million dollars in grant awards, with continuous federal funding for the last 30 years, and has been Principal Investigator on over 400 government and industry-funded studies examining epidemiology and outcomes and prevention measures for multidrug antimicrobial resistant pathogens. His current grant support is over 20 million dollars. From 1999 to 2004 Dr Zervos served as Director of Research at Beaumont Hospital. He served as Medical Director of Infection Prevention for Henry Ford Health System and Associate Director of Research for Clinical Trials at Henry Ford Health System. Certified by the American Board of Internal Medicine and Infectious Diseases, Dr. Zervos is on several NIH review panels, editorial boards, section editor of major journals and a member and fellow of several professional societies, including the American College of Physicians, and the Infectious Diseases Society of America. He was awarded the CDC, James H. Nakano Citation and Charles C. Shepard Science Awards for work with resistant *Staphylococcus aureus*. He has contributed over 560 published abstracts at national and international scientific meetings and has published over 370 articles in peer-reviewed journals. He has co-authored several books and contributed numerous book chapters dealing with infectious diseases.

Marcus Zervos, M.D.
Curriculum Vitae

## HOSPITAL OR OTHER PROFESSIONAL APPOINTMENTS:

Medical Staff; Harper Hospital, Detroit, Michigan, 1983-1984
Medical Staff; Detroit Receiving Hospital, Detroit, Michigan, 1983-1984
Medical Staff and Consultant in Infectious Diseases; West Haven Veteran's Administration Medical Center, West Haven, Connecticut, 1986-1988
Medical Staff and Consultant in Infectious Diseases; Yale New Haven Hospital, New Haven, Connecticut, 1986-1988
Associate Hospital Epidemiologist; Yale New Haven Hospital, 1986-1988
Chair, Antibiotic Drug Use Surveillance Committee, Yale New Haven Hospital, 1986-1988
Pharmacy and Therapeutics Committee, Yale New Haven Hospital, 1986-1988
Director, Yale New Haven Hospital Epidemiology Laboratory, 1986-1988
Medical Staff, Consultant in Infectious Disease, William Beaumont Hospital, RO MI 1988-2005
Medical Intensive Care Unit Committee, William Beaumont Hospital, 1988-1994
Infection Control Committee, William Beaumont Hospital, 1988-2005
Director, Infectious Disease Research Laboratory, William Beaumont Hospital, 1988-2005
Research Projects Committee, William Beaumont Hospital, 1988 - 2004
Human Investigation Committee, William Beaumont Hospital, 1988 -1999
Director, Antibiotic Utilization, William Beaumont Hospital, 1997- 1999
Pharmacy and Therapeutics Committee, William Beaumont Hospital, 1988 - 1999
Director, Infectious Diseases Clinical Study Unit, William Beaumont Hospital, 1990 - 2005
Vice-Chairman, Research Institute Board of Governors, William Beaumont Hospital, 1999-2004
Corporate Compliance Committee, William Beaumont Hospital, 1999-2004
Chairman, Projects Committee, William Beaumont Hospital, 1999-2004
Medical Executive Board, William Beaumont Hospital, 1999-2004
Director, Research Institute, William Beaumont Hospital 1999-2004
Co- Director, Molecular Pathology Laboratory, William Beaumont Hospital 2004-5
Medical Director, Clinical Microbiology Laboratory, Department of Clinical Pathology, William Beaumont Hospital, Royal Oak, MI - 1994-2005
Chairman, Infection Control Committee, Henry Ford Hospital, 2005-2012
Pharmacy and Therapeutics Committee Henry Ford Hospital, 2005-present
Formulary Committee, Henry Ford Hospital, 2005-2012
Director Infection Control Henry Ford Health Sysytem 2005-2012, 2014-2015
Department of Medicine, Executive Committee 2005-2012
Hospital Medical Executive Committee (HMEC) Henry Ford Hospital 2009-2012
Senior Staff, Consultant in Infectious Diseases, Henry Ford Hospital 2005-present
Medical Director, Clinical Trials Office, Henry Ford Health System, 2007-2015
Antimicrobial Sub Committee Henry Ford Health System 2007-present
Associate Director Research (Clinical Trials) Henry Ford Health System 2007-2015

4

Marcus Zervos, M.D.
Curriculum Vitae

Chairman Infection Control Committee, Henry Ford Wyandotte Hospital 2007-2015
No Harm Committee, Henry Ford Health System 2007-present
Readmission Committee, Henry Ford Health System, 2011- present
Intellectual Property Committee, Henry Ford Hospital 2009-2015
Board of Directors, International Orthodox Christian Charities (IOCC) 2010-2017
Medical Director, International Medical Relief 2011-2013
Henry Ford Health System Medication Management Committee 2012-present
Henry Ford Health Employee Health Medical Advisory Committee Chair, 2012-2017
Chair, Physician Scientist Advisory Committee, 2012-2015
Medical Advisory Committee, Henry Ford at Home 2013- present
Advisor Detroit Mayor Office COVID, Detroit Health Department 2019-present

**MAJOR PROFESSIONAL SOCIETIES**

Member, American College of Physicians, 1980 - 1992
Member, American Federation for Clinical Research, 1980 - present
Member, Alpha Sigma Nu, 1978 - present
Member, American Society for Microbiology, 1984 - present
Member, Infectious Diseases Society of America, 1989 - present
Member, Society for Hospital Epidemiology (SHEA), 1992 - present
Member, Transplantation Society of Michigan, 1991 - 2005
Member, Michigan State and Oakland County Medical Societies, 1988 - present
Member and Delegate, Beaumont Physicians Group, 1988 – 2005
Fellow, American College of Physicians, 1992 – present
Fellow, Infectious Diseases Society of America, 1996- present

**LICENSURE AND BOARD CERTIFICATION**

Medical Licensure:     State of Connecticut, 1986 – 1988
                       State of Michigan, 1980 – Present
Board Certification:   American Board of Internal Medicine and Infectious Diseases

**SERVICE/TEACHING**

**Peer Review Journals**

American Journal of Gastroenterology 1986-1992
Clinical Infectious Diseases (Rev. Infect. Dis.) 1990 - present
Diagnostic Microbiology and Infectious Diseases 1990 - present
European Journal of Microbiology and Infectious Disease 1991 - present

5

Marcus Zervos, M.D.
Curriculum Vitae

Antimicrobial Agents and Chemotherapy 1993 – present
Journal Clinical Microbiology 1993 – present
Journal of Infectious Disease 1993 - present
Infectious Diseases in Clinical Practice 1993 - present
Annals of Internal Medicine 1994 - present
Infection Control and Hospital Epidemiology 1994 - present
Section Editor; Infection Control and Hospital Epidemiology 1997 – 2010
Infection Control and Hospital Epidemiology, Editorial Board, 2010-present
International Advisor and Editorial Board, J Antimicrob Chemother 1998- 2004
Infectious Diseases in Clinical Practice, Editorial Board, 2004-present
Journal of Clinical Microbiology, Editorial Board 2012-2018

**Post-Doctoral Fellows Supervised** (Laboratory full-time research)

Jan Evans Patterson, M.D., Fellow in Infectious Diseases Department of Medicine, Yale University 1986-1988.

John Vecchio, M.D., Fellow in Infectious Diseases Department of Medicine, Yale University 1986-1988.

Peter White, M.D., Department of Laboratory Medicine, 1987-1988, Yale University José Vazquez, M.D., Fellow in Infectious Diseases, Department of Medicine, Wayne State University School of Medicine

Veronica Sanchez, M.D., Fellow in Infectious Diseases, 1989-90, Wayne State University School of Medicine

Louise Dembry, M.D., Fellow in Infectious Diseases, 1991-1993, Wayne State University School of Medicine

Jan Silverman, D.O., Fellow in Infectious Diseases, 1993-1994, Wayne State University School of Medicine

Rula Mahayni, M.D., Fellow in Infectious Diseases, Wayne State University School of Medicine, July, 1994-1995

Hector Bonilla, M.D., Fellow in Infectious Diseases, University of Michigan 1994-1996.

Farnaz Dashti, M.D., William Beaumont Hospital Infectious Diseases Fellow 1998-1999.

6

Marcus Zervos, M.D.
Curriculum Vitae

Michelle Ionescu, M.D., William Beaumont Hospital Infectious Diseases Fellow 1998-2000

Alison Brooks, M.D., William Beaumont Hospital Infectious Diseases Fellow 1998-2000

Preeti Malani, M.D., (with Carol Kauffman, M.D., University of Michigan Infectious Diseases Fellow 1999-2001

Simona Oprea, M.D. William Beaumont Hospital, Infectious Diseases Fellow 2004-2005

Cynthia Martinez-Capolino, M.D., Henry Ford Hospital, Infectious Diseases Research Fellow 2008-2009

Adenike Shoyinka M.D., Henry Ford Hosptial, Infectious Diseases Research Fellow 2010-2012

Katherine Reyes, M.D, MPH., Henry Ford Hospital, Infectious Diseases Research Fellow 2009-2010, 2013-2014

Geehan Sulyman, MD Henry Ford Hospital, Infectious Diseases Research Fellow 2014-2016

Sarah Altamimi, MD, Henry Ford Hospital, Infectious Diseases Research Fellow 2016-2018

Gina Maki, DO Henry Ford Hospital, Infectious Diseases Research Fellow, 2019-2020

Anita Shallal MD, Henry Ford Hospital, Infectious Diseases Research Fellow, 2020-present

**GRANT SUPPORT:**

Dr Zervos has been PI on over 400 industry and federal grants, with millions of dollars of awards.
**Current : (see appendix)**

7

Marcus Zervos, M.D.
Curriculum Vitae

**BIBLIOGRAPHY:**

Books, Chapters

1. Patterson JE, Zervos MJ.  Sexually transmitted diseases, in: The APIC Curriculum for Infection Control Practice.    Vol III, Kendal/Hunt Publishing Company, Dubuque, Iowa, R. Berg Ed, 1988; pp. 1092-1108.

2. Hierholzer WJ, Jr., Zervos MJ.  Nosocomial bacterial infection, in: Bacterial Infections in Humans: Epidemiology and Control.  Evans AS, Feldman HA Eds. 2nd Ed.  Plenum Publishing Company, New York, NY 1991.

3. Patterson JE, Mahayni R, Zervos MJ.  Sexually transmitted diseases, in: The APIC Curriculum for Infection Control Practice, 1994 ed.

4. Dembry LM, Zervos MJ, Hierholzer WJ, Jr.  Nosocomial bacterial infections.  Evans AS, Feldman HA Eds. 3rd ed.  Plenum Publishing Company, New York, NY 1995.

5. Zervos MJ, Vazquez JA.  DNA analysis in the study of fungal infections in the immunocompromised host.  Clinics in Laboratory Medicine.  Farkas DH, Ph.D., Guest Ed. W.B. Saunders Company.  1996;16(1):73-88.

6. Dembry LM, Zervos MJ, Hierholzer WJ, Jr.  Nosocomial bacterial infections. Bacterial Infections of Humans.  Evans AS and Brachman PS, Eds. 3rd ed.  Plenem Medical Book Company. 1998; pp. 501-528.

7. Zervos MJ.  Occurrence and epidemiology of resistance to virginiamycin and streptograms. The Medical Impact of the Use of Antimicrobials in Food Animals.  Report of a WHO meeting, Berlin, Germany, 183-190 World Health Organization Geneva, Switzerland. October 1997.

8. Ionescu M, Zervos MJ.  Clinical significance of antimicrobial resistance. In: 1999 yearbook of Intensive Care and Emergency Medicine.  J.L. Vincent; Springer-Verlag, Publ; Berlin, Germany 1999 Ed, pp 117-130.

9. Malani P, Kauffman C, Zervos MJ.  *Enterococci*, Epidemiology treatment and control.  In the *Enterococcus*, American Society of Microbiology, Washington, DC 2002, pp 385-408.

10. Deeter, RG, O'Neill W, Dworkin H, Zervos MJ, Beqaj S, Chang CH, Fitzgerald JT. Chronic Fatique Syndrome   In: Handbook of the Chronic Fatigue Syndrome ed Jason LA,

8

Marcus Zervos, M.D.
Curriculum Vitae

Fennell P, and Taylor RR 2003  John Wiley and Sons Inc pp 304-330

11. Zervos MJ  Fluoroquinolone Resistant *Streptococcus pneumoniae*  In Community Acquired Lower Respiratory Infections 2003 Ferro T ed McManon Publishing Group NY NY

12. Oprea S. Simjee S. Zervos, MJ Epidemiology of Antimicrobial Resistance in Enterococci of Animal Origin. In  Foodborne Diseases, American Society for Microbiology Press, 2005.

13. Donabedian S. Simjee S, Zervos, MJ Epidemiology of Antimicrobial Resistance in Enterococci In Antimicrobial Resistance:  Zervos MJ and Simee S Editors,  Plenum Publishing Co., NY 2004

14. Zervos, MJ, J Chow, A Chen, R Muder. Enterococcus species. In: Antimicrobial Therapy and Vaccines (V. Yu, R. Weber and D. Raoult, Eds.), Apple Tree Publications, New York, NY, 2005.

15. Simjee, S, LB Jensen, SM Donabedian, MJ Zervos.  Enterococcus.  In: Antimicrobial Resistance in Bacteria of Animal Origin (F.M. Aarestrup, Ed.), ASM Press, Herndon, VA, 2005.

16. Chen A, Chow J, Muder R, Zervos M.   The Enterococcus.  In: Antimicrobial Therapy and Vaccines (V. Yu, R. Weber, D. Raoult, Eds.), Apple Tree Publications, New York, NY, 2007.

17. Oprea SF and Zervos MJ**.**  *Enterococcus* and its Association with Foodborne Illness.  In: Foodborne Diseases (S. Simjee, Ed.), Humana Press, Totowa, NJ, 2007.

18. Burd EM, McCarter YS, Hall GS, Zervos M.  Cumitech 2C: Laboratory Diagnosis of Urinary Tract Infections (S.E. Sharp, Ed), ASM Publications, 2009.

19. Chen A and Zervos M.  Enterococci.  In:  Antimicrobial Drug Resistance  (D. Mayers, J. Sobel, M. Ouellette, S. Lerner, Eds.), Humana Press, Totowa, NJ.   2009.

20. Reyes K and Zervos M.  Vancomycin-Resistant *Enterococcus*. In: Infections in Solid Organ Transplants (N. Singh, Ed.).  Apple Tree Publications, New York, NY, 2010.

21. Cheema F and Zervos M.  Epidemic Investigation in Hospital Infection. In Antimicrobial Resistance Laboratory Handbook (S. Simjee, A Chen, S Foley and M. Zervos ed) Humana Press, Totowa, NJ.  2010.

9

Marcus Zervos, M.D.
Curriculum Vitae

22. Pokharna H and Zervos M.  Epidemiology of Nosocomial Infection.  In Antimicrobial Resistance Laboratory Handbook (S. Simjee, A Chen, S Foley and M. Zervos ed) Humana Press, Totowa, NJ.  2010.

23. Antimicrobial Resistance Laboratory Handbook. Simjee S, Foley S, Chen A and Zervos M Editors Humana Press, Totowa NJ, 2010.

24. Reyes K and Zervos M.  Enterococi Infections in Transplant Recipients.  In Transplant Infections Manual (V. Yu, Ed.). www.antimicrobe.org.  2012.

25. Gamble, K.C., and M.M. Clancy (eds). Infectious Diseases of Concern to Captive and Free Ranging Animals in North America, 2nd ed. 2013. Infectious Disease Committee, American Association of Zoo Veterinarians, Yulee, Florida. 1098 pp. Website address: http://www.aazv.org/?page=IDM2013

26. Reyes K and Zervos M. Enterococcal Infections in Adults. Clinical and Epidemiological Aspects, Volume 2, Antimicrobial Drug Resistance. E-published. (Douglas L. Mayers et al Eds). 2016.

27. Reyes K and Zervos M. Enterococcal Infections. In press Keith Kaye editor 2016.

28. Maki G and Zervos M. COVID-19. Clinical Infectious Diseases, 3rd Ed.  In press.

29. Joshi S, Shallal A, Zervos M.  Vancomycin-Resistant Enterococci. Epidemiology, Infection Prevention, and Control.  Infectious Disease Clinics of North America. In press.

**Published Abstracts at National or International Scientific Meetings**

1. Zervos MJ, Levine DP, Crane LR.  Characteristics of bacterial endocarditis in intravenous drug users.  Abstract 874.  Program and Abstracts of 23rd Interscience Conference on Antimicrobial Agents and Chemotherapy, Las Vegas, NE 1983.

2. Zervos MJ, Crane LR, Levine DP.  Epidemiology of bacteremia in intravenous drug users. Clin Res. 1983;31:774A.

3. Sunstrum J, Zervos MJ, Chandrasekar P, Levine DP, Rolston K.  Group G streptococcal bacteremia: a comparative study.  In the Proceedings of the 84th American Society of Microbiology National Meeting, St. Louis, MO 1984.

4. Zervos MJ, Levine DP, Frank R, Chandrasekar P.  Mycotic aneurysms in intravenous drug

10

Marcus Zervos, M.D.
Curriculum Vitae

users in the Wayne State University-Detroit Medical Center.  In the Proceedings of the 24th Interscience Conference on Antimicrobial Agents and Chemotherapy, Washington, DC 1984.

5.  Zervos MJ, Dembinski S, Schaberg DR.  High-level gentamicin resistance in *S. faecalis*: risk factors and evidence of exogenous infection. Clin Res. 1985;33:423A.

6.  Zervos MJ, Mikesell T, Schaberg DR.  High-level gentamicin resistance in *Streptococcus faecalis*.  Clin Res. 1985;33:848A.

7.  Kauffman CA, Zervos MJ, Terpenning MS, Schaberg DR.  Gentamicin resistant enterococci: reservoir in a nursing home.  43rd Meeting of the American Geriatrics Society, American Federation for Aging Research, Chicago, IL 1986.

8.  Zervos MJ, Kauffman CA, Therasse P, Bergman A, Mikesell TS, Schaberg DR. Epidemiology of nosocomial infection caused by gentamicin resistant *S. faecalis*.  In the Proceedings of the 26th Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, LA 1986.

9.  Zervos MJ, Kauffman CA, Therasse P, Bergman A, Mikesell TS, Schaberg DR. Epidemiology of an outbreak due to gentamicin resistant enterococci.  Clin Res. 1986;34:388A.

10.  Patterson JE, Kauffman CA, Mikesell TS, Schaberg DR, Zervos MJ.  Geographic range of gentamicin resistance plasmids in *Streptococcus faecalis*.  In the Proceedings of the 87th American Society for Microbiology National Meeting, Atlanta, GA., March 1987.

11.  Pantelick EL, Zervos MJ, Hierholzer WJ, Jr.  Isolation precautions: changing patterns of practice.  In the Proceedings of the 14th Annual American Practitioners of Infection Control National Meeting, Miami, FL 1987.

12.  Pantelick EL, Zervos MJ, Davitt M, Doyle D, Brock D, Hierholzer WJ, Jr.  Effectiveness of AMSCO eagleguard syringe disposal system in reducing needlestick injuries and environmental hazards at a large university hospital.  Hospital Infection Society Conference. London, England, May 1987.

13.  Patterson TF, Patterson JE, Masecar B, Barden G, Hierholzer WJ, Jr., Zervos MJ.  A nosocomial outbreak of *Branhamella catarrhalis* confirmed by restriction endonuclease DNA analysis.  In the Proceedings of the 27th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy.  New York, NY 1987.

14.  Patterson JE, Masecar B, Zervos MJ.  Detection and characterization of four beta-lactamase

11

Marcus Zervos, M.D.
Curriculum Vitae

producing enterococci.  In the Proceedings of the 27th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy.  New York, NY 1987.

15. Zervos MJ, Kauffman CA, Bergman AG, Therasse P, Mikesell TS, Schaberg DR. Nosocomial infection by gentamicin-resistant *Streptococcus faecalis*: an epidemiologic study.  International Synopses, 1987.

16. Patterson JE, Colodny S, Masecar B, Zervos MJ.  Endocarditis due to beta-lactamase producing, high-level gentamicin resistant *Streptococcus faecalis*.  Clin Res. 1987;35:804A.

17. Patterson JE, Grace C, Masecar B, Hierholzer WJ, Jr., Zervos MJ, Lyons R.  A nosocomial outbreak of ampicillin resistant *Haemophilus influenzae* Type B in a geriatric unit.  Clin Res. April 1987.

18. Patterson JE, Zervos MJ.  *In vitro* characterization of beta-lactamase in *Enterococcus faecalis*.  In the Proceedings of the 88th National Meeting of the American Society for Microbiology, 1988.

19. Patterson JE, Patterson TF, Masecar B, Hierholzer WJ, Jr., Zervos MJ.  Restriction endonuclease analysis of chromosomal DNA as a typing system for *Branhamella catarrhalis*.  In the Proceedings of the 88th National Meeting of the American Society for Microbiology, 1988.

20. Vecchio J, Hierholzer WJ, Jr., Garibaldi R, Zervos MJ.  Restriction endonuclease analysis of chromosomal DNA as a typing system for *Proteus mirabilis*.  In the Proceedings of the 88th National Meeting of the American Society for Microbiology, 1988.

21. Pantelick EL, Zervos MJ, Hierholzer WJ, Jr.  A sharps collection system: effectiveness in reduction of needlestick injuries and environmental hazards at a large university hospital.  In the Proceedings of the 15th Annual Meeting of the American Society for Infection Control Practitioners, 1988.

22. Patterson JE, Pantelick E, Farrell P, Hierholzer WJ, Jr., Zervos MJ.  Acinetobacter outbreak on a surgical intensive care unit linked to gloves used for universal precautions.  28th Interscience Conference on Antimicrobial Agents and Chemotherapy.  Los Angeles, CA 1988.

23. Patterson JE, Wanger A, Zervos MJ, Murray BE.  DNA hybridization studies of beta-lactamase producing *Enterococcus faecalis*.  28th Interscience Conference on Antimicrobial Agents and Chemotherapy, Los Angeles, CA 1988.

Marcus Zervos, M.D.
Curriculum Vitae

24. Thal LA, Patterson JE, Zervos MJ.  Ampicillin plus sulbactam for therapy of experimental beta-lactamase producing enterococcal endocarditis.  In the Proceedings of the 89th Annual Meeting of the American Society for Microbiology, New Orleans, LA 1989.

25. Weidenbach MB, Zervos MJ.  Susceptibility and bactericidal activity of daptomycin (DAP) and fosfomycin (FOS) against multi-drug resistant enterococci.  In the Proceedings of the 29th Interscience Conference on Antimicrobial Agents and Chemotherapy, Houston, TX 1989.

26. Thal LA, Weidenbach MB, Lewis CM, Band J, Patterson JE, Zervos MJ.  Gentamicin resistance plasmids lacking high-level streptomycin resistance of enterococci from diverse geographic areas are heterogeneous.  In the Proceedings of the 29th Interscience Conference on Antimicrobial Agents and Chemotherapy, Houston, TX 1989.

27. Vazquez JA, Reinhart H, Weidenbach MB, Sobel JD, Zervos MJ.  Evaluation of restriction enzyme fragment analysis as a typing system for Candida.   In the Proceedings of the 29th Interscience Conference on Antimicrobial Agents and Chemotherapy, Houston, TX 1989.

28. Martin MA, Wenzel RP, Gorelick KJ, and the _Xoma_ Sepsis Study Group.  Prospective national study of gram-negative bacterial (GNB) sepsis: national history in the 1980's. In the Proceedings of the 29th Interscience Conference on Antimicrobial Agents and Chemotherapy, Houston, TX 1989.

29. Gorelick K, Jacobs R, Chmel H, Trenholme G, Greenman R, and the _Xoma_ Sepsis Study Group.  Efficacy and results of a randomized multicenter trial of E5 anti-endotoxin monoclonal antibody in patients with suspected gram-negative sepsis.  Program and Abstracts of the 29th Interscience Conference on Antimicrobial Agents and Chemotherapy, Houston, TX 1989.

30. Staszkiewicz J, Lewis M, Colville J, Zervos MJ, Band J.  An outbreak of _Brucella melitensis_ among laboratory workers in a community hospital.  In the Proceedings of the 16th Annual Meeting of the American Society for Infection Control Practitioners, 1989.

31. Sanchez V, Vazquez J, Sobel JD, Zervos MJ.  Epidemiology of nosocomial infection with _Candida parapsilosis._  In the Proceedings of the Second Conference of Candida and Candidiasis: Biology, Pathogenesis and Management.  American Society for Microbiology, Philadelphia, PA 1990.

32. Vazquez J, Sanchez V, Beckley A, Sobel JD, Zervos MJ.  Comparison of restriction enzyme analysis and contour clamped homogeneous electric field electrophoresis as a typing system for _Candida albicans_.  In the Proceedings of the Second Conference of Candida and

Marcus Zervos, M.D.
Curriculum Vitae

Candidiasis: Biology, Pathogenesis and Management.  American Society for Microbiology, Philadelphia, PA 1990.

33. Sanchez V, Vazquez J, Jones D, Sobel JD, Zervos MJ.  Epidemiology of nosocomial infection with *Candida lusitaniae*.  In the Proceedings of the 90th Annual Meeting of the American Society for Microbiology, Anaheim, CA 1990.

34. Vazquez J, Sanchez V, Donabedian S, Sobel JD, Zervos MJ.  Evaluation of contour clamped homogeneous fields electrophoresis as a typing system for *Candida* species.  In the Proceedings of the 90th Annual Meeting of the American Society for Microbiology, Anaheim, CA 1990.

35. Patterson JE, Farrel P, Zervos MJ, Moore LS.  Activity of ampicillin/sulbactam against beta-lactamase-producing enterococci.  In the Proceedings of the 90th Annual Meeting of the American Society for Microbiology, Anaheim, CA 1990.

36. Patterson JE, Zervos MJ.  Time-kill kinetic studies of ampicillin/sulbactam for beta-lactamase producing enterococci.  In the Proceedings of the 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, GA 1990.

37. Weidenbach MB, Bien P, Thal LA, Zervos MJ.  *In vitro* activity of AT4140 versus multi-drug resistant enterococci.  In the Proceedings of the 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, GA 1990.

38. Weidenbach MB, Ruben B, Bien P, Zervos MJ.  Comparative *in vitro* activity of AT-4140, penicillin and ciprofloxacin against *Streptococcus pneumoniae*.   In the Proceedings of the 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, GA

39. Vazquez JA, Beckley A, Sobel JD, Zervos MJ.   Contour clamped homogenous electrophoresis as a typing system for *Candida albicans*. In the Proceedings of the 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, GA 1990.

40. Sanchez V, Vazquez JA, Sobel JD, Zervos MJ.  Nosocomial infection with *Candida parapsilosis* (CP).  In the Proceedings of the 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, GA 1990.

41. Hafeez W, Zervos MJ, Woodard R, Band J.  Bactericidal activity of antiseptics against multiple-resistant *Acinetobacter* species.  In the Proceedings of the 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, GA 1990.

42. Murray BE, Singh KV, Patterson JE, Zervos MJ, Lopardo H, Rubeglio E, Eliopoulos G, Rice

14

Marcus Zervos, M.D.
Curriculum Vitae

L, Goldstein F, Caputo G, Moore LS, Markowitz SM, Wong ES, Weinstock G.  Evidence for clonal dissemination of some strains of β-lactamase positive *Enterococcus faecalis*.   In the Proceedings of the 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, GA 1990.

43. Sangeorgin J, Vazquez JA, Donabedian S, Kauffman CA, Zervos MJ.  Epidemiology of *Candida albicans* in an extended care facility.  Clin Res 1990.

44. Zervos MJ, Williams D, Milinowitz J, Shapiro E, Thal LA, Perri MB, Donabedian S, Johnson JK.  A comparative and randomized study of ampicillin/sulbactam vs. cefamandole for therapy of community acquired pneumonia.  In the Proceedings of the 91st Annual Meeting of the American Society for Microbiology, Dallas, TX 1991.

45. Vazquez JA, Beckley A, Sobel JD, Zervos MJ.  Comparison of restriction fragment enzyme analysis (REA) versus pulsed field electrophoresis (CHEF) as a typing system for *Candida albicans*.  In the Proceedings of the 91st Annual Meeting of the American Society for Microbiology, Dallas, TX 1991.

46. Vazquez JA, Donabedian S, Lynch M, Sobel JD, Zervos MJ.  Recurrent vaginitis due to non-albicans *Candida* species: an epidemiologic study.  In the Proceedings of the 17th International Congress of Chemotherapy, Berlin, Germany 1991.

47. Perri MB, Bien P, Griffin T, Vazquez JA, Zervos MJ.  *In vitro* activity of sparfloxacin and CI960 against multi-drug resistant enterococci.  In the Proceedings of the 17th International Congress of Chemotherapy, Berlin, Germany 1991.

48. Donabedian S, McCabe RE, Chirurgi VA, Goldberg R, Dickenson R, Boyce J, Markowitz S, Coudron P, Zervos MJ.  Molecular epidemiology of ampicillin-resistant-non-beta-lactamase producing enterococci from diverse geographic areas.  In the Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

49. Vazquez JA, Sanchez V, Donabedian S, Sobel JD, Zervos MJ.  Ecology of *Candida* species in hospitalized immunocompromised patients. In the Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

50. Sanchez V, Vazquez JA, Barth-Jones D, Sobel JD, Zervos MJ.  Nosocomial infection with *Candida albicans*: an epidemiologic study.  In the Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

51. Vazquez JA, Donabedian S, Perri MB, Bien P, Griffin T, Zervos MJ.  Sparfloxacin and CI960 for therapy of experimental ampicillin resistant enterococcal endocarditis. In the

Marcus Zervos, M.D.
Curriculum Vitae

Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

52. Vazquez JA, Kauffman C, Sobel J, Perri MB, Zervos MJ.  A comparative study of *in vitro* susceptibility of *Candida* species. In the Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

53. Vemuri R, Donabedian S, Perri MB, Thal L, Vecchio J, Evans J, Patterson W, Hierholzer R, Garibaldi R, Zervos MJ.  Molecular typing of *P. mirabilis*: a comparison of DNA typing methods.  In the Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

54. Perri MB, Thal LA, Vazquez JA, Donabedian S, Clewell DB, Zervos MJ.  Plasmid associated hemolysin production contributes to virulence in experimental enterococcal endocarditis.In the Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

55. Silverman J, Barnowski D, Cornett A, Band J, Zervos MJ.  Risk factors and clinical characteristics of fungemia due to *Candida* species: a case-control comparative study.  In the Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

56. Perri MJ, Bien P, Griffin T, Vazquez JA, Zervos MJ.  In vitro activity of CI960 against multi-drug resistant enterococci. In the Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

57. Sobel JD, Schmitt CA, Lynch M, Vazquez JA, Zervos MJ.  Emerging problem of vaginitis due to *Saccharomyces cerevisiae* (SC). In the Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

58. Hafeez W, Band J, Zervos MJ.  Epidemiology and clinical significance of penicillin-resistant enterococcal bacteremia (PREB)  In the Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

59. Woodward R, Staszkiewicz J, Perri MB, Zervos MJ, Band J.  Nosocomial cluster of multiply-resistant acinetobacter (MRA).   In the Proceedings of the 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL 1991.

60. Zervos MJ, Thal LA, Donabedian S, Perri MB, Chow J.  Emerging trends in antimicrobial resistance in enterococci.  Interdisciplinary World Congress on Antimicrobial and Anticancer Drugs.  Geneva, Switzerland, March 1992.

16

Marcus Zervos, M.D.
Curriculum Vitae

61. Dembry LM, Hafeez W, Vazquez J, Donabedian S, Perri MB, Patterson JE, Sobel JD, Hierholzer W, Pierson C, Snyder M, Brown R, Levine D, Zervos MJ.  Epidemiology of nosocomial acinetobacter in Southeast Michigan hospitals.  In the Proceedings of the 92nd Annual Meeting of the American Society for Microbiology.  New Orleans, LA 1992.

62. Thal LA, Chow JW, Patterson JE, Clewell DB, Zervos MJ.  Evidence for a non-conjugal chromosome-borne high-level gentamicin resistance transposon in *Enterococcus faecalis*.  In the Proceedings of the 92nd Annual Meeting of the American Society for Microbiology.  New Orleans, LA 1992.

63. Dembry LM, Sanchez V, Vazquez M, Sobel JD, Zervos MJ, Vazquez J.  Nosocomial infection with *Torulopsis glabrata*: an epidemiologic study. In the Proceedings of the 92nd Annual Meeting of the American Society for Microbiology.  New Orleans, LA 1992.

64. Zervos MJ.  Epidemiology of antibiotic resistance in enterococcus. In the Proceedings of the 92nd Annual Meeting of the American Society for Microbiology. New Orleans, LA 1992.

65. Chow JW, Perri MB, Thal LA, Zervos MJ.  Mobilization of the beta-lactamase gene in Enterococcus faecalis. In the Proceedings of the 32nd Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC).  Anaheim, CA 1992.

66. Chow JW, Green M, Binczewski B, Shlaes DM, Sahm DF, Zervos MJ.  Contour-clamped homogeneous electric field electrophoresis (CHEF) as a typing method for *Enterococcus gallinarum*. In the Proceedings of the 32nd Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC).  Anaheim, CA 1992.

67. Barnes RE, Kahlon DS, Nahhas GT, Zervos MJ, Duff MC.  *Helicobacter pylori* antibodies in endoscopy personnel.  57th Annual Scientific Meeting of the Society of Gastroenterology. Miami Beach, FL 1992.

68. Vazquez JA, Dimitriou R, Zervos MJ, Dembry L, Lundstrom T.  Electrophoretic karyotyping (EK) as a means of strain delineation in *Torulopsis candida* (TC).  American Society for Microbiology Conference on Candida and Candidiasis.  Baltimore, MD 1993.

69. Vazquez JA, Lundstrom T, Dembry L, Dimitriou R, Perri MB, Zervos MJ.  Disseminated *Torulopsis candida* (*Candida famata*) infection: an unusual human pathogen.  American Society for Microbiology, Conference on Candida and Candidiasis.  Baltimore, MD 1993.

70. Dembry L, Uzokwe K, Zervos MJ.  Control of endemic glycopeptide-resistant enterococci. (SHEA) Third Annual Meeting of the Society for Hospital Epidemiology of America.

17

Marcus Zervos, M.D.
Curriculum Vitae

Chicago, IL 1993.

71. Dembry L, Donabedian S, Brown R, Levine D, Vazquez JA, Zervos MJ.  Molecular typing of *Acinetobacter baumannii*: a comparison of DNA typing methods. (SHEA) Third Annual Meeting of the Society for Hospital Epidemiology of America.  Chicago, IL 1993.

72. Boyce JM, Opal SM, Chow JW, Zervos MJ, Potter-Bynoe G, Romulo R, Fortna S, Sherman CB, Medeiros AA.  Epidemiology of vancomycin-resistant *Enterococcus faecium* (VRE). (SHEA) Third Annual Meeting of the Society for Hospital Epidemiology of America. Chicago, IL 1993.

73. Vazquez JA, Vazquez M, Sobel JD, Donabedian S, Zervos MJ.  Emergence and acquisition of multi-drug resistant *Torulopsis glabrata*. American Society for Microbiology 93rd General Meeting, Atlanta, GA 1993.

74. Dembry LM, Thal LA, Zervos MJ.  Molecular characterization of a novel glycopeptide resistance phenotype in *E. faecium*. American Society for Microbiology 93rd General Meeting, Atlanta, GA 1993.

75. Chow JW, Kuritza A, Shlaes D, Green M, Sahm D, Zervos MJ.  Clonal spread of vancomycin-resistant *Enterococcus faecium* between patients in three hospitals in two states. American Society for Microbiology 93rd General Meeting, Atlanta, GA 1993.

76. Silverman J, Vazquez JA, Sobel JD, Zervos MJ.  Comparative *in vitro* susceptibility of antiseptic agents versus *Candida* species.  In the Proceedings of the 33rd International Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA 1993.

77. Vazquez JA, Sobel JD, Demitriou R, Vaishampayan J, Lynch M, Zervos MJ. Electrophoretic karyotyping of *Candida albicans* (CA) vaginal isolates obtained longitudinally in women with recurrent vulvovaginal candidiasis (RVVC). In the Proceedings of the 33rd International Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA 1993.

78. Donabedian S, Chow JW, Zervos MJ.  Biotin-labeled DNA probes and contour clamped homogeneous electric field electrophoresis (CHEF) for speciation of enterococci. In the Proceedings of the 33rd International Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA 1993.

79. Dembry LM, Thal LA, Chow JW, Zervos MJ.  Evidence for a chromosome-borne high-level gentamicin resistance transposon in *Enterococcus faecalis*. In the Proceedings of the 33rd International Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA 1993.

18

Marcus Zervos, M.D.
Curriculum Vitae

80. Green M, Barbadora K, Wagener W, Shlaes DM, Chow JW, Zervos MJ. Outbreak of vancomycin resistant *Enterococcus* (VRE) *faecium* among pediatric liver transplant recipients. In the Proceedings of the 33rd International Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA 1993.

81. Barnes R, Duffy M, Zervos MJ. Prevalence of serum antibodies to *Helicobacter pylori* in hospital personnel. American Gastroenterological Association. American Association for the Study of Liver Diseases, New York, NY 1993.

82. Perri MB, Zervos MJ. Comparative *in vitro* activity of ciprofloxacin, clarithromycin and penicillin versus blood isolates of *Streptococcus pneumoniae*. The Second International Conference of The Macrolides, Azalides and Streptogramins, Venice, Italy, January, 1994.

83. Perri MB, Dembry LM, Zervos MJ. Comparative *in vitro* activity of RP57669/RP54476/RP59500 against multi-drug resistant enterococci. The Second International Conference of The Macrolides, Azalides and Streptogramins, Venice, Italy, January, 1994.

84. Silverman J, Donabedian S, Thal LA, Brown WJ, Zervos MJ. Application of contour clamped electrophoresis as a means of typing isolates of *Alcaligenes xylosoxidans*. The Fourth Annual Meeting of the Society for Hospital Epidemiology of America (SHEA), New Orleans, LA 1994.

85. Zervos MJ, Thal LA, Donabedian S, Silverman J. Evaluation of contour clamped homogenous gel electrophoresis (CHEF) for strain delineation of enterococci. IMBEM Third International Meeting on Bacterial Epidemiologic Markers, Cambridge, UK 1994.

86. Zervos MJ, Thal LA. DNA methods for strain delineation of *Aspergillus* species. IMBEM Third International Meeting on Bacterial Epidemiologic Markers, Cambridge, UK 1994.

87. Thal LA, Donabedian SM, Perri MB, Mahayni R, Silverman J, Tabor S, Zervos MJ. Characterization of gentamicin resistance in *Enterococcus gallinarum.* American Society for Microbiology 32nd Annual International Conference on Streptococcal Genetics, Santa Fe, NM 1994.

88. Dembry LM, Saravolatz L, Somero M, Durbin AP, Miller S, Zervos MJ. Clonal spread of a unique vancomycin resistance phenotype of *Enterococcus faecium* between patients in four hospitals in Southeastern Michigan. 94th General Meeting of the American Society for Microbiology, Las Vegas, NE 1994.

19

Marcus Zervos, M.D.
Curriculum Vitae

89. Kodali V, Singh P, Fraser N, Pilipiak C, Perri MB, Zervos MJ, Silverman A.  Diarrhea is associated with antibiotics, but not with *Candida albicans*.  American College of Gastroenterology 59th Annual Scientific Meeting (ACG), San Francisco, CA 1994.

90. Singh P, Kodali V, Zervos MJ, Kahlon D, Silverman A.  Frequency of *Candida albicans* in hospital acquired diarrhea.  American Gastroenterological Assn. American Assn for the Study of Liver Diseases.  New Orleans, LA 1994.

91. Vazquez JA, Argonoza MT, Vaishampayan J, Boikov D, Zervos MJ, Akins RA.  Isolation of amphotericin B resistant mutants and genes in *Neurospora crassa*.  Combined Annual Meeting Central Society for Clinical Research Midwest Section, American Federation for Clinical Research, Chicago, IL Sept. 1994, Clin Res;42:406A.

92. Mahayni R, Perri MB, Dembry LM, Zervos MJ.  Comparative *in vitro* and bactericidal activity of RP59500 (quinupristin/dalfopristin) against multi-drug resistant *E. faecium*. 34th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Orlando, FL 1994.

93. Silverman J, Perri MB, Bostic G, Zervos MJ.  Characterization of antimicrobial resistance in community fecal isolates of enterococci. 34th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Orlando, FL 1994.

94. Thal LA, Mahayni R, Perri MB, Donabedian S, Tabor J, Silverman J, Zervos MJ. Characterization of gentamicin resistance in enterococci of animal origin. 34th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Orlando, FL 1994.

95. Mahayni R, Chowdri HR, McGowan H, Zervos MJ.  Evaluation of risk factors and epidemiology for fungemia after introduction of a chlorhexidine bio-patch for central venous catheter dressings slide. 34th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Orlando, FL 1994.

96. Boyce JM, Mermel LA, Zervos MJ, Rice LB, Potter-Bynoe G, Giorgia C, Medeiros AA. Effective measures for controlling vancomycin-resistant *E. faecium* (VREF).34th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Orlando, FL 1994.

97. Vazquez JA, Arganoza MT, Vaishampayan J, Boikov D, Zervos MJ, Akins RA. Amphotericin B resistant mutants and genes of *Neurospora crassa*: their isolations and characteristics. 34th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Orlando, FL 1994.

Marcus Zervos, M.D.
Curriculum Vitae

98. Chow JW, Thal LA, Jaworski DD, Donabedian S, Shaw KJ, Zervos MJ.  Novel gentamicin resistance gene in *Enterococcus*.  American Society for Microbiology 95th Annual Meeting, Washington, DC 1995.

99. Davidson A, Marian M, Band J, Lauter CB, Zervos MJ. Leukocytosis of undetermined origin (LUO): characterization of subsequently proven etiology and outcome. 35th Annual Meeting IDSA, San Francisco, CA 1995.

100.    Thal LA, Donabedian S, Perri MB, Chow JW, Sahm DF, Zervos MJ.  Evaluation of the occurrence of a unique mid-level gentamicin resistance gene in enterococci of human and animal origin.  35th Annual Meeting of the American Society for Microbiology (ICAAC), San Francisco, CA 1995.

101.    Chow JW, Zervos MJ, Jaworski DD, Thal LA, Donabedian S, Shaw KJ, Miller GH, Clewell DB.  DNA sequence analysis of a novel gentamicin resistance gene in *Enterococci*. 35th Annual Meeting of the American Society for Microbiology (ICAAC), San Francisco, CA 1995.

102.    Bostic G, Perri MB, Thal LA, Zervos MJ.  Comparative *in vitro* and bactericidal activity of oxazolidinone antibiotics against multi-drug resistant *Enterococci*.  35th Annual Meeting of the American Society for Microbiology (ICAAC), San Francisco, CA 1995.

103.    Dombo IS, Zervos MJ, Perri MB, Thal LA.  Synergy in gentamicin and ampicillin resistant enterococci. 33rd Annual Meeting IDSA, San Francisco, CA 1995.

104.    Bonilla H, Kauffman C, Zervos MJ.  Epidemiology of vancomycin resistant enterococci in a nursing home.  Central Society for Clinical Research, American Federation for Clinical Research 1995.

105.    Bonilla HF, Thal LA, Donabedian SM, Lyons M, Zarins L, Zervos MJ, Kauffman C.  Epidemiology of vancomycin-resistant enterococci (VRE) colonization in a VA medical Center (VMAC).  J Invest Med. 1995;43:485A.

106.    Zervos MJ, and the Multi-Center COPD Study Group.  Comparison of azithromycin and amoxicillin/clavulantate, ciprofloxacin, or cefuroxime axetil in acute bacterial exacerbations of chronic obstructive disease.  The Third International Conference on the Macrolides, Azalides and Streptogramins, Lisbon, Portugal, 1996.

107.    Skupien D, Margulis A, Kaczander N, Jaworski S, Ekleberry A, Pypkowski J, Zervos MJ.  Randomized comparative trial of the safety, efficacy and cost of intravenous (IV) cefuroxime plus erythromycin vs IV cefuroxime plus oral clarithromycin in the therapy of

21

Marcus Zervos, M.D.
Curriculum Vitae

community acquired pneumonia. The Third International Conference on the Macrolides, Azalides and Streptogramins, Lisbon, Portugal, 1996.

108.    Lerner AM, Zervos MJ.  A subset of patients with the chronic fatigue syndrome. Assoc. Of American Physicians American Society for Clinical Investigation, American Federation for Clinical Research.  Biomedicine 96 Meeting, Washington, DC 1996.

109.    Thal LA, Donabedian S, Bonilla H, Kauffman C, Schwalbe RS, Sahm D, Chow JW, Zervos MJ.  Molecular analysis of mid-level gentamicin resistant enterococci from diverse geographic areas.  96th General Meeting of the American Society for Microbiology, New Orleans, LA 1996.

110.    Perri MB, Thal LA, Donabedian S, Chow JW, Bonilla H, Kauffman C, Sahm D, Zervos MJ.  *In vitro* susceptibility studies of mid-level gentamicin resistant enterococci.   96th General Meeting of the American Society for Microbiology, New Orleans, LA 1996.

111.    Welton LA, thal LA, Perri MB, Donabedian S, McMahon J, Zervos MJ.  Analysis of antimicrobial resistance in enterococci of turkey origin. 96th General Meeting of the American Society for Microbiology, New Orleans, LA 1996.

112.    Zervos MJ.  First clinical experience with quinupristin/dalfopristin (Synercid).  In the Proceedings of the 7th Annual Meeting of the International Congress of Infectious Diseases (ICID) Hong Kong, 1996.

113.    Woodard R, Hruszkewycz V, Perri MB, Thal LA, Zervos MJ.  Enterococcal colonization of environmental surfaces.  23rd Annual Education and International Conference of Association for Professionals in Infection Control and Epidemiology, Inc. Atlanta, GA 1996.

114.    Keller P, Lerner L, Kehler L, Zervos MJ, Snyder MB.  One year later; results of CDC recommended interventions, plus required gowning for vancomycin-resistant enterococcus (VRE). 23rd Annual Education and International Conference of Association for Professionals in Infection Control and Epidemiology, Inc. Atlanta, GA 1996.

115.    Nordstrom-Lerner L, Keller P, Kehler L, Zervos MJ, Snyder M.  Epidemiologic factors associated with vancomycin resistant enterococci (VRE) bloodstream infections (BSI) in 32 patients. 23rd Annual Education and International Conference of Association for Professionals in Infection Control and Epidemiology, Inc. Atlanta, GA 1996.

116.    Bostic G, Zervos MJ.  Reduction in contaminated blood cultures by providing rates to phlebotomists. 36th Interscience Conference on Antimicrobial Agents and Chemotherapy

Marcus Zervos, M.D.
Curriculum Vitae

(ICAAC), New Orleans, LA 1996.

117.    Donabedian S, Perri MB, Thal LA, Zervos MJ.  Comparative *in vitro* and bactericidal activity of LY333328 against multi-drug resistant enterococci.  36th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA 1996.

118.    Marian M, Zervos MJ.  Risk factors for nosocomial enterococcal bacteremia. 36th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA 1996.

119.    Thal LA, Welton LA, Perri MB, Donabedian S, McMahon J, Chow JW, Zervos MJ. Antimicrobial resistance in enterococci isolated from turkeys fed virginiamycin.  36th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA 1996.

120.    Brooks A, Ekleberry A, McMahon J, Kaczander N, Zervos MJ.  Evaluation of clinical practice guidelines on rates of nosocomial infection in intensive care unit patients. 36th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA 1996.

121.    Misra L, Donabedian S, Zervos MJ, Clewell DB, Chow JW.  Infections with enterococci possessing a novel gentamicin resistance gene. 36th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA 1996.

122.    File TM, Jr., Segreti J, Dunbar L, Player R, Kohler R, Williams RR and the Levofloxacin Study Group.  A multicenter, randomized study comparing the efficacy and safety of IV/PO levofloxacin vs. ceftriaxone/cefuroxime axetil in the treatment of adults with community-acquired pneumonia. 36th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA 1996.

123.    Thal LA, Davidson A, Chow JW, Zervos MJ.  *In vitro* evaluation of the development of synercid resistant mutants in *Enterococcus faecium*.  Infectious Diseases Society of America 34th Annual Meeting, New Orleans, LA 1996.

124.    Arganoza MT, Vazquez JA, Vaishampayan JK, Zervos MJ, Fitzgerald T, Lipman B, Manavathu E, Akins RA.  Analysis of *Aspergillus* clinical isolates by RAPD species-specific probesand RAPD fingerprinting. Infectious Diseases Society of America 34th Annual Meeting, New Orleans, LA 1996.

125.    Vazquez JA, Arganoza MT, Vaishampayan, Fitzgeral T, Zervos MJ, Lipman B, Akins RA.  Strain delineation of related and unrelated isolates of *Aspergillus flavus* with RAPD

23

Marcus Zervos, M.D.
Curriculum Vitae

probes.  Infectious Diseases Society of America 34th Annual Meeting, New Orleans, LA 1996.

126.    Tsai S, Zervos MJ, Clewell DB, Shaw KJ, Sahm DF, Chow JW.  A novel high-level gentamicin resistance gene in *Enterococcus casseliflavus*. Infectious Diseases Society of America 34th Annual Meeting, New Orleans, LA 1996.

127.    Davidson A, Bonilla H, Kauffman C, Sanford E III, Zervos MJ, Chow JW. Enterococcal super infection in patients treated with quinupristin/dalfopristin (Synercid) *casseliflavus*.  Infectious Diseases Society of America 34th Annual Meeting, New Orleans, LA 1996.

128.    Misra L, Donabedian S, Zervos MJ, Clewell DB, Chow JW.  Infections with enterococci possessing a novel gentamicin resistance gene. Infectious Diseases Society of America 34th Annual Meeting, New Orleans, LA 1996.

129.    Bonilla H, Zervos MJ, Lyons M, Bradley S, Paul L, Kauffman C.  Colonization with vancomycin resistant enterococci (VRE) comparison of a long-term care unit (LTCU) with an acute care hospital.   Infectious Diseases Society of America 34th Annual Meeting, New Orleans, LA 1996.

130.    Zervos MJ and the COPD Study Group.   Comparison of azithromycin and amoxicillin/clavulanate, ciprofloxacin cefuroxime axetil in acute bacterial exacerbations of chronic obstructive pulmonary disease.  American Academy of Family Physicians Annual Scientific Assembly, Annual Meeting, New Orleans, LA 1996.

131.    Stokes D, Mercier RC, Levine DP, Zervos MJ, Rybak MJ.  Small colony variant (SCV) of *Enterococcus faecalis* (EF). American Society for Microbiology 97th Annual Meeting, Miami, FL 1997.

132.    Thal LA, Donabedian S, Chow JW, Bonilla H, Kauffman CA, Clewell DB, Robinson-Dunn B, Zervos MJ.  Pulse field electrophoretic analysis of chromosomal DNA (PFGE) of vancomycin resistant *Enterococcus faecium* from Southeastern Michigan hospitals over a five-year period. American Society for Microbiology 97th Annual Meeting, Miami, FL 1997.

133.    Tsai S, Zervos MJ, Donabedian S, Clewell DB, Chow JW.  Nucleotide sequence analysis of a new gentamicin resistance gene in *Enterococcus casseliflavus*. American Society for Microbiology 97th Annual Meeting, Miami, FL 1997.

134.    Aeschlimann J, Zervos MJ, Rybak MJ.  Quinupristin/dalfopristin (Q/D) combined with

24

Marcus Zervos, M.D.
Curriculum Vitae

doxycycline (D) against vancomycin-resistant *Enterococcus faecium* (VREF) in kill curve studies and in an *in vitro* infection odel with simulated endocardial vegetations (SEVs) 8th European Congress of Clinical Microbiology and Infectious Diseases, Lausanne, Switzerland, 1997.

135.   Raad I, The Global Synercid CRGPB Study Group.  Dose-ranging randomized, multicenter, open phase II study of quinupristin/dalfopristin (Q/D, RP59500, Synercid[7]) versus vancomycin in the treatment of catheter-related, gram-positive bacteremia (CRGPB). 20th International Congress of Chemotherapy, Sidney, Australia, 1997.

136.   Moellering RC, Linden PK, Synercid Emergency-Use Study Group.  Efficacy and safety of quinupristin/dalfopristin (RP50500, Synercid[7]) in the treatment of vancomycin-resistant *Enterococcus faecium* (VREF) infection.   20th International Congress of Chemotherapy, Sidney, Australia, 1997.

137.   Baughman R, The US Synercid CAP Study Group.  Randomized, double blind, comparative multicenter study of quinupristin/dalfopristin (RP50500, Synercid[7]) versus combination of ceftriaxone and erythromycin in the treatment of acute community-acquired bacterial pneumonia (CAP).  20th International Congress of Chemotherapy, Sidney, Australia, 1997.

138.   Nichols R, US Synercid SSSI Study Group.  Randomized, comparative, multicenter, open study  of quinupristin/dalfopristin (RP50500, Synercid[7]) versus standard therapy (oxacillin or vancomycin) in the treatment of complicated gram-positive skin and skin structure infections (C-SSSI).   20th International Congress of Chemotherapy, Sidney, Australia, 1997.

139.   Lerner AM, Sayyed T, Dworkin HJ, Zervos MJ, Chang C, O'Neill W.  Characteristics of the abnormal left ventricular myocardial dynamics in the cardiomyopathy of the chronic fatigue syndrome in Birmingham, MI 1987-1994.  35th Annual Meeting of the Infectious Diseases Society of America, San Francisco, CA 1997.

140.   Sobel JD, McKinsey D, Kauffman C, Zervos MJ, Vazquez JA, Lee J and Mycoses Study Group.  Asymptomatic candiduria (AC): a randomized double-blind study of treatment with fluconazole (F) and placebo. 35th Annual Meeting of the Infectious Diseases Society of America, San Francisco, CA 1997.

141.   Donabedian S, Thal LA, Foon A, Chow JW, Clewell DB, Robinson-Dunn B, Zervos MJ.  Molecular analysis of chromosomal and plasmid DNA of vancomycin-resistant *Enterococcus faecium* from Michigan hospitals. 37th Interscience Conference on

25

Marcus Zervos, M.D.
Curriculum Vitae

Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, CA 1997.

142. Javellana ED, Chow JW, Zervos MJ.  The significance of a single positive blood culture for enterococcus. 37th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, CA 1997.

143. Perri MB, Thal LA, Zervos MJ.  Assessment of the synergistic interactions of clinafloxacin against *Enterococcus faecium* and *Pseudomonas aeruginosa* by time-kill methods. 37th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, CA 1997.

144. Tsai S, Kao SJ, Zervos MJ, Clewell DB, Donabedian SM, Chow JW.  A new high-level gentamicin resistance gene in *Enterococcus faecium*. 37th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, CA 1997.

145. Chow JW, Donabedian SM, Zervos MJ.  Synergistic antimicrobial combinations against enterococci possessing the mid-level gentamicin resistance gene aph(2")-Ic. 37th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, CA 1997.

146. Vergis EN, Chow JW, Hayden MK, Snydman DR, Zervos MJ, Linden PK, Wagener MM, Muder RR. Vancomycin resistance predicts mortality in enterococcal bacteremia: a prospective, multicenter study of 375 patients. 37th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, CA 1997.

147. Price J, Ekleberry A, Johnson M, Melendy S, Villalba M, Zervos MJ.  Evaluation of clinical practice guidelines on infection outcome and antibiotic resistance in an intensive care unit.  37th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, CA 1997.

148. Robinson-Dunn B, Jennings G, Mitchell J, Ionescu M, Dashti F, Donabedian S, Perri MB, Thal LA, Sunstrum J, Chow JW, Smith T, Zervos MJ.  Characterization of a unique isolate of vancomycin-intermediate *Staphylococcus aureus* (VISA). 37th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, CA 1997.

149. Zervos MJ.  New emerging therapies for gram-positive infections.  8th International Congress on Infectious Diseases, Boston, MA 1998.

150. Revankar SG, Sutton DA, Sanche S, Rao J, Zervos MJ, Dashti F, Rinaldi MG.  *Metarrhizium anisopliae* as a cause of sinusitis in immunocompetent hosts.  98th General Meeting of the American Society for Microbiology.  Atlanta, GA 1998.

26

Marcus Zervos, M.D.
Curriculum Vitae

151.     Thal LA, Dashti F, Donabedian SA, Chow JW, Zervos MJ.  Survey of fecal flora for streptogramin resistant *Enterococcus faecium*.  98th General Meeting of the American Society for Microbiology.  Atlanta, GA 1998.

152.     Zervos MJ.  Staphylococcal and streptococcal infections: an emergent problem. SMART  Symposium.  Milano, Italy 1998.

153.     Zervos MJ.  Present and future of nosocomial infections: streptogramins. VIII Reunión Nacional de la Sociedad Española de Enfermedades Infecciosas y Microbiologia Clinica. Mallorca, Spain May, 1998.

154.     Vergis EN, Chow JW, Hayden MK, Snydman DR, Zervos MJ, Linden PK, Wagener MM, Muder RR.  Interaction of virulence factors and antimicrobial therapy in patients with *Enterococcus faecalis* bacteremia; clinical and laboratory correlation for 125 patients.  36th Annual Meeting of the Infectious Disease Society of America.  Denver, CO August, 1998.

155.     Zervos MJ, Ionescu M, Perri MB.  *In vitro* susceptibilities of vancomycin resistant enterococci to fosfomycin. 36th Annual Meeting of the Infectious Disease Society of America. Denver, CO August, 1998.

156.     Thal LA, Ionescu M, Donabedian SM, Bhargava R, Chow JW, Muder RR, Vergis EN, Hayden MK, Zervos MJ.  Molecular comparison of quinupristin/dalfopristin resistant *Enterococcus faecium* from human and animal origin. 36th Annual Meeting of the Infectious Disease Society of America.  Denver, CO August, 1998.

157.     Baddam K, Brooks A, VanDam D, Zervos MJ.  Cefepime vs. ceftazidime for therapy of serious lower respiratory tract infection. 36th Annual Meeting of the Infectious Disease Society of America.  Denver, CO August, 1998.

158.     You I, Kariyama R, Zervos MJ, Kumon H, Chow JW.  *In vitro* synergism of vancomycin + arbekacin against gentamicin and methicillin resistant *Staphylococcus aureus*. 36th Annual Meeting of the Infectious Disease Society of America.  Denver, CO August, 1998.

159.     Goss TF, Griffiths RI, Fekete T, Meyer RD, Paladino JA, Zervos MJ.  A decision model to evaluate the costs and outcomes of alternative treatments for *Enterococcus faecium* bloodstream infections. 38th Interscience Conference on Antimicrobial Agents and Chemotherapy.  San Diego, CA Sept. 1998.

160.     Perri MB, Zervos MJ.  *In vitro* activity of clinafloxacin alone and in combination

27

Marcus Zervos, M.D.
Curriculum Vitae

against multi-drug resistant pathogens.  38th Interscience Conference on Antimicrobial Agents and Chemotherapy.  San Diego, CA Sept. 1998.

161.     Perri MB, Zervos MJ. Bactericidal activity of clinafloxacin against multi-resistant bacteria.  In the Proceedings of the 38th Interscience Conference on New Quinolones and Related Antibiotics.  Denver, CO Sept., 1998.

162.     Tack KJ, Zervos MJ.  Clinafloxacin for the treatment of serious infections caused by multiply-resistant pathogens.  In the Proceedings of the 6th International Symposium on New Quinolones and Related Antibiotics.  Denver, CO Nov. 1998.

163.     Lerner AM, Deeter RG, Dworkin HJ, Zervos MJ, Chang CH, Fitzgerald T.  A preliminary 6 month trial of valacyclovir (VAL) in CFS using the EBV (Epstein-Barr Virus)/HCMV (Cytomegalovirus) cardiac paradigm of its etiology. 36th Annual Meeting of The Infectious Diseases Society of America.  Denver, CO Nov. 1998.

164.     Chandra HR, Choudhary N, O'Neill C, Zervos MJ, Kroetsch A, Philip, M, Luzon L, Colar JM, Boura J, Timmis GC, O'Neill WW.  *Chlamydia pneumoniae* and inflammatory markers in acute coronary syndrome.  Presented at the American College of Cardiology 49th Annual Scientific Session, New Orleans, LA, March, 1999.

165.     Shah BR, Oestereicher LK, Madrazo B, Zervos MJ, Mezwa D.  To assess if newer computerized tomography (CT) capabilities (spiral) allow earlier detection of *Clostridium difficile* colitis.  Presented at the 28th Annual Meeting of the Roentgen Radiologic Society, New Orleans, LA, May 1999.

166.     Donabedian SM, Thal LA, Brooks A, Gravelle A, Chow JW, Clewell DB, Robinson-Dunn B, Zervos MJ.  Molecular analysis of Tn*1546* in *Enterococcus faecium* in Michigan hospitals.  American Society for Microbiology 99th General Meeting, Chicago, IL May-June, 1999.

167.     Thal LA, Donabedian SM, Zervos MJ.  Evaluation of antimicrobial resistance in *Enterococcus faecium* isolated from pigs fed virginiamycin. For presentation at the American Society for Microbiology 99th General Meeting, Chicago, IL May-June, 1999.

168.     Bostic GD, Bollinger RM, Zervos MJ.  Comparison of two susceptibility test methods for the detection of extended-spectrum beta-lactamases (ESBL). For presentation at the American Society for Microbiology 99th General Meeting, Chicago, IL May-June, 1999.

169.     Bostic GD, Bollinger RM, Logue-O'Malley J, Zervos MJ.  Evaluation of the microscan system to accurately test the susceptibility of clinical isolates against cefepime.  For

28

Marcus Zervos, M.D.
Curriculum Vitae

presentation at the American Society for Microbiology 99th General Meeting, Chicago, IL May-June, 1999.

170.     Sowirka OJ, Hyde K, Zervos MJ, Maddens M, Unsworth M.  Can herd immunity effect compensate for impaired influenza vaccine efficacy due to antigenic drifts in virus strains. Presented at the American Geriatrics Society, Philadelphia, PA, May 1999.

171.     Kariyama R, Kumon H, Zervos MJ, Chow JW. Combinations of ampicillin, fosfomycin, and arbekacin against Beta-lactam-, glycopeptide-, and high-level gentamicin-resistant *Enterococcus faecium.* P-523. Presented at the 21st International Congress of Chemotherapy, Birmingham, UK July 1999

172.     Stein GE, Dean NC, Zervos MJ. Ampicillin/sulbactam (A/S) plus IV erythromycin (E) or oral azithromycin (AZ) treatment for hospitalized patients with community-acquired pneumonia (CAP). P-251. Presented at the 21st International Congress of Chemotherapy, Birmingham, UK July 1999.

173.     Hershberger E, Coyle EA, Kaatz GW, Zervos MJ, Rybak MJ.  In vitro fibrin-clot infection model versus rabbit (R) model of bacterial endocarditis (BE).  Presented at the 39th Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA Sept. 1999.

174.     Vergis EN, Shankar V, Gilmore M, Chow JW, Hayden MK, Snydman DR, Zervos MJ, Linden PK, Wagener MM, Muder RR.  Characterization of virulence factors in patients with *Enterococcus faecalis* bacteremia. Presented at the 39th Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA Sept. 1999.

175.     Kak V, You I, Zervos MJ, Chow JW.  In vitro synergistic activity of ampicillin and arbekacin against vancomycin-resistant enterococcal isolates with high-level aminoglycoside resistance caused by aph(2')-Id. Presented at the 39th Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA Sept. 1999.

176.     Perri MB, Dale R, Zervos MJ.  In vitro activity of an investigation nucleic acid antibacterial compound Nu-2 against multidrug-resistant bacteria. Presented at the 39th Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA Sept. 1999.

177.     McKinnon PS, Rybak MJ, Ionescu M, Choudoury N, Zervos MJ.  Treatment outcomes of vancomycin-resistant *E. faecium* (VREfm) and vancomycin-resistant *E. faecalis* (VREfc) compared with vancomycin (V)-susceptible enterococcal bacteremia (EB). Presented at the 39th Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco,

Marcus Zervos, M.D.
Curriculum Vitae

CA Sept. 1999.

178.    Meghashyam J, Thal L, Donabedian SM, Chow J, Zervos MJ.  Molecular evaluation of vancomycin-resistant *Enterococcus faecalis* in Michigan hospitals. Presented at the 39th Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA Sept. 1999.

179.    Vergis EN, Hayden MK, Chow JW, Snydman DR, Zervos MJ, Linden PK, Wagener MM, Muder RR.  Using Etest for vancomycin and teicoplanin susceptibility testing reliably predicts vanA and vanB genotypes determined by PCR.  Presented at the 37th Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Nov. 1999.

180.    Hershberger E, Coyle EA, Kaatz GW, Zervos MJ, Rybak MJ.  Comparison of the activity of trovafloxacin(T), sparfloxacin(S), and clinafloxacin(CL) against *Staphylococcus aureus*(SA) and *Enterococcus faecium* and *faecalis* in an in vitro fibrin-platelet clot infection model versus rabbit(R) model of bacterial endocarditis(BE). Presented at the 39th Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA Sept. 1999.

181.    Shaw BR, Oestereicher LK, Madrazo B, Zervos MJ.  To assess if newer computerized tomography (CT) capabilities (spiral) allow earlier detection of *Clostridium difficile* colitis. Presented at the 99th Annual Meeting of the American Roentgen Ray Society, New Orleans, LA, May 1999.

182.    Kak V, Donabedian SM, Zervos MJ, Kariyama R, Kumon H, Chow JW.  Greater efficacy of ampicillin plus arbekacin versus ampicillin alone in experimental rabbit endocarditis caused by *Enterococcus faecalis* with high-level gentamicin resistance. Presented at the 1st International American Society for Microbiology Conference on Enterococci: Pathogenesis, Biology, and Antibiotic Resistance.  Banff, Alberta, Canada, February 2000.

183.    Donabedian SM, Thal LA, Jones R, Bartlett P, Chow JW, Hershberger E, Zervos MJ. Prevalence of antimicrobial resistance and antimicrobial use in cows and turkeys. Presented at the 1st International American Society for Microbiology Conference on Enterococci: Pathogenesis, Biology, and Antibiotic Resistance.  Banff, Alberta, Canada, February 2000.

184.    Chandra HR, Choudhary N, O'Neill C, Zervos M, Kroetsch A, Phillip M, Luzon L, Colar J, Boura J, Timmis GC, O'Neill WW. Chlamydia Pneumoniae and Inflammatory Markers in Acute Coronary Syndrome. Presented at the American College of Cardiology Annual Conference, March 2000.

Marcus Zervos, M.D.
Curriculum Vitae

185.    Thal LA, Donabedian SM, Ionescu M, Zervos MJ.  The *in vitro* susceptibilities of vancomycin-resistant *Enterococcus faecium* (VREF) to fluoroquinolones.  Presented at the 100th General Meeting of the American Society for Microbiology, Los Angeles, CA. May 2000.

186.    Thal LA, Hershberger E, Joyce K, Hill B, Marano N, Angulo F, Gilbert L, Cobb LL, Tenover F, Clark N, Mackinson C, Gregg C, Bebess A, Madden J, Sokolow B, Zervos, MJ. Broad geographic distribution of *aph(2")-Id*, a novel high-level gentamicin resistance gene in enterococcus from humans and animals; first report in poultry from three states. Presented at the 100th General Meeting of the American Society for Microbiology, Los Angeles, CA. May 2000.

187.    Stecevic V, Zervos MJ.  Epidemiology of candida bloodstream infection over a 12 year period. Presented at the 100th General Meeting of the American Society for Microbiology, Los Angeles, CA. May 2000.

188.    Thal LA, Hershberger E, Jones R, Joyce K, Hill B, Marano N, Zervos MJ, et al. Molecular mechanism of gentamicin resistance among enterococci isolated from humans, food animals, meat and poultry.  Presented at the 40th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto CA. September, 2000.

189.    Daikos GL, Bamias G, Zervos MJ, Syriopoulou V.  Characterization of the elements carrying the gentamicin resistance determinants in *E. faecalis* isolates from Greece. Presented at the 40th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto CA. September, 2000.

190.    Bozigar PS, Hershberger E, Donabedian SM, Zervos MJ.   Activity of quinupristin/dalfopristin alone and in combination with ampicillin in the treatment of vancomycin-resistant *Enterococcus faecium* and *Staphylococcus aureus* in experimental model of endocarditis in rabbits. Presented at the 40th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto CA. September, 2000.

191.    Vergis EN, Hayden MK, Chow JW, Snydman DR, Zervos MJ, Linden PK, Wagener MK, Muder RR.  Blood isolates of *Enterococcus faecium* with diminished susceptibility to quinupristin/dalfopristin: clinical correlations in a multicenter bacteremia study. Presented at the 40th Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto CA. September, 2000.

192.    Kariyama R, Kumon H, Araake M, Tabata M, Zervos MJ, Chow JW.  *In vitro* activity of the combination of ampicillin and arbekacin against Beta-lactam, glycopeptide, and high-level gentamicin resistant *Enterococcus faecium*. Presented at the 40th Interscience

31

Marcus Zervos, M.D.
Curriculum Vitae

Conference on Antimicrobial Agents and Chemotherapy, Toronto CA. September, 2000.

193. Rex JH, Pappas PG Karchmer AW, Sobel J, Edwards J, Brass C, Chapman S, Horowitz H, Zervos M, Vazquez JA, McKinsey D, Kett D, Simmons B, Lee J, Mautner L, Chu TC, Panzer H. The Candidemia Study Group. A randomized and blinded multicenter trial of high-dose Fluconazole (F) + Amphortercin B (A) as treatment of Candidemia in non-neutropenic patients. Presented at the American Society for Microbiology 41st Annual Conference, ICAAC, Chicago, IL 2001.

194. Zervos M, Aubier M, Rangaraju M, Lerowy B. Five-day Telithromycin, a new Ketolide, is as effective as standard 10-day comparators in the treatment of acute exacerbation of chronic bronchitis. Presented at the American Society for Microbiology 41st Annual Conference, ICAAC, Chicago, IL 2001.

195. Hershberger E, Bozigar P, Zervos MJ, Rybak MJ. Activity of Ziracin, Daptomycin, and Quinupristin/Dalfopristin against Vancomycin-Resistant Enterococci, Methicillin-Resistant *Staphylococcus aureus*, and Vancomycin-Intermediate *Staphylococcus aureus* in an In Vitro Infection Model. Presented at the American Society for Microbiology 41st Annual Conference, ICAAC, Chicago, IL 2001.

196. Bozigar PS, Hershberger E, Donabedian SM, Zervos MJ. Activity of Quinupristin/Dalfopristin compared to linezolid in the treatment of vancomycin-resistant *Enterococcus faecium* and Methicillin-Resistant *Staphylococcus aureus* in experimental model of endocarditis in rabbits. Presented at the American Society for Microbiology 41st Annual Conference, ICAAC, Chicago, IL 2001

197. Donabedian SM, Thal LA, Bozigar PS, Perri MB, Hershberger E, Bartlett P, Chow JW, Zervos MJ. Prevalence of antimicrobial resistance and antimicrobial use in cows, turkey, chicken and swine. Presented at the American Society for Microbiology 41st Annual Conference, ICAAC, Chicago, IL 2001

198. Perri MB, Donabedian SM, Angulo FJ, Jones R, Debess E, Park M, Johnson S, Johnson J, Zervos MJ. Common molecular mechanism of gentamicin resistance among enterococci isolated from animals, food and humans. Presented at the American Society for Microbiology 41st Annual Conference, ICAAC, Chicago, IL 2001.

199. Donabedian SM, Perri MG, Bozigar PS, Hershberger E, Angulo FJ, Rossiter S, Jones R, Debess E, Johnson S, Park M Johnson J, Zervos MJ. Quinupristin/Dalfopristin Resistance in *Enterococcus faecium* isolated from humans, farm animals and retail food. Presented at the American Society for Microbiology 41st Annual Conference, ICAAC, Chicago, IL 2001.

Marcus Zervos, M.D.
Curriculum Vitae

200.    Donabedian SM, Zervos MJ, Kariyama R, Chow J.  Multiplex PCR for detection of aminoglycoside-resistance genes in *Enterococci*.  Presented at the American Society for Microbiology 41st Annual Conference, ICAAC, Chicago, IL  2001.

201.    Hershberger E, Lajin M, Chirilla R, Zervos MJ.  Treatment Failure with Outpatient Therapy of Community-Acquired Pneumonia.  Slide Session.  Pneumonia:  Analysis of Treatment Failures.  Presented at the American Society for Microbiology 41st Annual Conference, ICAAC, Chicago, IL  2001.

202.    Hershberger E, Currin LG, Vontivillu GS, Bhalla P, Zervos MJ.  Outcome of patients with *Streptococcus pneumoniae.* Pneumonia treated according to IDSA Guidelines.  Presented at the American Society for Microbiology 41st Annual Conference, ICAAC, Chicago, IL  2001.

203.    Attassi K, Hershberger E, Alam M.R., Zervos MJ.  Thrombocytopenia Associated with Linezolid Therapy.  Presented at IDSA, San Francisco, 2001.

204.    Hershberger E, Bower J, Ventimiglio J, Zervos, MJ.  Treatment of *Streptococcus pneumoniae* Community-Acquired Pneumonia based on the IDSA Guidelines.  Presented at the Sixth International Conference, ICKMASK, Bologna, Italy, 2002.

205.    Zervos MJ, Hershberger E, Nicolau, DP, Ritchie DJ, Blackner L, Coyle, EA, Donnelly AJ, Eckel SF, Eng RHK, Hiltz A, Kuyumijian G, McDaniel A, Hogan P, Lubowski TJ.  Impact of Fluoroquinolone (FQ) Usage on Pathogen Susceptibility:  A 10 Year Multicenter Evaluation.  Presented at the American Society for Microbiology General Meeting, Salt Lake City, UT, May 2002.

206.    Simjee S, White DG, McDermott PF, Wagner DD, Zervos, MJ, Donabedian SM, English LL, Walker RD.  Possible Transfer of the High-Level Vancomycin Resistance Transposon (Tn1546) from a Human to a Canine Enterococcal Isolate. Presented at the American Society for Microbiology General Meeting, Salt Lake City, UT, May 2002.

207.    Bozigar PS, Zervos MJ, Chow JW, Kariyama R, Kumon H, Hershberger E.  Once Daily Versus Traditional Dosing of Arbekacin Against a Milti-Drug Resistant Isolate of *Pseudomonas aeruginosa* in an In-Vitro Infection Model.  Presented at the American Society for Microbiology General Meeting, Salt Lake City, UT, May 2002.

208.    Hawa JT, Zervos MJ.  Telithromycin is as effective as standard comparators in the treatment of community-acquired respiratory tract infections.  Presented at the American Osteopathic Association 107th Annual Convention and Scientific Seminar, Las Vegas, NV 2002.

33

Marcus Zervos, M.D.
Curriculum Vitae

209.    Flannagan SE, Chow JW, Donabedian SM, Brown WJ, Perri MB, Zervos MJ, Clewell DB.  Genetic analyses of a vancomycin-resistant *Enterococcus faecalis* (VRE) strain isolated together with a vancomycin-resistant *Staphylococcus aureus* (VRSA).  In the 42nd ICAAC Late-Breaker Program/Abstracts and Exhibits Addendum. San Diego, CA.  2002, 83/LB-12.

210.    Zervos, MJ, Aubier, M, Backstrom J, Leroy B.  Telithromycin is effective in the treatment of patients with increased risk of morbidity during acute exacerbations of chronic bronchitis.  Presented at the American Thoracic Society Annual Meeting, Atlanta, GA.  2002.

211.    Bostic GD, Robinson-Dunn B, Zervos MJ.  Inhibited Recovery of Yeast by Coagulase-negative Staphylococci in BacT/Alert blood Culture Bottles.  Presented at the 103rd General Meeting American Society for Microbiolgy, Washington, DC.   May 2003.

212.    Perri MB, Vager D, Donabedian SM, Bozigar P, Hershberger E, Chow JW, Bartlett P, Muder RR, Zervos MJ.  Epidemiology of Enterococcal resistance in Humans and Animal Farms.  Presented at the 43rd Annual ICAAC/ASM's Annual Meeting on Infectious Disease, Chicago, IL.  September 2003.

213.    Smijee S, Zhang Y, McDermott PF, White DG, Donabedian SM, Zervos MJ, Meng J.  Heterogeneity of *vatE* Carrying Plasmids in *E. faecium* recovered from Human and Animal Sources.  Presented at the 43rd Annual ICAAC/ASM's Annual Meeting on Infectious Disease, Chicago, IL.  September 2003.

214.    Donabedian S, Zaidi N, Oprea S, Zervos MJ.  Molecular Analysis of Vancomycin-Resistant *Enterococcus faecalis* Isolates Collected from a Michigan Hospital over a 12-year Period.  Presented at the 43rd Annual ICAAC/ASM's Annual Meeting on Infectious Disease, Chicago, IL.  September 2003.

215.    Zervos MJ, Andrews C, Knirsch C, Swanson R, de Caparariis P, Mandell L.  Ivazithromycin (AZM)/ceftriaxone (CEF) followed by PO AZM vs IV levofloxacin (LEV) followed by PO LEV in treatment of hospitalized patients with community acquired pneumonia (CAP).  Presented at the 13th ERS Annual Congress of the European Respiratory Journal, Vienna, Austria.  September 27 – October 1, 2003.

216.    Zervos, MJ, Aubier M, Nusrat, R.  Telithyromycin is highly efficacious in the treatment of lower respiratory tract infections. Presented at the 13th ERS Annual Congress of the European Respiratory Journal, Vienna, Austria.  September 27 – October 1, 2003.

Marcus Zervos, M.D.
Curriculum Vitae

217.    Oprea S, Hershberger E, Donabedian S, Perri MB, Zervos MJ.  Molecular and Clinical Epidemiology of Vancomycin Risistant *Enterococcus faeca*lis. Presented at the Annual Meeting of the IDSA, 2003

218.    Zervos MJ, Nusrat R Hershberger E. Telithromycin Efficacy in Patients with Acute Exacerbations of Chronic Bronchitis and Increased Morbidity Risk. Presented at the 99th Annual Meeting of the American Thoracic Society Meeting, Seattle, Washington, 2003.

219.    Zervos MJ, Martinez F.  Thre-Day Azithyromycin (AZM) v. Five-Day Moxifloxacin (MOX) in Outpatients (OP) with AECB.  Presented at the American Association for Critical Care Medicine, National Meeting, Open Forum Symposium "Medications & Nebulizers, Las Vegas, Nevada, December 9, 2003.

220.    Perri MB, Vager D, Sonabedian SM, Chow JW, Bartlett P, Muder RR, Zervos MJ. Enterococcal Resistance in Humans and Animal Farms.  Presented at the International Cnference on Emerging Infections Diseases 2004, Atlanta, Georgia, February 29 – March 3, 2004.

221.    Zervos MJ, Hogan PA, Lubowski TJ, Herndon KC, Mullenix TA, D'Angio RG, Estoup MW, Springer SV, Brady GP, DeLor B, Smith PS, Glover JJ.  Is there a Relationship between Levofloxacin (L) Usage and Susceptibility (%S) among Hospital Pathogens? Presented at the American Society for Microbiology General Meeting, New Orleans, Louisiana, May 23 – 27, 2004.

222.    Nassif H, Zervos MJ  Comparison of Antimicrobial Therapy for Infection Caused By Extended Spectrum Beta-lactamase Producing Enterobacteriaciae  In the Proceedings of the Annual Meeting of the Infectious Diseases Society (IDSA) , Boston MA  October 2004

223.    Robinson-Dunn B. Brown WJ, Perri M, Vager D, Donabedian S, Zervos MJ. Detection of vancomycin resistance in *Staphylococcus aureus*: a rare event   In the Proceedings of the 44th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Washington DC  October 2004

224.    Zervos MJ, Breen JD, Jorgensen D, Goodrich JM. Single-Dose Azithromycin microspheres versus Levofloxacin for the treatment of acute exacerbations of chronic bronchitis (AECB) In the Proceedings of the 44th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Washington DC  October 2004

225.    Zervos MJ. Epidemiology of antimicrobial resistance in enterococci: from farm to human. In the Proceedings of the 44th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Washington DC  October 2004

Marcus Zervos, M.D.
Curriculum Vitae

226. Rusu-Lenghel A, Oprea S, Hershberger E, Sidwa K, Ventimiglio J, Zervos MJ. Health and economic impact of fluoroquinolone resistance in *Pseudomonas aeruginosa*. In the Proceedings of the 44th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Washington DC   October 2004

227. Zervos MJ, Angulo F, Perri M, Donabedian S. Molecular epidemiology of resistant enterococci. In the Proceedings of the 44th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Washington DC  October 2004.

228. Simjee S, Donabedian SM, Zervos MJ. Linkage of the streptogramin resistance gene *vatE,* to the copper resistance gene *tcrB*, on a 10kb plasmid recovered from Enterococcus faecium isolated from poultry farms in the USA. In the Proceedings of the 44th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Washington DC  October 2004.

229. Speirs K, Perri MB, Donabedian SM, Vager D, Urbanich M, Zervos MJ. Characterization of community MRSA from three urban areas. In the Proceedings of the 44th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Washington DC October 2004.

230. Nadeau LM, Stephens JL, Bostic G, Zervos MJ. Outocmes of patients receiving Pipercillin/tazobactam versus carbapenems for treatment of extended spectrum B-lactamase (ESBL)-producing Enterobacteriaciae. In the Proceedings of the 44th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) Washington DC October 2004.

231. Robinson-Dunn B, Zervos M, and Logue-O'Malley J.  Implementation of the 2002 group B Streptococcus screening guidelines.  2005 Institute for Quality in Laboratory Medicine (IQLM) Conference: Recognizing Excellence in Practice, Altlanta, GA, April 28-30, 2005.

232. Gay K, Donabedian S, Zervos MJ, Chiller T, Angulo F.  Glycopeptide resistance in enterococci of community origin In the Proceedings of the 105th General Meeting of the American Society of Microbiology, Atlanta, GA., June 2005.

233. Donabedian S, Vager D, Perri MB, Simjee S, Huang V, Zervos MJ.  Virulence gene content in enterococci of human and animal origin. In the proceedings of the 2nd international conference on enterococci, American Society for Microbiology, Denmark August 2005.

234. Zervos MJ.  New therapies for enterococci. In the proceedings of the 2nd International

36

Marcus Zervos, M.D.
Curriculum Vitae

Conference on Enterococci, American Society for Microbiology, Denmark, August 2005.

235.    Ambler D, Spiers K, Donabedian S, Vager D, Perri M, Hayden M, Muder R, Zervos MJ**.** Clinical characteristics, household transmission and outcome of infection of community-associated methicillin resistant *Staphylococcus aureus* (CA-MRSA). In the Proceedings of the 43rd Annual Meeting of the Infectious Diseases Society (IDSA)  San Francisco CA, October 2005.

236.    Jinson J, Khazaal N, Ventimiglio J, Huang V, Zervos MJ. Evaluation of a formulary change on outcome of infection and antimicrobial resistance in a medical intensive care unit (ICU). In the Proceedings of the 43rd Annual Meeting of the Infectious Diseases Society (IDSA)  San Francisco CA, October 2005.

237.    Robinson-Dunn, Zervos MJ**.** Validation of CHROMagar for the Rapid Detection of Methicillin Resistant *Staphylococcus aureus* in Blood Cultures. In the Proceedings of the 43rd Annual Meeting of the Infectious Diseases Society (IDSA)  San Francisco CA, October 2005.

238.    Dascal S, Silverman S, Zervos MJ.  Clostridium difficile is the most common cause of infectious colitis.  In the Proceedings of the American College of Gastroenterology's 70th Annual Meeting, Honolulu, HI, October, 2005.

239.    Spiers K, Donabedian S, Perri MB, Vager D, Huang V, Muder R, Hayden M, Zervos MJ. Risk factors for community methicillin resistant Staphylococcus aureus. In the Proceedings of the 45th Annual Interscience Conference on Antimicrobial agents and Chemotherapy, Washington DC, December, 2005.

240.    Donabedian S, Singh A, Perri M, Spiers K, Hayden M, Muder R, Robinson-Dunn  B, Zervos MJ.  Characterization of community-associated MRSA.  In the Proceedings of the 45th Annual Interscience Conference on Antimicrobial agents and Chemotherapy,Washington DC, December, 2005.

241.     M Ajluni,  P Voreis, S Lloyd, N Murad, J Tanafranca, M Zervos.  Outbreak of Burkholderia cepacia at a Large Acute Care Hospital. SHEA 16th Annual Scientific Meeting, Chicago, IL, March 18-21, 2006.

242.    PK Kutty, J Guillon, M Zervos, M Ajluni, R Washburn, R Sanderson, MA Kainer, TA Powell, CF Clarke, RJ Powell, B Jensen, J Noble-Wang, LC McDonald.  Multi-State Outbreak of *Burkholderia cepacia* Colonization and Infection Associated with the Use of Intrinsically Contaminated Alcohol-Free Mouthwash.  SHEA 16th Annual Scientific Meeting, Chicago, IL, March 18-21, 2006.

Marcus Zervos, M.D.
Curriculum Vitae

243.    Davis Sl, Singh A, Donabedian S, Perri M, Vager D, Manierski C, Huang V, Robinson-Dunn B, Hayden MK, Muder RR, Zervos MJ.  Clinical epidemiology and outcomes of community associated methicillin resistant *Staphylococcus aureus* (CAMRSA). International Conference on Emerging Infectious Diseases (ICEID), Atlanta, GA, March 19-22, 2006.

244.    ThurdeKoos AM, Barzilay EJ, Miller T, Lewis KD, Gay K, Lee B, Zervos MJ, DeBess E, Warren M, Barrett T, Chiller TM.  Susceptibility of community-isolated *Enterococci* to daptomycin, linezolid, and quinupristin-dalfopristin.  International Conference on Emerging Infectious Diseases (ICEID), Atlanta, GA, March 19-22, 2006.

245.    Donabedian S, Huang V, Singh A, Davis S, Perri M, Vager D, Speirs K, Robinson-Dunn B, Hayden M, Muder RR and Zervos M.  Molecular epidemiology of community-associated methicillin-resistant *Staphylococcus aureus* (CA-MRSA).  16th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Nice, France, April 1-4, 2006.

246.    Huang Va, Jinson J, Zervos M.  Impact of formulary change in a medical intensive care unit on outcome of infection and antimicrobial resistance.  16th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Nice, France, April 1-4, 2006.

247.    Davis S, Perri M, Singh A, Speirs K, Hayden M, Muder R, and Zervos M.  Clinical outcomes of *Staphylococcus aureus* infections in the community.  16th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Nice, France, April 1-4, 2006.

248.    Davis S, Singh A, Perri M, Manierski C, Donabedian S, Vager D, Huang V, Spiers K, Robinson-Dunn B, Hayden M, Muder R, Zervos, M. Clinical epidemiology of community-associated methicillin-resistant *Staphylococcus aureus*. 16th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Nice, France, April 1-4, 2006.

249.    Manierski C, Obeid K, Reyes K, Davis S, Ajluni M, Singh A, Perri M, Donabedian S, Vager D, Zervos M.  Epidemiology and control of a cluster of USA300 methicillin-resistant *Staphylococcus aureus* (USA300-MRSA) skin/soft tissue infections in an inner-city hospital haemodialysis unit.  16th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Nice, France, April 1-4, 2006.

250.    Huang V, Pencu I, Oprea S, Zervos M**.**  Factors influenced treatment failure in pneumococcal pneumonia with bacteraemia.  16th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Nice, France, April 1-4, 2006.

Marcus Zervos, M.D.
Curriculum Vitae

251.   Huang V, Perri M, Vager D, Zervos M. Phenotypic characterization of heterogenous methicillin-susceptible *Staphlyococcus aureus* correlates to patient outcome. 16th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Nice, France, April 1-4, 2006.

252.   Zervos M, Breen JD, Jorgensen DM and Goodrich JM.  Azithromycin microspheres are as effective as levofloxacin in subjects with moderate to very severe chronic obstructive pulmonary disease.  American Thoracic Society International Conference, San Diego, CA, May 19-24, 2006.

253.   M Ajluni, P Voreis, S Lloyd, N Murad, J Tanafranca, M Zervos.  Outbreak of Burkholderia cepacia at a Large Acute Care Hospital. APIC 33rd Annual Educational Conference and International Meeting, Tampa, FL, June 11-15, 2006.

254.   Perri MB, Donabedian S, Vager D, Davis S, Ali A, Robinson-Dunn B, Zervos M. Molecular epidemiology of vancomycin-resistant *Enterococcus faecalis*. In the Proceedings of the 46th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA, September, 2006.

255.   Donabedian S, Singh A, Manierski C, Huang V, Davis S, Perri M, Vager D, Robinson-Dunn B, Hayden M, Muder R, Zervos M.  Molecular epidemiology of community-acquired methicillin-resistant *Staphylococcus aureus*.  In the Proceedings of the 46th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA, September, 2006.

256.   Aminova S, Perri MB, Donabedian S, Vager D, Davis S, Manierski C, Haque N, Robinson-Dunn B, Hayden MK, Muder RR, Zervos M.  Clinical characteristics and outcomes of USA300 methicillin-resistant *Staphylococcus aureus*. In the Proceedings of the 46th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA, September, 2006.

257.   Manierski C, Davis SL, Reyes K, Perri MB, Donabedian S, Haque NZ and Zervos MJ. Epidemiology and outcomes of a cluster of methicillin-resistant *Staphylococcus aureus* with reduced susceptibility to vancomycin.  In the Proceedings of the 46th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA, September, 2006.

258.   Guevara R, Silverman A, Zervos M.  Clostridium difficile: evidence for infection clustering and other risk factors for infection. 71st Annual Meeting of the American Society of  Gastroenterology,  October 2006.

Marcus Zervos, M.D.
Curriculum Vitae

259. Mody L, Donabedian S, Zervos M, Kauffman C, Bradley S. Evolving epidemiology of methicillin-resistant *Staphylococcus aureus* (MRSA) in nursing homes (NH). In the Proceedings of the 44th Annual Meeting of the Infectious Diseases Society (IDSA), Toronto, Ontario, Canada, October 2006.

260. Jovanovic M, Tosic T, Stosovic B, Milosevic B, Donabedian S, Zervos M. Genotypic characterization of vancomycin-resistant enterococcus isolates in Serbia and Montenegro. In the Proceedings of the 44th Annual Meeting of the Infectious Diseases Society (IDSA), Toronto, Ontario, Canada, October 2006.

261. Boucher HW, Corey GR, Forrest G, Zervos M, Campion M, Fowler V. Length of therapy and outcome in *S. aureus* bacteremia and endocarditis (SAB/SAIE): <14 days of therapy associated with lower success rates in uncomplicated SAB (uB). In the Proceedings of the 44th Annual Meeting of the Infectious Diseases Society (IDSA), Toronto, Ontario, Canada, October 2006.

262. Obeid K, Brar I, Davis S, Galia R, Zervos M, Markowitz N. Pseudohypothrombinemia during daptomycin therapy. 44th Annual Meeting of IDSA, Toronto, Canada, October 12-15, 2006.

263. Huang V, Perri MB, Vager D, Zervos MJ. Phenotypic characterization of heterogenous methicillin-susceptible *Staphylococcus aureus* correlates to patient outcomes. In the proceedings of the 2006 Annual Meeting of the American College of Clinical Pharmacy, St Louis MO, October 26-29, 2006.

264. Huang V, Donabedian SM, Singh AK, Davis SL, Perri MB, Vager D, Speirs K, Robinson-Dunn B, Hayden MK, Muder R, Zervos MJ. Molecular epidemiology of community-associated methicillin-resistant Staphylococcus aureus. In the proceedings of the 2006 Annual Meeting of the American College of Clinical Pharmacy, St Louis MO, October 26-29, 2006.

265. Rose W, Rybak M, Leonard S, Sakoulas G, Kaatz G, Zervos M, Sheth A, Carpenter C. Evaluation of daptomycin activity against *Staphylococcus aureus* following vancomycin exposure in an in vitro pharmacodynamic model with simulated endocardial vegetations. 17th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Munich, Germany, March 31-April 3, 2007.

266. Al-Shoha A, Kanjanauthai s, Zervos M. *Psuedomonas aeruginosa* tricuspid endocarditis presenting as septic artritis in an intravenous heroin abuser. The American College of Physicians' Internal Medicine 2007, San Diego, CA, April 19-21, 2007.

40

Marcus Zervos, M.D.
Curriculum Vitae

267.    Odero R, Ajluni M, Zervos M.  Outbreak of *Burkholderia cepacia* at a large acute care hospital.  The American College of Physicians' Internal Medicine 2007,  San Diego, CA, April 19-21, 2007.

268.    Allen M, Peyrani P, Arnold F, Nakamatsu R, Haque N, Zervos M, and Ramirez J.  Incidence of Panton-Valentine Leukocidin gene in methicillin resistant *Staphylococcus aureus* (MRSA) isolates from patients who died due to MRSA hospital acquired pneumonia.  2007 International Conference of the American Thoracic Society, San Francisco, CA, May 18-23, 2007.

269.    Conway W, Horst M, Rubinfield I, Watson P, Brown M, Croteau D, Otero R, Zervos M, Gnam W, Murad N, Jordon J.   Reducing blood stream infection (BSI): A multidisciplinary approach. 2007 APIC Annual Educational Conference and International Meeting, San Jose, CA, June 24-28, 2007.

270.    Perri MB, Donabedian S, Vager D, Haque N, Manierski C, Zervos M.  Comparison of methods in detecting in-vitro vancomycin susceptibility in methicillin-resistant *Staphylococcus aureus*.  In: Program and Proceedings of the 47th Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 17-20, 2007.

271.    Donabedian SM, Perri MB, Vager D, Bajoka B, Haque N, Manierski C, Zervos MJ.  Molecular comparison of methicillin-resistant *Staphylococcus aureus* from patients with hospital-acquired or healthcare-associated pneumonia.  In: Program and Proceedings of the 47th Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 17-20, 2007.

272.    Manierski CL, Hingwe A, Davis S, Perri M, Donabedian S, Haque NZ, Reyes, K, and Zervos M.  Comparison of epidemiology, clinical characteristics and outcomes of USA-300 MRSA causing community (CA), healthcare (HCA), and nosocomial (NA) associated infection.   In: Program and Proceedings of the 47th Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 17-20, 2007.

273.    Haque NZ, Cahuayme Zuniga L, Allen M, Peyrani P, Osaki Kiyan P, Manierski C, Perri MB, Donabedian S, Vager D, Ramierz J, Zervos MJ.  Evaluation of failure in methicillin-resistant *Staphylococcus aureus* (MRSA) hospital-acquired and healthcare-associated pneumonia.  In: Program and Proceedings of the 47th Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 17-20, 2007.

274.    Zhu W, Hageman J, McDonald C, Zervos M, Alangadan G, Robinson-Dunn B, Schreckenberg P, Reller B, Anderson K, Clark N, McDougal L, Patel J.  Distribution of Inc 18-like *vanA* plasmids in vancomycin-resistant enterococcus from three geographical areas.

Marcus Zervos, M.D.
Curriculum Vitae

In: Program and Proceedings of the 47th Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 17-20, 2007.

275.    Haque NZ, Robinson, D, Daas H, Madado P, Manierski C, O'Neil B, Zervos M.  Initial antimicrobial therapy and outcome of health care-associated extended care facility pneumonia requiring acute hospital admission.  In: Program and Proceedings of the 47th Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, September 17-20, 2007.

276.    Ramirez JA, Peyrani P, Kett DH, Mangino JE, Zervos MJ, Ford KD.  Strategies for de-escalation of therapy in patients with hospital-acquired pneumonia: results from the IMPACT-HAP project.  45th Annual Meeting of IDSA, San Diego, CA, October 4-7, 2007.

277.    Taneja C, Zervos MJ, Edelsberg JS, Haque NZ, Manierski CL, Spalding J, Oster G. Trends in US hospital admissions for skin and soft tissue infections (SSTIs), 2000-2004: Estimates from the healthcare cost and utilization project (HCUP) National Inpatient Sample. 45th Annual Meeting of IDSA, San Diego, CA, October 4-7, 2007.

278.    Taneja C, Zervos MJ, Edelsberg JS, Haque NZ, Manierski CL, Spalding J, Oster G. Trends in US hospital admissions for skin and soft tissue infections (SSTIs), 2000-2004: Estimates from the healthcare cost and utilization project (HCUP) National Inpatient Sample. ACCP Annual Meeting,  Denver, CO, October 14-17, 2007.

279.    Robinson D, Haque N Medado P, Anderson S, Yocum E, Zervos M, and O'Neil B. Nursing Home Acquired Pneumonia: Demographics, Outcomes, and Appropriate Antibiotic Use.  10th Annual Mid-Atlantic Regional Society for Academic Emergency Medicine Meeting 2007, Hershey, PA, November 9-10, 2007.

280.    Mangino JE, Ford KD, Peyrani P, Kett DH, Zervos MJ, Scerpella E, Ramirez JA, and the IMPACT HAP Project.  Implementing national guidelines to improve outcomes in patients with hospital-acquired pneumonia: the IMPACT HAP Project.  42nd ASHP Midyear Clinical Meeting and Exhibition, Las Vegas, NV, December 2-6, 2007.

281.    Kett DH, Ramirez JA, Peyrani P, Cano E, Mangino JE, Zervos MJ, Ford KD, Scerpella EG and the IMPACT-HAP study group.  Management of health care associated pneumonia (HCAP) at four academic medical centers; evaluation of the American Thoracic Society (ATS) and the Infectious Diseases Society of America (IDSA) guidelines.  Society of Critical Care Medicine, December 2007.

282.    Haque N, Oster G, Zervos M, Edelsberg J, Spalding J.  Trends in hospital admissions for SSTIs among Medicare enrollees.  2008 International Conference on Emerging Infectious

42

Marcus Zervos, M.D.
Curriculum Vitae

Diseases, Atlanta, GA, March 16-19, 2008.

283.     Krueger AL, Medalla F, Zervos M, Perri MB, Whichard J, Joyce K, McDermott PF, White, D, and Barzilay EJ.  Ceftiofur resistance associated with decreased susceptibility to ceftriaxone in *E. coli*, NARMS 2004-2006.  2008 International Conference on Emerging Infectious Diseases, Atlanta, GA, March 16-19, 2008.

284.     Krueger AL, Medalla F, Zervos M, Perri MB, Whichard J, Joyce K, and Barzilay EJ. First *E. coli* isolate in the U.S. resistant to amikacin and 9 other antimicrobial subclasses. 2008 International Conference on Emerging Infectious Diseases, Atlanta, GA, March 16-19, 2008.

285.     ThurdeKoos AM, Joyce KD, Joyce K, Medus C, Zervos MJ, Furuno JJ, Whichard J, Barzilay EJ.  Community-isolated enterococci resistant to vancomycin, gentamicin and quinupristin-dalfopristin.  2008 International Conference on Emerging Infectious Diseases, Atlanta, GA, March 16-19, 2008.

286.     Kett DH, Mangino JE, Ramirez JA, Peyrani P, Cano E, Zervos MJ, Ford KD, Scerpella EG and the IMPACT-HAP study group. Implementing national guidelines in intensive care patients with ventilator-associated, hospital-acquired, and healthcare associated pneumonia: the IMPACT-HAP project.  28th International Symposium on Intensive Care and Emergency Medicine.  Brussels, Belgium, March 18-21, 2008.

287.     Kett DH, Ramirez JA, Peyrani P, Cano E, Mangino JE, Zervos MJ,  Ford KD, Scerpella EG and the IMPACT-HAP study group. Descriptive analysis of intensive care unit patients with hospital-acquired, ventilator-associated, and healthcare-associated pneumonia at four academic medical centers. 28th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, March 18-21, 2008.

288.     Mangino JE, Ramirez JA, Peyrani P, Kett DH, Zervos MJ, Ford KD, Scerpella EG and the IMPACT-HAP study group.  Development of quality indicators to measure adherence to guidelines in intensive care patients with ventilator-associated, hospital-acquired, and healthcare associated pneumonia: the IMPACT-HAP Project.  18th Annual Scientific Meeting of the Society for Healthcare Epidemiology of America, Orlando, FL, April 5-8, 2008.

289.     Freitas AR, Francia MV, Peixe L, Ruiz-Garbajosa P, Novais C, Zervos M, Baquero F, Coque TM.  Plasmid characterization of vancomycin resistant *Enterococcus faecalis* strains from different continents (1989-2004).  18th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Barcelona, Spain, April 19-22, 2008.

43

Marcus Zervos, M.D.
Curriculum Vitae

290.    Sullivan J, Zervos M, Horst M, Coba V, Whitmill M, Boleski G, Lake D. Effectiveness of active surveillance for methicillin resistant Staphylococcus aureus (MRSA) and modified contact precautions as a control measure. APIC 2008 Annual Conference, Denver, CO, June 15-19, 2008.

291.    Douglass J, Zervos M.  Descriptive study of a novel OXA-23 carbapenemase strain of *Acinetobacter Baumanii* in a large acute care hospital in southeastern Michigan.  APIC Annual Conference 2008, Denver, CO, June 15-19, 2008.

292.    Paula Peyrani, Julie Mangino, Marcus Zervos, Daniel Kett, Kimbal Ford, Ernesto Scerpella, Julio Ramirez, and the IMPACT-HAP Investigators.  Performance Indicators to Evaluate the Management of Patients with Ventilator-Associated Pneumonia: Results from the IMPACT-HAP Study Group.  2008 European Respiratory Society Annual Congress, Berlin, Germany, October 4-8, 2008.

293.    Allen MB, Peyrani P, Mangino JE, Zervos MJ, Kett DH, Ford KD, Scerpella EG, Ramirez JA, Zervos M, and the IMPACT-HAP Study Group.  Emergence of Community-Associated Methicillin-Resistant Staphylococcal aureus as Etiology for Hospital-Acquired and Ventilator-Associated Pneumonia: Results from the IMPACT-HAP Study Group. (Abstract 1107). 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

294.    Allen MB, Portillo J, Roberts C, Seligson D, Chen A, Zervos M, Peyrani P,  Ramirez J, And The Bajio Study Group.  Emergence of Community-Associated Methicillin Resistant *Staphylococcus Aureus* as Etiology of Osteomyelitis: Results from the BAJIO Study. ). 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

295.    Cano E, Cely CM, Quartin AA, Castelblanco AS, Kett DH, Ramirez JA, Mangino JE, Zervos MJ, Peyrani P, Ford KD, Scerpella EG and the IMPACT-HAP Study Group. Development of Renal Insufficiency and its Impact of Survival in Patients with Healthcare Associated Pneumonia (HCAP): Experience at Four Academic Medical Centers (Abstract 1075). 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

296.    Chang M, Moore C, Perri, M and Zervos M.  Predictors of treatment failure in skin and soft tissue infection (SSTI) due to methicillin-resistant *Staphylococcus aureus* (MRSA). 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th

Marcus Zervos, M.D.
Curriculum Vitae

Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

297.     Daas HA, Zervos MJ, Chen AY.  Predicting Treatment Failure in Patients with Acute Osteomyelitis.  48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

298.     Haque N, Taneja C, Shorr Af, Oster G, Zilber S, Moore C, Spalding J,  Kothari S, Zervos M.  Methicillin-Resistant *Staphylococcus aureus* Healthcare-Associated Pneumonia in a Large Urban Teaching Hospital.  48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

299.     Haque NZ, Cahuayme Zuniga L, Osaki Kiyan P, Patel S, Manierski C, Reyes K, Peyrani P, Ramirez J, Mangino J, Kett D, Ford KD, Scerpella EG, Zervos MJ and the IMPACT-HAP Study Group.  Relationship of MIC to Vancomycin on Outcome of Methicillin-Resistant Staphylococcus aureus Health Care Associated and Hospital Acquired Pneumonia (Abstract 1252). 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

300.     Kett DH, Ramirez JA, Mangino JE, Zervos MJ, Peyrani P, Cano E, Quartin AA, Ford KD, Scerpella EG and the IMPACT-HAP Study Group.  Management of Healthcare Associated Pneumonia (HAP): Relationship of American Thoracic Society (ATS) and the Infectious Diseases Society of America (IDSA) Guideline Compliance and Mortality. (Abstract 1045). 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

301.     Mangino JE, Peyrani P, Kett DH, Zervos MJ, Scerpella EG, Ford KD, Ramirez JA, and the Impact Hap Study Group.  Use of Quality Indicators to Measure Compliance with ATS/IDSA Guidelines for Hospital-Acquired Pneumonia (HAP), Healthcare-Associated (HCAP) and Ventilator Associated Pneumonia (VAP) at 4 Medical Centers: the IMPACT-HAP Project. 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

302.     Mangino JE, Ramirez JA, Peyrani P, Kett DH, Zervos MJ, Ford KD, Scerpella EG and the IMPACT-HAP study group. Development of Quality Indicators to Measure Adherence to Guidelines in Intensive Care Patients with Ventilator-associated, Hospital-acquired, and

45

Marcus Zervos, M.D.
Curriculum Vitae

Healthcare associated Pneumonia: the IMPACT-HAP Project. (Abstract 3281). 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

303.   Mirsaeidi M, Peyrani P, Kapoor R, Amjadi A, Ezike U, Umoren I, Allen MB, Ramirez JA and the IMPACT-HAP Study Group.  Predicting Mortality in Patients with Ventilator-Associated Pneumonia: Results from the IMPACT-HAP Study Group. 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

304.   Mirsaeidi M, Peyrani P, Wiemken T, Gnoni M, Ramirez JA, Zervos M, and the IMPACT-HAP Study Group.  Making the Microbiological Diagnosis in Patients with Healthcare-Associated Pneumonia, Hospital-Acquired Pneumonia and Ventilator-Associated Pneumonia: Results from the IMPACT-HAP Study Group. (Submitted Abstract). 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

305.   Moore CL, Cheema F, Chua T, Perri M, Davis SL, Donabedian S, Haque NZ, Zervos M.  Epidemiology and outcomes of vancomycin treatment for MRSA bacteremia (MRSA-B) in an urban, tertiary healthcare system.   48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

306.   Munoz-Price L, Atieh M, Schreckenberger P, Lidji S, Carmeli Y, Vais D, Leong L, Lee-Such C, Raygada J, Zervos M, Hota B, Quinn JP.  Multicenter Clinical Study of Panresistant *Pseudomonas aeruginosa* (Pa) Blood Stream Infections (bsi). 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

307.   Perez-Povis L, Figueroa-Castaneda D, Zervos M. *Alcaligenes xylosoxidans* Infection: A Ten-Year Review. 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

308.   Peyrani P, Wiemken T, Mirsaeidi M, Gnoni M, Ramirez JA and the IMPACT-HAP Study Group.  Variability of Hospital Cost for Patients with Ventilator-Associated Pneumonia: Results from the IMPACT-HAP Study Group. (Submitted Abstract). 48th

Marcus Zervos, M.D.
Curriculum Vitae

Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

309.     Reyes K, Malik R, Perri M, Moore C, Donabedian S, Zervos M.  Evaluation of risk factors for co-infection or co-colonization with vancomycin-resistant *Enterooccus* and methicillin-resistant *Staphylococcus aureus*.  48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

310.     Scerpella EG, Ford KD, Peyrani P, Kett DH, Mangino JE, Zervos MJ, Ramirez JA and the IMPACT-HAP Study Group. Thrombocytopenia in Intensive Care Unit (ICU) Patients with Hospital-Acquired (HAP), Ventilator-Associated (VAP), and Healthcare-Associated Pneumonia (HCAP) due to Methicillin-Resistant Staphylococcus aureus (MRSA) Treated with Linezolid and Vancomycin: Experience at Four Academic Medical Centers. (Abstract 1457). 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

311.     Taneja C, Haque N, Oster G, Shorr AF, Zilber S, Moore C, Spalding J, Kothari S, Zervos M.  Methicillin-Resistant *Staphylococcus Aureus* Community-Acquired Pneumonia in a Large Urban Teaching Hospital.  48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

312.     Toth N, Davis SL, Chambers R, Zervos M, and Vazquez J. Quality Indicators (QI) in Antimicrobial Stewardship Programs (ASPs): Improving More than Just Cost. 48th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy and 46th Annual Meeting of the Infectious Diseases Society of America, Washington, DC, October 25-28, 2008.

313.     Bajoka R, Moore CL, Lamerato L, Haque N, Perri M, Donabedian S, Zervos MJ. Health and Economic Impact of Community-Associated Methicillin-Resistant *Staphylococcus aureus* (CA-MRSA) in Seriously Ill Patients Treated with Linezolid or Vancomycin.  19th Annual Scientific Meeting of the Society for Healthcare Epidemiology of America, San Diego, CA, March 19-22, 2009.

314.     Reyes K, Perri M, Donabedian S, Davis S, Samuel L, Zervos M.   Emergence of Daptomycin-Resistant Methicillin-Resistant *Staphylococcus aureus*.  19th Annual Scientific Meeting of the Society for Healthcare Epidemiology of America, San Diego, CA, March 19-22, 2009.

Marcus Zervos, M.D.
Curriculum Vitae

315.    Lamerato L, Miracola K, Martinez-Capolino C, Zervos M, Vo L, Kim M.  Clinical and Economic Outcomes among Hospitalized Patients with a Skin and Soft Tissue Infection (SSTI).  19th Annual Scientific Meeting of the Society for Healthcare Epidemiology of America, San Diego, CA, March 19-22, 2009.

316.    Reyes K, Donabedian S, Perri M, Jovanovic M, Zervos M.  Intercontinental Spread of an Inc18-Like Plasmid in Vancomycin-Resistant *Enterococcus faecalis*.  19th Annual Scientific Meeting of the Society for Healthcare Epidemiology of America, San Diego, CA, March 19-22, 2009.

317.    Perri MB, Moore C, Donabedian S, Haque N, Naqvi A, Zervos M.  Susceptibility trends for methicillin-resistant *Staphylococcus aureus* and methicillin-susceptible *Staphylococcus aureus* bloodstream isolates over a 2.5 year period.  19th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Helsinki, Finland, May 16-19, 2009.

318.    Donabedian SM, Moore CL, Perri MB, Chua T, Zervos MJ.  Do laboratory characteristics predict outcome in methicillin-resistant *Staphylococcus aureus* bacteremia? 19th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Helsinki, Finland, May 16-19, 2009.

319.    Moore C, Cheema F, Chua T, Osaki Kiyan P, Perri M, Davis S, Donabedian S, Haque N, Zervos M.  A unique way to predict vancomycin failure in patients with methicillin-resistant *Staphylococcus aureus* bacteremia early in therapy: a classification and regression tree analysis.  19th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Helsinki, Finland, May 16-19, 2009.

320.    Moore C, Chua T, Cheema F, Osaki Kiyan P, Perri M, Donabedian S, Haque N, Zervos M.  How does persistent bacteremia affect outcome in methicillin-resistant *Staphylococcus aureus* bacteremia?  19th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Helsinki, Finland, May 16-19, 2009.

321.    Gaffney M, Mckinnon P, Mohr J, and Zervos M.  Clinical Experience with Daptomycin (DAP) for the Treatment of Vancomycin-Resistant Enterococcal Bacteremia (VRE-B). 49th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA, September 12-15, 2009.

322.    Hurren J, Chambers R, Zervos M, Watt J, Lessl L, Davis S.  Predictors of Mortality in Enterococcal Bloodstream Infection.  49th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA, September 12-15, 2009.

Marcus Zervos, M.D.
Curriculum Vitae

323.    Donabedian S, Perri M, Naqvi A, Gordoncillo MJ, Abdujamilova N, Bartlett P, Zervos M. Characterization of Vancomycin-resistant *Enterococcus faecium* Isolated from Swine in Three Michigan Counties.  49th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA, September 12-15, 2009.

324.    Hingwe A, Douglass J, Mehboob S, Zervos M, Johnson L.  Multidrug Resistant *Actinetobacter* – A Persistent Threat.  47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

325.    Hingwe A, Douglass J, Mehboob S, Zervos M, Johnson L.  Multidrug Resistant *Actinetobacter* Infections: Treatment and Patient Outcomes.  47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

326.    Bajoka R, Moore Cl, Lamerato L, Haque N, Perri M, Donabedian S, Zervos MJ.  A Comparison of Linezolid (LNZ) versus Vancomycin (VAN) for Serious Methicillin-Resistant *Staphylococcus aureus* (MRSA) Infections with Reduced *In Vitro* Susceptibility to VAN. 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

327.    Peyrani P, Wiemken T, Zervos M, Ford K, Scerpella E, Ramirez J, The Impact-Hap Study Group.  Clinical Outcomes for Patients with MRSA HAP Treated with Vancomycin Versus Linezolid: Results from the IMPACT-HAP Study.  47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

328.    Allen M, Mirsaeidi M, Cabral P, Gnoni M, Peyrani P, Mangino J, Zervos M, Kett D,Ford K, Scerpella E, Ramirez J, The Impact-Hap Study Group.  Clinical Outcomes of Patients with HAP/VAP due to PVL(+) vs. PVL(-) MRSA: Results from the IMPACT-HAP Study.  47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

329.    Allen M, Peyrani P, Roberts C, Seligson D, Chen A, Zervos M, Peyrani P, Ramirez J.  Clinical Outcomes of Patients with Osteomyelitis Due to Community-Associated MRSA Versus Hospital-Associated MRSA: Results from the BAJIO Study Group.  47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

330.    Richardson C, Davis SL, Chambers RM, Johnson L, Zervos M.  Compliance with Institutional Guidelines Improves Outcomes of C.difficile Infection (CDI). 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

Marcus Zervos, M.D.
Curriculum Vitae

331.   Hurren J, Watt JE, Lessl LK, Chambers RM, Zervos M, Davis SL. Epidemiology and Outcomes of Enterococcal Infective Endocarditis (EIE). 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

332.   Reyes K, Lamerato L, Samuel L, Johnson L, Zervos M. Evaluation of an Intervention Bundle to Reduce Mortality of Methicillin-Resistant *Staphylococcus aureus* (MRSA) Bacteremia. 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

333.   Zervos M, Hershberger E, Mcconnell S. Impact of Prior Linezolid Therapy on Daptomycin Outcome in Gram-Positive Bacteremia (g+BAC). 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

334.   Kett DH, Cano E, Quartin AA, Castelblanco AS, Ramirez JA, Mangino JE, Zervos MJ, Peyrani P, Ford KD, Scerpella EG, and The Impact-Hap Study Group. Management of Health Care Associated Pneumonia (HCAP): Economic Assessment of Compliance to the American Thoracic Society (ATS) and the Infectious Diseases Society of America (IDSA) Guidelines. 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

335.   Haque NZ, Osaki Kiyan P, Reyes K, Moore CL, Peyrani P, Ramirez JA, Welch VL, Devine ST, Scerpella EG, Ford KD, Zervos MJ. Nephrotoxicity in Intensive Care Unit (ICU) Patients with Hospital-Acquired Pneumonia (HAP). 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

336.   Scerpella EG, Welch VL, Peyrani P, Haque NZ, Ford KD, Mangino JE, Kett DH, Zervos MJ, Ramirez JA, The Impact Hap Study Group. Outcome of Intensive Care Unit (ICU) patients with Hospital-Acquired Pneumonia (HAP) is not related to causative organism: Results from the IMPACT HAP Study. 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

337.   Zervos M, Freeman K, Vo L, Miracola K, Kim M. Risk Factors for Inappropriate Initial Empiric Therapy (IET) in Hospitalized Patients with Skin & Soft Tissue Infection (SSTI). 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

338.   Aguilar J, Urday-Cornejo V, Donabedian S, Perri M, Tibbetts R, Zervos M. *Staphylococcus aureus* Meningitis - Case Series. ). 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

339.   Hurren J, Lessl LK, Watt JE, Chambers RM, Zervos M, Davis SL. Treatment of

50

Marcus Zervos, M.D.
Curriculum Vitae

Enterococcal Bloodstream Infection (BSI) with Linezolid. 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

340.     Moore CL, Zervos M, Perri M, Donabedian S, Osaki-Kiyan P, Haque N, Lu M, Chen A. USA600 Methicillin-Resistant *Staphylococcus Aureus* Bacteremia (MRSA-B) Associated with Reduced Vancomycin Susceptibility and Significant Mortality. 47th Annual Meeting of the Infectious Diseases Society of America, Philadelphia, PA, Oct 29-Nov 1, 2009.

341.     Blyden DJ, Rubinfeld I, Sen A, Paxton J, Horst MH, Malian M, Zervos M, Falvo A, Patton JH.. Do Traditional Predictors of Mortality in the Traumatically Injured Patient Affect Risk of *Clostridium difficile* Infection. CHEST 2009 Annual Meeting, San Diego, CA ,Oct 31-Nov 5, 2009.

342.     Chambers RM, Davis S, Szandzik E, Zervos M. Clinical and Economic Impact of Pharmacy Therapeutic Substitution from Piperacillin-Tazobactam to Cefepime and Metronidazole. 20th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Vienna, Austria, April 10-13, 2010.

343.     Osaki Kiyan P, Moore C, Perri M, Haque N, Donabedian S, Zervos M. Daptomycin versus Vancomycin for Methicillin-Resistant *Staphylococcus aureus* bacteraemia with Reduced *in vitro* Susceptibility to Vancomycin. 20th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Vienna, Austria, April 10-13, 2010.

344.     Reyes K, Perri M, Zervos M. Heteroresistance (hVISA) in Methicillin-Resistant *Staphylococcus aureus* (MRSA) Bacteremia is Associated with an Adverse Outcome. 50th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy, Boston, MA, September 12-15, 2010.

345.     Pokharna H, Haque N, Zervos M. Epidemiology of Skin and Soft Tissue Infections (SSTI) – Changing Dimensions. 48th Annual Meeting of the Infectious Diseases Society of America, Vancouver, British Columbia, Canada, October 21-24, 2010.

346.     Pokharna H, Haque N, Zervos M. Vancomycin vs B-Lactam – Drug of Choice for Empiric Treatment of Cellulitis Requiring Hospitalization. 48th Annual Meeting of the Infectious Diseases Society of America, Vancouver, British Columbia, Canada, October 21-24, 2010.

347.     Pokharna H, Zervos M, Markowitz N. Healthcare Associated Pneumonia – Why Is It So Difficult to Diagnose? 48th Annual Meeting of the Infectious Diseases Society of America, Vancouver, British Columbia, Canada, October 21-24, 2010.

Marcus Zervos, M.D.
Curriculum Vitae

348.    Welch Vl, Kett DH, Scerpella E, Peyrani P, Ford K, Mangino J, Zervos M, Ramirez J, the IMPACT-HAP Study Group.  The Impact of Gender on Outcomes of Critically Ill Patients with Hospital-Acquired Pneumonia.  48th Annual Meeting of the Infectious Diseases Society of America, Vancouver, British Columbia, Canada, October 21-24, 2010.

349.    Pasquale TR, Jabrocki B, Salstrom SJ, Wiemken T, Peyrani P, Haque N, Zervos M, Ramirez J, Scerpella E, Ford K, File T, the IMPACT-HAP Study Group.  Molecular Evaluation of MRSA in Patients with Nosocomial Pneumonia:  Early Onset Versus Late Onset.  48th Annual Meeting of the Infectious Diseases Society of America, Vancouver, British Columbia, Canada, October 21-24, 2010.

350.    Donabedian S, Haque N, Perri M, Moore C, Peyrani P, Ramirez J, File T, Kett DH, Mangino JE, Scerpella E, Ford KD, Zervos M, the IMPACT-HAP Study Group.  Laboratory Characteristics and Outcomes of MRSA Hospital-Acquired, Health-Care Associated, and Ventilator-Associated Pneumonia:  The IMPACT-HAP Project.  48th Annual Meeting of the Infectious Diseases Society of America, Vancouver, British Columbia, Canada, October 21-24, 2010.

351.    Haque N, Osaki Kayan P, Perri M, Moore C, Peyrani P, Ramirez J, File T, Scerpella E, Ford K, Zervos M, the IMPACT-HAP Study Group.  AUC/MIC Calculated by Two Methods and Outcome in Hospital-Acquired, Healthcare-Associated, and Ventilator-Associated Methicillin-Resistant *Staphylococcus aureus* (MRSA) Pneumonia.  48th Annual Meeting of the Infectious Diseases Society of America, Vancouver, British Columbia, Canada, October 21-24, 2010.

352.    Perri MB, Moore CL, Donabedian S, Osaki-Kiyan P, Haque NZ, Chen A, Zervos M.. Comparison of Methicillin Susceptible (MSSA) and Resistant (MRSA) USA600 *Staphylococcus aureus* Bloodstream Infection (BSI). 48th Annual Meeting of the Infectious Diseases Society of America, Vancouver, British Columbia, Canada, October 21-24, 2010.

353.    Freitas AR, Ruiz-Garbajosa P, Francia MV, Novais C, Zervos MJ, Donabedian S, Peixe L, Baquero F, Coque TM.  Spread of vancomycin-resistance among *Enterococcus faecalis*: the influence of pAD1 and Inc18-plasmids (1987-2005).  ECCMID 2011/27[th] ICC, Milan, Italy, May 7-10, 2011

354.    Ford KD, Scerpella EG, Peyrani P, Haque NZ, Welch VL, Kett DH, Mangino JE, Zervos MJ, Ramirez JA and the IMPACT HAP Study Group.  Treatment Outcomes of Patients With Early-Onset And Late-Onset Intensive Care Unit (ICU) Pneumonia. Abstract 18707.  ATS 2011 International Conference, Denver, CO, May 13-18, 2011.

355.    Pasquale TR, Jabrocki B, Salstrom SJ, Wiemken T, Peyrani P, Haque NZ, Zervos MJ,

Marcus Zervos, M.D.
Curriculum Vitae

Ramirez JA, Scerpella EG, Ford KD, File Jr T. Outcome and Differences of MRSA Nosocomial Pneumonia: Early-onset Versus Late-Onset. Abstract 19213. ATS 2011 International Conference, Denver, CO, May 13-18, 2011.

356. Peyrani P, Wiemken T, Zervos MJ, File Jr T, Kett DH, Ford KD, Scerpella EG, Ramirez JA. Clinical Outcomes for Patients with MRSA Ventilator-Associated Pneumonia Treated with Vancomycin Versus Linezolid: Results from the IMPACT-HAP Study. Abstract 20806. ATS 2011 International Conference, Denver, CO, May 13-18, 2011.

357. Scerpella EG, Ford KD, Welch VL, Peyrani P, Haque NZ, Mangino JE, Kett DH, Zervos MJ, Ramirez JA. Prevalence of Multidrug-Resistant Pathogens in Early-Onset (EO) and Late-Onset (LO) Pneumonia in the Intensive Care Unit (ICU). Abstract 18870. ATS 2011 International Conference, Denver, CO, May 13-18, 2011.

358. Scerpella EG, Welch VL, Haque NZ, Kett DH, Zervos MJ, Peyrani P, Ford KD, Ramirez JA. Vancomycin-Associated Nephrotoxicity in the Intensive Care Unit (ICU) is not Associated with Increased Mortality. Abstract 18220. ATS 2011 International Conference, Denver, CO, May 13-18, 2011.

359. Peyrani P, Wiemken T, Ford KD, Scerpella EG, Zervos MJ, Ramirez JA. Influence of Body Mass Index in the Clinical Outcome of Patients with MRSA Ventilator-Associated Pneumonia: Results from the IMPACT-HAP Study. Abstract 20957. ATS 2011 International Conference, Denver, CO, May 13-18, 2011.

360. Choe Y, Lamerato L, Zervos M, Stern L, Hendlish S, Ogbonnaya A, Fain R. Economic burden of severe sepsis in a vertically integrated health care system (IHS). International Society for Pharmacoeconomics and Outcomes Research (ISPOR) 16th Annual International Meeting, Baltimore, MD, May 21-25, 2011.

361. S. Arshad, C.L. Moore, N.Z. Haque, A. Shoyinka, M.J. Zervos. Evaluation of Serum Trough Vancomycin Concentrations and Outcomes in Methicillin-Resistant *Staphylococcus aureus (MRSA)* Bacteremia. 2011. In the Proceedings of the 51st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, Sept 17-20, 2011.

362. A. Shoyinka, K. Reyes, MD, S. Donabedian, M. Perri, M. Zervos Clinical Outcomes and Molecular Characteristics of Daptomycin Non-Susceptible *Staphylococcus aureus* Infection. 2011. In the Proceedings of the 51st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, Sept 17-20, 2011.

363. S. Donabedian, M. Gordoncillo, M. Perri,, C. Febvay, R. Kirkwood, M. Zervos, P. Bartlett. Clonal Spread of CC5 Vancomycin-resistant *Enterococcus faecium* in Michigan

Marcus Zervos, M.D.
Curriculum Vitae

Swine. 2011. In the Proceedings of the 51st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, Sept 17-20, 2011.

364.    File TM, Peyrani P, Ford KD, Welch VL, Scerpella EG, Ramirez JA, and the IMPACT HAP Study Group. Evaluating Healthcare-Associated Pneumonia (HCAP) in Intensive Care: A Retrospective Analysis of 278 Patients. Abstract 30776. IDSA 49th Annual Meeting, Boston, Massachusetts, October 20-23, 2011.

365.    Kett DH, Welch VL, Peyrani P, Scerpella EG, Ford KD, Ramirez JA, and the IMPACT-HAP Study Group. Pneumonia in Intensive Care Unit Patients: Incidence, Risk Factors and Outcomes Related to Multidrug-Resistant Organisms. Abstract 30786. IDSA 49th Annual Meeting, Boston, Massachusetts, October 20-23, 2011.

366.    Peyrani P, Wible M, Ford K, Huang DB, Wiemken T, Ramirez JA. Risk Factors Associated with Mortality in Patients with Ventilator-Associated Pneumonia:  An Evaluation of Patients Enrolled in an International Trial for the Treatment of Nosocomial Pneumonia. Abstract 30916. IDSA 49th Annual Meeting, Boston, Massachusetts, October 20-23, 2011.

367.    Moore C, Ajluni M, Johnson L, Soi V, Adams B, Besarab A, Amburn L, Zervos M, Yee J., MD. Antibiotic Lock Protocol to Reduce Catheter-Related Bacteremia in Hemodialysis Patients: Scale Up and Spread.  23rd Annual National Forum – Institute for Healthcare Improvement, Orlando, FA, December 4-7, 2011.

368.    Zervos M, Johnson L, Patton P, MD, Chesney J, Murad N, Ajluni M, Pietsch J, Starr P, Kieca A, Chambers R, Samuel L, Tibbetts R, Hensley R, Tuskey C, Scott W, Ritz J, Halash C, Murakami D, Flewellyn G.   A Two Year Sustained Significant Decrease in *Clostridium difficile* Infection Rate at HFH.  23rd Annual National Forum – Institute for Healthcare Improvement, Orlando, FA, December 4-7, 2011.

369.    Shoyinka A, Moreno D, Perri M, Ziegler R, Donabedian S, Hartman P, Arshad S, Zervos M.  Trends in in-vitro susceptibility of methicillin-resistant *Staphylococcus aureus* blood isolates according to pulsed field gel electro-phoresis over a 5-year period in Detroit, Michigan.  22nd European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), London, United Kingdom, March 31-April 3, 2012.

370.    Shoyinka A, Arshad S, Moreno D, Chen A, Zervos, M.  Comparative outcomes in USA600(ST45) versus USA 100 MRSA pneumonia.  22nd European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), London, United Kingdom, March 31-April 3, 2012.

Marcus Zervos, M.D.
Curriculum Vitae

371. Arshad S, Shoyinka A, Moreno D, Perri M, Chen A, Zervos M.  Comparison of composite clinical outcome in USA600 (ST45) versus USA 100 (ST5) methicillin-resistant *Staphylococcus aureus* bacteremia patients. 22nd European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), London, United Kingdom, March 31-April 3, 2012.

372. Prentiss K, Arshad S, Prentiss T, Zervos T, King S, Zervos M.  Short-term medical response in Haiti: epidemiology and model for delivery of care.  22nd European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), London, United Kingdom, March 31-April 3, 2012.

373. S. Arshad, D. Moreno, A. Shoyinka, M. Zervos.  Early Concomitant Antimicrobial Therapy with Vancomycin in Combination with Gentamicin in Methicillin-Resistant Staphylococcus aureus (MRSA) Bacteremia: Clinical Failure & Nephrotoxicity Rates. 52nd Annual Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC 2012), San Francisco, CA, Sept 9-12, 2012.

374. Becky Bajoka, S. Arshad, D. Moreno, A. Shoyinka, M. Zervos.  End Stage Renal Disease (ESRD) Patients with Methicillin Resistant Staphylococcus aureus (MRSA) Bacteremia Show No Increased Risk for Clinical Failure. In: Program and Abstracts of the 52nd Annual Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC 2012), San Francisco, CA, Sept 9-12, 2012.

375. S Arshad, CL Moore, NZ Haque, A Shoyinka, MJ Zervos.  Evaluation of Serum Trough Vancomycin Concentrations and Outcomes in Methicillin-Resistant *Staphylococcus aureus (MRSA)* Bacteremia.  In: Program and Abstracts of the 52nd Annual Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC 2012), San Francisco, CA, Sept 9-12, 2012.

376. D Moreno, S Arshad, MB Perri, A Shoyinka, P Hartman, MJ Zervos.  Methicillin Resistant *S. aureus* (MRSA) USA600 Lab Characteristics and Association to Patient Mortality in Bloodstream Infections (BSI) and Pneumonia.  In: Program and Abstracts of the 52nd Annual Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC 2012), San Francisco, CA, Sept 9-12, 2012.

377. V Huang, MJ Zervos.  Impact of High Inoculum of Heteroresistance Methicillin-Susceptible *Staphylococcus aureus* on the Activities of Cefazolin alone and in Combination with Vancomycin in an *in vitro* Pharmacodynamic Model. In: Program and Abstracts of the 52nd Annual Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC 2012), San Francisco, CA, Sept 9-12, 2012.

Marcus Zervos, M.D.
Curriculum Vitae

378.    PA Moise, KC Lamp, DD DePestel, MJ Yoon, M Zervos. Daptomycin (D) with or without Concomitant Beta-lactams (BL) for Vancomycin-Resistant Enterococcus (VRE) Bacteremia. In: Program and Abstracts of the 52nd Annual Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC 2012), San Francisco, CA, Sept 9-12, 2012.

379.    Lindsay R. Sklar, BS, Mona Hassan, MD, Marcus J. Zervos, MD. Is HIV a risk factor for Clostridium difficile infection?: A case report. Abstract #6814 (oral). Midwest Society of General Internal Medicine Meeting, Chicago, IL, September 13-4, 2012.

380.    Laila Shiekh Sroujieh, Mona Hassan, Hadeel Zainah, George Alangaden, Sravan Jeepalyam, Miguel Emilio Morilla Holguin, Laura Johnson, Marcus Zervos, and Mayur Ramesh. Intestinal Microbiota Transplantation (Fecal Transplantation) for *Clostridium difficile* Infection – A Single Center Experience. Abstract #35121 (oral). ID Week 2012 (A Joint Meeting of IDSA, SHEA, HIVMA, and PIDS) San Diego, CA, Oct 17-21, 2012.

381.    Gladys Macagba, Samia Arshad, Daniela Moreno, Mayur Ramesh, Ramon Del Busto, Marcus Zervos, and George Alangaden. Strain Characterization and Outcomes of Methicillin-resistant *Staphylococcus aureus* (MRSA) Blood Stream Infection (BSI) in Cancer Patients. Abstract #36517 (poster). ID Week 2012 (A Joint Meeting of IDSA, SHEA, HIVMA, and PIDS) San Diego, CA, Oct 17-21, 2012.

382.    Samia Arshad, Daniela Moreno, Adenike Shoyinka, Mary Perri, George Alangaden, and M Zervos. IV Drug Abuse in Methicillin-Resistant *Staphylococcus aureus* (MRSA) Bacteremia: Epidemiology, Strain characteristics and Outcomes. Abstract #36646 (poster). ID Week 2012 (A Joint Meeting of IDSA, SHEA, HIVMA, and PIDS) San Diego, CA, Oct 17-21, 2012.

383.    Allison Weinmann, Samia Arshad, Laura Johnson, Marcus Zervos. Influenza Immunization for Health-Care Workers: Opt-Out NOT an Option. Abstract # 36725 (poster). ID Week 2012 (A Joint Meeting of IDSA, SHEA, HIVMA, and PIDS) San Diego, CA, Oct 17-21, 2012.

384.    Hadeel Zainah, Rasha Nakhleh, Syed Hassan, Samia Arshad, Marcus Zervos. Methicillin-Resistant *Staphylococcus aureus* Pneumonia: What is the Optimal Duration of Treatment? Abstract # 34213 (poster). ID Week 2012 (A Joint Meeting of IDSA, SHEA, HIVMA, and PIDS) San Diego, CA, Oct 17-21, 2012.

385. Paula Peyrani, Timothy Wiemken, Marcus Zervos, Daniel H. Kett, Thomas M. File, Gary E. Stein, Kimbal R. Ford, Ernesto G. Scerpella, Julio A. Ramirez, and the IMPACT-HAP Study Group. Higher Clinical Success in Patients with Ventilator-Associated Pneumonia

Marcus Zervos, M.D.
Curriculum Vitae

due to Methicillin-Resistant *Staphylococcus aureus* (MRSA) Treated with Linezolid Compared to Vancomycin: Results from the IMPACT-HAP Study.  Abstract #1283 (oral). ID Week 2012 (A Joint Meeting of IDSA, SHEA, HIVMA, and PIDS) San Diego, CA, Oct 17-21, 2012.

386.    Kimbal R. Ford, Paula Peyrani, Timothy L. Wiemken, Ernesto G. Scerpella, Marcus Zervos, Daniel H. Kett, Thomas M. File, Gary E. Stein, Julio A. Ramirez, and the IMPACT-HAP Study Group.  Hematologic and Renal Function Evaluation of Linezolid and Vancomycin in Patients with Ventilator-Associated Pneumonia due to Methicillin-Resistant *Staphylococcus aureus* (MRSA): Results from the IMPACT-HAP Study. Abstract #1701 (poster). ID Week 2012 (A Joint Meeting of IDSA, SHEA, HIVMA, and PIDS) San Diego, CA, Oct 17-21, 2012.

387.    Timothy L. Wiemken, PhD, MPH, CIC1, Paula Peyrani, MD1, Kimbal D. Ford, PharmD2, Ernesto G. Scerpella, MD2, Marcus Zervos, MD3, Daniel H. Kett, MD4, Thomas M. File Jr., MD, MSc, MACP, FIDSA, FCCP5, Gary E. Stein, PharmD6, Julio A. Ramirez, MD1 and The IMPACT-HAP Study Group.  Resource utilization in patients with ventilator-associated pneumonia due to methicillin-resistant *Staphylococcus aureus* (MRSA) treated with linezolid versus vancomycin: results from the IMPACT-HAP study. Abstract #1707 (poster).  ID Week 2012 (A Joint Meeting of IDSA, SHEA, HIVMA, and PIDS) San Diego, CA, Oct 17-21, 2012.

388.    Belton B, Pineles L, Newhouse R, Johantgen M, Braun B, Perencevich E, Harris A, Morgan D and the Benefits of Universal Glove and Gown (BUGG) Study PIs. Strategies for successful implementation of universal glove and gowning in 10 intensive care units. (Poster).   ID Week 2012 (A Joint Meeting of IDSA, SHEA, HIVMA, and PIDS) San Diego, CA, Oct 17-21, 2012.

389.    Pineles L, Morgan D, Johnson JK, Sembajwe S, Belton B, Dembry L, Harris A and the Benefits of Universal glove and Gown (BUGG) Study PIs. Necessary time period and interventions to achieve high compliance with MRSA and VRE surveillance culturing in a multi-center study. (Poster).  ID Week 2012 (A Joint Meeting of IDSA, SHEA, HIVMA, and PIDS) San Diego, CA, Oct 17-21, 2012.

390.    Buitron de la Vega P, Qureshi W, Tendon P, Hassan S, Mittal C, Jayaprakash R, Abrencillo R, Ananthasubramaniam K, Johnson L, Ramesh M, Zervos M.  Simplified Criteria for Risk Stratify for the Mode of Echocardiography in Patients with MRSA Bacteremia at Low Risk of Infectious Endocarditis. (Poster).  American Heart Association Scientific Sessions 2012, Los Angeles, CA, November 3-7, 2012.

Marcus Zervos, M.D.
Curriculum Vitae

391.   Caceres F, Welch VL, Scerpella EG, Peyrani P, Ford KD, Ramirez JA, Kett DH and the IMPACT-HAP Study Group. Absence of gender-based differences in outcome of patients with hospital-acquired pneumonia. Poster 782. Society of Critical Care Medicine's 42nd Critical Care Congress, San Juan, Puerto Rica, January 2013.

392.   Kett DH, Morgan DM, Pineles L, Zervos MJ, Munoz-Price LS, Harris AD and the Benefits of Universal Gloving and Gowning (BUGG) Study Group. Compliance with the implementation of an ICU cluster-randomized trial assessing the benefits and potential harms of universal glove and gowning. Abstract A92, Poster P054. The 33th International Symposium on Intensive Care and Emergency Medicine. Brussels, Belgium. March 2013.

393.   A.D. Hall, D. Moreno, D. Angulo, C. Taramona, L. Astocondor, G. Horna, S. Arshad, C. Garcia, M.J. Zervos.  Methicillin-resistant *Staphylococcus aureus* (MRSA) colonisation in patients and healthcare workers at a tertiary acute care hospital in Lima, Peru.  Abstract #1866 (Poster).  23rd European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Berlin, Germany, April 27-30, 2013.

394.   K. Reyes, S. Arshad, G. Suleyman, M. Perri, **M. Zervos**, J.L. Jorge.  2013. *Enterococcus faecium* Blood Stream Infections: Epidemiology, Treatment and Outcome. 53rd Interscience Conference on Antimicrobial Agents and Chemotherapy, Denver, CO, September 10-13, 2013.

395.   S. Arshad, A.D. Hall, P. Hartman, M. Perri, D. Moreno, **M.J. Zervos**.  2013. Ceftaroline fosamil (CPT-F) for therapy of Methicillin‐resistant *Staphylococcus aureus* (MRSA) bacteremia (MRSAB): Laboratory and Clinical Outcomes.  53rd Interscience Conference on Antimicrobial Agents and Chemotherapy, Denver, CO, September 10-13, 2013.

396. S. Arshad, P. Hartman, D. Moreno, M. Perri**,** M.J. Zervos.  2013.  Evaluation of Epidemiology, Prevalence, and Outcomes in Methicillin‐resistant *Staphylococcus aureus* (MRSA) HAP & HCAP Pneumonia patients treated with Ceftaroline Fosamil (CPT-F). 53rd Interscience Conference on Antimicrobial Agents and Chemotherapy, Denver, CO, September 10-13, 2013.

397. D. Moreno, M. Perri, A. Hall, D. Angulo, C. Taramona, L. Mori, L. Astocondor, G. Horna, S. Arshad, M. Zervos, C. Garcia. 2013. Molecular Epidemiology of *Staphylococcus aureus* Isolates from Lima, Peru. 53rd Interscience Conference on Antimicrobial Agents and Chemotherapy, Denver, CO, September 10-13, 2013.

398.   Samia Arshad, MPH, Linda Kaljee, Ph.D., Paul Kilgore, MD, MPH, Carolyn Chan, BS, Tyler Prentiss, BS, Samantha Bruni, BS, Jennie Meier, BS, Adhnan Mohamed, BS

58

Marcus Zervos, M.D.
Curriculum Vitae

and Marcus J. Zervos, MD.  Acute Febrile Illness (AFI) in Haiti, Etiology and Socio-Behavioral Pilot Study.  In *Abstracts of the ID Week 2013 Conference*, San Francisco, CA, October 2-6, 2013.

399.    Katherine Reyes, MD, Geehan Sulayman, Samia Arshad, MPH, Jennifer Jorge, Mary Perri, MT and Marcus Zervos, MD.  Vancomycin-Resistant Enterococcal Bacteremia: Epidemiology, Treatment and Outcome.  In *Abstracts of the ID Week 2013 Conference*, San Francisco, CA, October 2-6, 2013.

400.    Murat Gonulalan, MD, Samia Arshad, MPH, Daniela Moreno, B.S., Mary Beth Perri, MT and Marcus Zervos, MD.  Analysis of Treatment Outcome for Uncomplicated Methicillin-Resistant Staphylococcus aureus (MRSA) Bacteremia (UMRSAB).  In *Abstracts of the ID Week 2013 Conference*, San Francisco, CA, October 2-6, 2013.

401.    Paul Kilgore, MD, MPH, Linda Kaljee, PhD, Christine Joseph, PhD, Bernard Gonik, MD, Emily Martin, PhD, Keith Kaye, MD, MPH, FIDSA, FSHEA, Weisong Shi, Ph.D., Carolyn Archer, MPH, Samia Arshad, MPH, John Zervos, J.D., Lois Lamerato, PhD, George Divine, PhD, Marc Zervos, MD and Michael Rybak, PharmD, MPH.  Foundational Principles of Community-Based Participatory Vaccine Research.  In *Abstracts of the ID Week 2013 Conference*, San Francisco, CA, October 2-6, 2013.

402.    Marisa Miceli, MD, Murat Gonulalan, MD, Mary Perri, MT, Linoj Samuel, PhD, Kimberly Brown, MD, David Bruno, MD, Ioannis Theodoropoulos, MD, Marcus Zervos, MD, Mayur Ramesh, MD and George Alangaden, MD.  Transmission of bacterial infection from solid organ transplant donors with infective endocarditis despite pre-mortem clearance of bacteremia.  In *Abstracts of the ID Week 2013 Conference*, San Francisco, CA, October 2-6, 2013.

403.    Kaljee L, Kilgore P, Ashad S, Reyes, K, Bulls M, Nelson B, Zervos M.  Facilitators and barriers to adult vaccine up-take in a large integrated medical system in Detroit.  2014 Annual Meeting of the Society for Applied Anthropology, Albuquerque, NM, March 18-22, 2014.

404.    S. Arshad, P. Hartman, D. Moreno, M. Perri, M. Zervos.  Comparison of clinical outcomes with ceftaroline fosamil (CPT-F) in the treatment of methicillin resistant *Staphylococcus aureus* bacteraemia (MRSAB).  24th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Barcelona, Spain, May 10-13, 2014.

405.    T.M. Zervos, T. Prentiss, S. Arshad, K. Prentiss, J.M. Zervos, K. Wilt, S. Bruni, J. Sime, M.A.B. Lucien, M.J. Zervos.  Evaluation of malaria species in Haiti: detection of

Marcus Zervos, M.D.
Curriculum Vitae

sub clinical infection. 24th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Barcelona, Spain, May 10-13, 2014.

406.    M. Jovanovic, T. Tosic, B. Stosovic, Z. Stojanovic Varagic, S. Matic, T. Tojcic, S. Pavic, N. Indic, M. Zervos.  Presence of esp gene in *E. faecium* originating from pharyngeal flora of haematology patients.  24th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Barcelona, Spain, May 10-13, 2014.

407.    Suleyman G, Zervos M, Reyes K, Perri M, Vager D, Moreno D, Prentiss T and Arshad S.  Characterization of Vancomycin-Resistant Enterococcus (VRE) faecium and faecalis Strains with Associated Outcomes.  54th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Washington, DC, September 5-9, 2014.

408.    K. A. Cole, Davis SL, Samuel LP, Perri M, Zervos M, Kenney RM. Aminopenicillins for Vancomycin-Resistant Enterococcal (VRE) Urinary Tract Infection (UTI): Does MIC Matter?  54th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Washington, DC, September 5-9, 2014

409.    Arshad S, Hartman P, Moreno D, Perri M,Vazquez J, Zhao Q, Zervos MJ. Evaluating Total Cost of Hospitalization & Clinical Outcomes in Patients with Acute Bacterial Skin and Skin Structure Infections (ABSSSI) Treated with Ceftaroline fosamil (CPT-F) versus Other Conventional Antimicrobial Agents.  54th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Washington, DC, September 5-9, 2014.

410.    Katherine Reyes, Paul Kilgore, Karen Karwowski, Laura Johnson, Allison Weinmann, and Marcus Zervos.  Flu Vaccine Uptake Among HCW: What gives? What intervention?  54th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Washington, DC, September 5-9, 2014.  (Oral presentation)

411.    Alexis M, Zervos M, Markowitz N.  Antibiotic Susceptibility Patterns in Intensive Care Unit Patients at a Tertiary Hospital in New Delhi, India.  54th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Washington, DC, September 5-9, 2014

412.    Grunwald J, Kenney RM, Weinmann A, Johnson L, Vazquez JA, Zervos M, Davis SL.  Impact of Physician Assistant Directed Antimicrobial Stewardship Consultation Service. In *Abstracts of the ID Week 2014 Conference*, Philadelphia, PA, October 8-12, 2014.

Marcus Zervos, M.D.
Curriculum Vitae

413.     Eleni Papalekas, Niral Patel, Alyssa Neph, Daniela Moreno, Marcus Zervos, and Katherine Reyes.  Outpatient Parenteral Antimicrobial Therapy (OPAT) in Intravenous Drug Users (IVDU): Epidemiology and Outcomes.  In *Abstracts of the ID Week 2014 Conference*, Philadelphia, PA, October 8-12, 2014 (Oral presentation).

414.     Suleyman G, Reyes K, Vager D, Perri M, Zervos M.   Vancomycin-Resistant Enterococcus (VRE) faecium Bloodstream Infections and Mortality. *In Abstracts of the ID Week 2014 Conference*, Philadelphia, PA, October 8-12, 2014.

415.     Moise PA, Culshaw DL, Wong-Beringer A, Bensman J, Lamp K, Smith WJ, Bauer K, Goff DA, Adamson R, Leuthner K, Virata M, McKinnell JA, Chaudhry SB, EskandarianR, Lodise T, Reyes K, Zervos M.  Comparative Effectiveness of Vancomycin versus Early Daptomycin for MRSA Bacteremia with Vancomycin MIC>1mg/L: A Multicenter Evaluation.  *In Abstracts of the ID Week 2014 Conference*, Philadelphia, PA, October 8-12, 2014.

416.     Avasarala SK, Khan A, Moreno D, Zervos MJ, Reyes KC.  A Bone of Contention for Culture Selection.  *In Abstracts of the ID Week 2014 Conference*, Philadelphia, PA, October 8-12, 2014.

417.     Bardossy AC, Chami E, Moreno D, Reyes K, Alangaden G, Zervos M.  Eliminating Contact Precautions (CP) for Methicillin-resistant *Staphylococcus aureus* (MRSA) and Vancomycin-Resistant Enterococcus (VRE) as a Hospital-wide Intervention.  MIDS 2015, Ann Arbor, MI, March 21, 2015.

418.     Bardossy AC, Starr P, Abreu-Lanfranco O, Reyes K, Zervos M, Alangaden G. Impact of the 2015 NHSN Surveillance Definition on Catheter-associated Urinary Tract Infection (CAUTI) Rates.  MIDS 2015, Ann Arbor, MI, March 21, 2015.

419.     Parke D, Kaljee L, Kilgore P, Poitevien G, Simon Y, Raphael NA, Hoe M, Zervos J, Dankerlui D, Prentiss T, Zervos M.  An Interdisciplinary Approach to Improving Health Research Capacity in Haiti: The Research Training to Research Project Model.  6th Annual Consortium of Universities for Global Health Conference, Boston, MA, March 26-28, 2015.

420.     Alexis M, Zervos J, Agarwal U, Markowitz N, Myneedu V, Prentiss T, Zervos M, Jaiswal A.  Antibiotic susceptibility patterns in an intensive care unit at a tertiary hospital in New Delhi, India.  6th Annual Consortium of Universities for Global Health Conference, Boston, MA, March 26-28, 2015.

Marcus Zervos, M.D.
Curriculum Vitae

421.    Kaljee LM, Sirivichayakul C, Anh D, Kilgore P, Zervos J, Prentiss T, Zervos M.
Decreasing health disparities for vaccine preventable diseases among adults in Viet Nam
and Thailand. 6th Annual Consortium of Universities for Global Health Conference,
Boston, MA, March 26-28, 2015.

422.    Suleyman G, Alangaden G, Reyes, K, Perri MB, Zervos M.  Vancomycin-resistant
*Enterococcus* (VRE) *faecium* catheter-related bloodstream infections.   25th European
Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Copenhagen,
Denmark, April 25-28, 2015.

423.    Dryden M, Wilson D, Iaconis J, Gonzalez J; COVERS Study Team.  A Phase III
trial of ceftaroline fosamil 600 mg q8h versus vancomycin plus aztreonam in patients
with cSSTI with systemic inflammatory response or underlying comorbidities.  25th
European Congress of Clinical Microbiology and Infectious Diseases (ECCMID),
Copenhagen, Denmark, April 25-28, 2015.  (Oral presentation).

424.    Li J, Singh R, Ambler JE; COVERS Study Team.  Probability of target attainment
(PTA) and pharmacokinetic/pharmacodynamics (PK/PD) breakpoint for ceftaroline
fosamil 600 mg every 12h and every 8h agains *Staphylococcus aureus.*  25th European
Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Copenhagen,
Denmark, April 25-28, 2015.

425.    Reiszner E, Ambler JE, Iaconis J; COVERS Study Team.  Ceftaroline in the
treatment of complicated skin and soft tissue infections:  in vitro susceptibility of baseline
pathogens isolated in a phase III randomised clinical trial. 25th European Congress of
Clinical Microbiology and Infectious Diseases (ECCMID), Copenhagen, Denmark, April
25-28, 2015.

426.    Bardossy AC, Moreno D, Hartman P, Prentiss T, Ayau P, Sanchez Rosenberg G,
Perri MB,  Arshad S, Mahan M, Reyes K, Zervos M.  Health system-wide intervention
on the use of high vancomycin (VAN) serum trough levels is not associated with a
reduction in mortality in methicillin-resistant *Staphylococcus aureus* (MRSA) Blood
Stream Infection (BSI).  SHEA Spring 2015 Conference, Orlando, FL, May 14-17, 2015.

427.    Saab I, Vasyluk A, Bardossy AC, Reyes K, Zervos M, Siddiqui A.  Breast Implant
Project for Improvement.  SHEA Spring 2015 Conference, Orlando, FL, May 14-17,
2015.

428.    Bardossy AC, Chami E, Moreno D, Reyes K, Alangaden G, Zervos M.  Eliminating
Contact Precautions (CP) for Methicillin-resistant *Staphylococcus aureus* (MRSA) and

Marcus Zervos, M.D.
Curriculum Vitae

Vancomycin-Resistant Enterococcus (VRE) as a Hospital-wide Intervention.  SHEA Spring 2015 Conference, Orlando, FL, May 14-17, 2015.

429.  Bardossy AC, Starr P, Abreu-Lanfranco O, Reyes K, Zervos M, Alangaden G. Impact of the 2015 NHSN Surveillance Definition on Catheter-associated Urinary Tract Infection (CAUTI) Rates.  SHEA Spring 2015 Conference, Orlando, FL, May 14-17, 2015.

430.  Hartman P, Bardossy AC, Moreno D, Prentiss T, Ayau P, Sanchez Rosenberg G, Perri MB, Arshad S, Reyes K, Zervos M.  Evaluation of Vertical and Horizontal Transmission of Hospital-acquired and Healthcare-associated Methicillin-Resistant *Staphylococcus aureus* (MRSA) Causing Bacteremia.  SHEA Spring 2015 Conference, Orlando, FL, May 14-17, 2015.

431.  Ayau Aguilar P, Sanchez Rosenberg G, Mando R, Gemayel M, Bardossy AC, Moreno D, Hartman P, Prentiss T, Perri MB, Arshad S, Mahan M, Reyes K, Zervos M. Risk Factors Contributing to 30-Day Mortality in Methicillin-Resistant *Staphylococcus aureus* (MRSA) Blood Stream Infections (BSI).   SHEA Spring 2015 Conference, Orlando, FL, May 14-17, 2015.

432.  Sanchez Rosenberg G, Ayau P, Bardossy AC, Moreno D, Hartman P, Prentiss T, Perri MB, Arshad S, Mahan M, Reyes K, Zervos M.  Methicillin-resistant Staphylococcus aureus (MRSA) Bloodstream Infection (BSI): Association between Strain Types and Mortality.  SHEA Spring 2015 Conference, Orlando, FL, May 14-17, 2015.

433.  Suleyman G, Reyes K, Perri MB, Vager D, Zervos M.  The Evaluation of Vertical and Horizontal Transmission of Hospital-Associated Vancomycing-Resistant *Enterococcus* (VRE) *faecalis* and *faecium* Causing Bacteremia.  SHEA Spring 2015 Conference, Orlando, FL, May 14-17, 2015.

434.  Arshad S, Hartman P, Moreno D, Perri M, Zhao Q, and Zervos M.  Clinical Outcomes and Cost Analysis in Patients Treated with Ceftaroline-fosamil versus Vancomycin or Daptomycin in an Outpatient parenteral antibiotic therapy (OPAT) setting for *Staphylococcus aureus* acute bacterial skin and skin structure infections. SHEA Spring 2015 Conference, Orlando, FL, May 14-17, 2015.

435.  Suleyman G, Markowitz N, Gupta R, Prasad Myneedu V, Agarwal U, Zervos M. Linezolid in vitro Susceptibility in Staphylococcus aureus (S. aureus) at an Intensive Care Unit at a Tertiary Hospital in New Delhi, India.  ICAAC/ICC 2015, San Diego, CA, September 17-21, 2015.

Marcus Zervos, M.D.
Curriculum Vitae

436.   Athans V, Kenney RM, Perri MB, Moreno D, Zervos MJ.  Evaluation of
Ceftaroline(CPT) Potency Trends Against Methicillin-Resistant Staphylococcus aureus
(MRSA) Blood Isolates from 2011 to 2013.  ICAAC/ICC 2015, San Diego, CA,
September 17-21, 2015.

437.   Kilgore P, Salim A, Kaljee L, Pattin AJ, Stewart Zervos M.  A Multi-Level Model
for Improving Immunization Rates in the United States: Are there Gaps in Neighborhood
and Family Level Data?  American College of Epidemiology Annual Meeting, Atlanta,
GA, September 26-29, 2015.

438.   Hadied M, Bardossy AC, Abreu-Lanfranco O, Perri M, Arshad S, Zervos M,
Alangaden G.  Predictors of Mortality in Cancer Patients with Methicillin-resistant
Staphylococcus aureus Bloodstream Infection.  ID Week 2015 Conference, San Diego,
CA, October 7-11, 2015.

439.   Xin Y, Bajoka R, Sengupta R, Moreno D, Harris AD, Lawrence SJ, Masica A,
Lamerato L, and Zervos M.  Mortality Risk Factors in Patients with Community
Acquired Pneumonia.  ID Week 2015 Conference, San Diego, CA, October 7-11, 2015.

440.   Xin Y, Bajoka R, Sengupta R, Moreno D, Harris AD, Lawrence SJ, Masica A,
Lamerato L, and Zervos M.  Risk Factors Associated with 30-day Readmission in
Patients with Community Acquired Pneumonia.  ID Week 2015 Conference, San Diego,
CA, October 7-11, 2015.

441.   Bajoka R, Xin Y, Sengupta R, Moreno D, Harris AD, Lawrence SJ, Masica A,
Lamerato L, and Zervos M.  Risk Factors Associated with Mortality in Healthcare
Associated Pneumonia.  ID Week 2015 Conference, San Diego, CA, October 7-11, 2015.

442.   Sengupta R,  Xin Y, Bajoka R, Moreno D, Harris AD, Lawrence SJ, Masica A,
Lamerato L, and Zervos M.  Risk Factors Associated with 30-day Readmission in
Patients with Health Care Associated Pneumonia.  ID Week 2015 Conference, San
Diego, CA, October 7-11, 2015.

443.   Mohamad G. Fakih, Ana C. Bardossy, Takiah Williams, Raymond Hilu, Katherine
Reyes, Marcus Zervos, Debi Hopfner, Mina El-Kateb, Elango Edhayan, Susan Szpunar,
Steven Minnick, and Louis Saravolatz.  From the Central Line to the Ventilator: Do
Resident Physicians Know and Practice Mitigating Risk?  ID Week 2015 Conference,
San Diego, CA, October 7-11, 2015.

444.   Mohamad G. Fakih, Karen Jones, Elango Edhayan, Ana C. Bardossy, Takiah

Marcus Zervos, M.D.
Curriculum Vitae

Williams, Katherine Reyes, Raymond Hilu, Marcus Zervos, Mina El-Kateb, Rebecca Battjes, Steven Minnick, and Louis Saravolatz.  Improving the Culture of Culturing: When Do Resident Physicians Obtain Urine Cultures, and What Do they Do with Them? ID Week 2015 Conference, San Diego, CA, October 7-11, 2015.

445.    Mohamad G. Fakih, Ana C. Bardossy, Takiah Williams, Katherine Reyes, Marcus Zervos, Steven Minnick, Raymond Hilu, Elango Edhayan, Mina El-Kateb, Susan Szpunar, Karen Jones and Louis Saravolatz.  How Good Are Medical and Surgical Residents at Addressing Urinary Catheter Risk? A Survey of 2 Large Teaching Hospitals. ID Week 2015 Conference, San Diego, CA, October 7-11, 2015.

446.    Rachel M Kenney, Allison Weinmann, David Olejarz, Vasilios Athans, Jamie L Wagner, Marcus J. Zervos, Edward G Szandzik, and Susan L Davis.  Prescribe Wisely: A Public Relations Strategy to Promote Antimicrobial Stewardship.  ID Week 2015 Conference, San Diego, CA, October 7-11, 2015.

447.    Dania Hatahet, Vanessa Robinson, Kamelia Albujoq, Marcus Zervos, Katherine Reyes, and David Willens.  Evaluating Barriers to Immunization in an Academic Internal Medicine Clinic.  ID Week 2015 Conference, San Diego, CA, October 7-11, 2015.

448.    Raheja S, Zervos M.  Infections in the "Fifth Valve" of the Heart.   CHEST Annual Meeting 2015, Montreal, Canada, October 24-28, 2015.

449.    Anglade F, Cerome S, Dimanche S, Parke D, Poitevien G, Zephirin W, Zervos M. Des exemples concrets pour le renforcement du partenariat en capacity building : A propos d'une expérience de stages d'immersion en maladies infectieuses et en anatomie pathologique au sein de Henry Ford Hospital. ["Concrete examples for strengthening partnerships in capacity building: Experiences from immersion trainings in infectious diseases and anatomic pathology at Henry Ford Hospital."]  EqualHealth Conference, Port-au-Prince, Haiti, November 14, 2015.

450.    Ana C Bardossy, Ayesha Niazy, Pam Hartman, Jennifer Woodward, Daniela Moreno, Mary Perri, Samia Arshad,  Katherine Reyes, and Marcus Zervos. Characterization of Recurrence in Methicillin-resistant *Staphylococcus aureus* Blood Infections. Poster Presentation at MIDS 2016, Detroit, MI, March 19, 2016.

451.    Rizvi K, Niazy A, Bardossy AC, Nikolsa S, Zervos M. Characteristics of bacteremic patients with 14 days of therapy vs less than 14 days of therapy. Oral presentation, Michigan Infectious Diseases Society Conference 2016, Detroit, March 19th, 2016.

Marcus Zervos, M.D.
Curriculum Vitae

452.     Zervos M.  False Positive Cerebrospinal Fluid Cryptococcus Antigen in Libman Sacks Endocarditis.  Society of General Internal Medicine 39th Annual Meeting, Hollywood, FL, May 11-14, 2016.

453.     Ana Cecilia Bardossy, TaKiah Williams, Karen Jones, Susan Szpunar, Yuan Xin, Marcus Zervos, George Alangaden, Katherine Reyes, Mohamad G. Fakih. How Good Are We at Maintaining Our Devices in the ICUs? A View of Two Tertiary Care Teaching Centers. Poster Presentation at SHEA Spring 2016 Conference, Atlanta, GA, May 18-21, 2016.

454.     Ana Cecilia Bardossy, TaKiah Williams, Karen Jones, Susan Szpunar, Yuan Xin, Marcus Zervos, George Alangaden, Katherine Reyes, Mohamad G. Fakih. Preventing CAUTI in the ICUs: Why Culturing Practices Trump the Effect of Device Care. Poster Presentation at SHEA Spring 2016 Conference, Atlanta, GA, May 18-21, 2016.

455.     Khulood Rizvi, Ana C. Bardossy, Daniela Moreno, Pamela Hartman, Meredith Mahan, Silvana Nakasone, Mery Perri, Marcus Zervos. Treatment Duration for Uncomplicated Methicillin-Resistant *Staphylococcus aureus Bacteremia*. Poster Presentation at SHEA Spring 2016 Conference, Atlanta, GA, May 18-21, 2016.

456.     Helina M. Misikir, Ana Cecilia Bardossy, Pam Hartman, Daniela Moreno, Geehan Suleyman, Mary Perri, Katherine Reyes, Marcus Zervos. Risk Factors Associated with Vancomycin-Resistant *Enterococcus* (VRE) and Methicillin-Resistant *Staphylococcus aureus* (MRSA) Colonization. Poster Presentation at SHEA Spring 2016 Conference, Atlanta, GA, May 18-21, 2016.

457.     Choi WJ, Abreu-Lanfranco O, Samuel L, Tibbetts R, Markowitz N, Zervos M, Alangaden G.  Current Epidemiology, Risk Factors, and Outcomes of Non-Albicans Candidemia at a Tertiary-Care Center.  Poster Presentation at SHEA Spring 2016 Conference, Atlanta, GA, May 18-21, 2016.

458.     Suleyman G, Tibbetts R, Xin Yuan, Perri M, Vager D, Samuel L, Chami E, Pietsch J, Starr P, Reyes K, Zervos M, Alangaden G.  Nosocomial outbreak of a novel extended-spectrum β-lactamase Salmonella Isangi in surgical patients.  The Society for Healthcare Epidemiology of America (SHEA) 2016, Atlanta, GA, May 18-21, 2016.

459.     Suleyman G, Perri M, Vager D, Samuel L, Zervos M, Alangaden G, Tibbetts R. Characterization of Salmonella Isangi Possessing CTX-M15 ESBL Associated with an Outbreak in a US Hospital.  The Society for Healthcare Epidemiology of America (SHEA) 2016, Atlanta, GA, May 18-21, 2016.

Marcus Zervos, M.D.
Curriculum Vitae

460.    Suleyman G, Tibbetts R, Xin Yuan, Perri M, Vager D, Samuel L, Chami E, Pietsch J, Starr P, Reyes K, Zervos M, Alangaden G.  Control of a Novel Extended-spectrum β-lactamase (ESBL) Salmonella Isangi Outbreak.  The Society for Healthcare Epidemiology of America (SHEA) 2016, Atlanta, GA, May 18-21, 2016.

461.    Suleyman G, Kenney R, Zervos M, Weinmann A.  Safety and Efficacy of Outpatient Parenteral Antibiotic Therapy (OPAT) in an Academic Inner City Infectious Disease (ID) Clinic. The Society for Healthcare Epidemiology of America (SHEA) 2016, Atlanta, GA, May 18-21, 2016.

462.    Dankerlui D, Parke D, Prentiss T, Zervos J, Plum A, Tamler I, Kaljee L, and P K. Henry Ford Health System Global Health Initiative's Research Training to Research Project Model. CUGH Global Health Conference 2016.

463.    Tsai L, Zervos M, Miller L, Tenke P, Marsh A, Mohr J,  Luepke K,  Horn P.  Intravenous Eravacycline Compared to Intravenous Levofloxacin for the Treatment of Complicated Urinary Tract Infections (cUTI): Subgroup Analysis from a Randomized, Double-Blind, Phase 3 Trial (IGNITE2).  ASM Microbe 2016 Conference, Boston, MA, June 16-20, 2016.

464.    Tsai L, Zervos M, Miller L, Tenke P, Marsh A, Mohr J,  Luepke K,  Horn P.  Intravenous Eravacycline with Transition to Oral Therapy for Treatment of Complicated Urinary Tract Infections (cUTI) Including Pyelonephritis: Results from a Randomized, Double-Blind, Multicenter, Phase 3 Trial (IGNITE2).  ASM Microbe 2016 Conference, Boston, MA, June 16-20, 2016.

465.    Swegal W, Greene J, Perri MB, Bardossy C, Deeb R, Zervos M, Jones L.  Changes in Nasal Staph Flora and Infection Rates after Nasal Surgery.  AAO-HNSF 2016 Annual Meeting and OTO Expo, San Diego, CA, Sept 18-21, 2016.

466.    Salim A, Kilgore P, Bedford R, Kaljee L. Identifying healthcare priorities in Detroit's adult homeless population: a qualitative pilot study. Global Health Initiative Symposium, Detroit MI, October 21, 2016.

467.    Bardossy AC, Jayaprakash R, Starr P, Zervos M, Alangaden G. Impact and Limitations of 2015 NHSN Case Definition on CAUTI Rates: Implications for Assessing Effect of CAUTI Prevention Measures. Poster presentation. ID Week 2016, New Orleans, LA, October 26-30, 2016.

468.    Niazy A, Bardossy AC, Rizvi K, Rehman T, Hartman P, Moreno D, Perri MB, Zervos M. Characterization of Recurrent Methicillin-resistant *Staphylococcus aureus* Bloodstream

67

Marcus Zervos, M.D.
Curriculum Vitae

Infections. Poster presentation. ID Week 2016, New Orleans, LA, October 26-30, 2016.

469.    Rehman T, Huang V, Xin Y, Rizvi K, Niazy A, Bardossy AC, Zervos M. Vancomycin Serum Trough Levels and Outcomes in Patients with Methicillin-Resistant *Staphylococcus aureus* Bacteremia. Poster presentation. ID Week 2016, New Orleans, LA, October 26-30, 2016.

470.    Rizvi K, Niazy A, Rehman T, Bardossy AC, Zervos M. Evaluation of Optimal Treatment Strategy of Skin and Soft Tissue Infections with Uncomplicated Methicillin-Resistant Staphylococcal Aureus Bacteremia. Poster presentation. ID Week 2016, New Orleans, LA, October 26-30, 2016.

471.    January S, Kenney RM, Veve M, Zoratti E, Zervos M, Davis SL.  Impact of Allergy Status on Outcomes in Methicillin-Susceptible Staphylococcus aureus Bloodstream Infections (MSSA BSI).  ID Week 2016 Conference, New Orleans, LA, October 26-30, 2016.

472.    Zeeshan N, Xin Y, Moreno D, Harris AD, Lawrance SJ, Masica A, Lamerato L, Zervos M.  Comparison of mortality benefit using standardized treatment in Community Acquired Pneumonia.  ID Week 2016 Conference, New Orleans, LA, October 26-30, 2016.

473.    Pintado V, Reyes K, Jauregui JM, Bardossy AC, Zervos M, Vergara JL.  Case Report of Zika Virus Encephalitis.  1st International Conference on Zika Virus, Washington, DC, February 22-25, 2017.

474.    Pharmacokinetics (PK)/Pharmacodynamics (PD), and Safety of 3 g Ceftolozane/Tazobactam (TOL/TAZ) in Critically-Ill Adult Patients.  Society of Critical Care Medicine Congress, Honolulu, HI, February 2017.

475.    Altamimi S, Misikir HM, Perri MB, Tibbetts R, Kilgore PE, McElmurry SP, Zervos M, Reyes K.  Legionellosis: An Investigation of Cases in Southeast Michigan.  Poster presentation, Michigan Infectious Diseases Society Conference 2017, Detroit, MI, March 18, 2017.

476.    Misikir H, Bardossy AC, Rizvi K, Rehman T, Farooqui Z, Niazy A, Osborn Z, Perri M, Zervos M.  Characterization of Methicillin-Resistant *Staphylococcus aureus* Bacteremia and Reduced Daptomycin MIC within the Susceptible Range. Michigan Infectious Diseases Society Conference 2017, Detroit, MI, March 18, 2017.

477.    Rehman T, Affan M, Zervos M. Rapidly Progressive Encephalopathy in HIV.

68

Marcus Zervos, M.D.
Curriculum Vitae

Poster Presentation. Michigan Infectious Diseases Society Conference 2017, Detroit, MI, March 18, 2017.

478.    Zeeshan N, Xin Y, Moreno D, Harris AD, Lawrance SJ, Masica A, Lamerato L, Zervos M. Comparison of mortality benefit using standardized treatment in community acquired pneumonia. Poster presentation, Michigan Infectious Diseases Society Conference 2017, Detroit, MI, March 18, 2017.

479.    Rizvi K, Bardossy AC, Robinson P, Shelters R, Klotz S, Starr P, Mahan M, Alangaden G, Reyes K.  Impact of Urine Culture Stewardship and Utilization on Catheter-associated Urinary Tract Infections.  The Society for Healthcare Epidemiology of America (SHEA) Spring 2017 Conference, St Louis, MO, March 29-31, 2017.

480.    Kaljee L, Zervos J, Zervos M, Prentiss T, Plum A.  A Hospital- and Community-based Study of Antimicrobial Resistance (AMR) and Stewardship in Kathmandu.  2017 Annual Meeting of the Society for Applied Anthropology, Santa Fe, NM, March 28-April 1, 2017.

481.    Bidair M, Zervos M, Sagan OS, Zaitsev V, Loutit J, Dudley M, Vazquez J.  Clinical Outcomes in Adults with Complicated Urinary Tract Infections (cUTI), including Acute Pyelonephritis (AP) in TANGO 1, a Phase 3 Randomized, Double-blind, Double-dummy Trial Comparing Meropenem-Vaborbactam (M-V) with Piperacillin-Tazobactam (P-T). 27th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Vienna, Austria,Copenhagen, Denmark, April 22-25, 2017.

482.    Seeger M, Kilgore P, McElmurry S, Zervos M.  Public Health Preparedness Lessons from the Flint Water Crisis.  2017 Preparedness Summit, Atlanta, GA, April 25-28, 2017.

483.    Kaye K, Shorr A, Loutit J, Dudley M, Lomovskaya O, Zervos M.  Clinical Outcomes with Meropenem-Vaborbactam (M-V) by Extended-Spectrum B-Lactamase (ESBL) Production in TANGO 1, a Phase 3 Randomized Trial vs Piperacillin-Tazobactam (P-T).  ASM Microbe 2017 Conference, New Orleans, LA, June 1-5, 2017.

484.    Kilgore PE, Zervos MJ, Alaga KC, Alsaghayer A, Salim AM, Makisir H, McElmurry SP.  Challenges and Opportunities for Legionellosis Surveillance Using Information Technology.  9th International Conference on Legionella, Rome, Italy, September 26-30, 2017.

485.    Alsaghayer A, Salim A, Alaga K, Zervos MJ, Altamimi S, and Kilgore PE. National Patterns in the Use of Legionella Urine Antigen Testing, United States, 2013--2016.  ID Week 2017 Conference, San Diego, CA, October 4-8, 2017.

Marcus Zervos, M.D.
Curriculum Vitae

486.    Cassone M,  Armbruster C, Snitkin E, Gibson K,  Mantey J,  Reyes K, Altamimi S,
Perri MB, Zervos M, Mody L.  Relatedness of MRSA and VRE strains isolated from
post-acute care patients and their environment: a longitudinal assessment.  ID Week 2017
Conference, San Diego, CA, October 4-8, 2017.

487.    Contreras G, Diaz L, Rios R, Reyes KC, Kamboj M, Lewis J, Rincon S, Reyes J,
Carvajal LP, Panesso D, Sifri CD, Zervos M, et al.  A Whole Genome Sequencing
(WGS) Approach to Predict Daptomycin (DAP) Susceptibility of *Enterococcus faecium*.
 ID Week 2017 Conference, San Diego, CA, October 4-8, 2017.

488.    Holland TL, Boucher HW, Raad I, Anderson DJ, Cosgrove SE, Aycock S, Baddley
JW, Chow SC, Chu VH, Cook PP, Corey GR, Daly JS, Hachem RY, Chaftari AM,
Horton JM, Jenkins TC, Gu J, Levine DP, Miro JM, Riska P, Rubin ZA, Rupp ME,
Shrank Jr J, Sims M, Wray D, Zervos MJ, Fowlder Jr V.  Doing the Same with Less: A
Randomized, Multinational, Open-Label, Adjudicator-Blinded Trial of an Algorithm vs.
Standard of Care to Determine Treatment Duration for Staphylococcal Bacteremia. ID
Week 2017 Conference, San Diego, CA, October 4-8, 2017.

489.    Kilgore P, Salim A, Prentiss T, Kaljee L, Lamerato L, Zhang S, Divine G, Misikir
H, Zervos MJ.  Implementation of Multi-Modal Intervention to Increase Adult
Vaccination Rates in a Large Integrated Healthcare System.  ID Week 2017 Conference,
San Diego, CA, October 4-8, 2017.

490.    Lodise Jr TP, Rosenkranz SL, Finnemeyer M, Huvane J, Pereira A, Sims M, Zervos
MJ, et al.  The Emperor's New Clothes: Prospective Observational Evaluation of the
Association between the Day 2 Vancomycin Exposure and Failure Rates among Adult
Hospitalized Patients with MRSA Bloodstream Infections (PROVIDE).  ID Week 2017
Conference, San Diego, CA, October 4-8, 2017.

491.    Maki G, Xin Y, Zeeshan N, Harris AD, Lawrence SJ, Masica A, Lamerato L,
Zervos M.  Incidence and organism specific mortality associated with healthcare
associated pneumonia over a 6 year period.  ID Week 2017 Conference, San Diego, CA,
October 4-8, 2017.

492.    Veve MP, Kaljee LM, Prentiss T, Joshi RD, Rai SM, Shrestha B, Bajracharya DC,
Zervos MJ.  Implementing Antimicrobial Stewardship in Two Community Nepali
Hospitals.  ID Week 2017 Conference, San Diego, CA, October 4-8, 2017.

493.    Awad A, Alaga K, Misikir H, Zervos MJ, Kilgore PE.  Understading variations in
pneumonia mortality across Michigan, 2011-2015.  Eugene Applebaum College of
Pharmacy and Health Sciences Meeting, Detroit, MI, November 1, 2017.

Marcus Zervos, M.D.
Curriculum Vitae

494.　Alaga K, Salim A, Misikir H, Zervos MJ, Kilgore P.  Evaluation of Pneumonia Death Rates in Michigan.  American Public Health Association Meeting, Atlanta, GA, November 2-8, 2017.

495.　Alaga K, Awad A, Misikir H, Zervos MJ, Kilgore P.  Understading variations in pneumonia death rates throughout Michigan, 2011-2015.  American Public Health Association Meeting, Atlanta, GA, November 2-8, 2017.

496.　Sundaram A, Perri MB, Zervos M.  Epidemiology and outcomes of daptomycin-resistant *Staphlococcus aureus* bacteremia.  AMA Interim Meeting, Honolulu, HI, November 11-14, 2017.

497.　Altamimi S, Misikir H, Perri MB, Vager D, Levesque M, Reyes K, Zervos M.  Hospital Onset Methicillin-resistant *Staphylococcus aureus* Infection: An Ongoing Battle.  Michigan Infectious Diseases Society Conference (MIDS), Beaumont Hospital, Royal Oak, MI, March 17, 2018.   (Awarded First Prize-Best Poster).

498.　Hadid H, Perri M, Misikir H, Bardossy AC, Herc E, Zervos M. Characterization of Methicillin-Susceptible, Daptomycin-Resistant *Staphylococcus aureus*. Michigan Infectious Diseases Society Conference (MIDS), Beaumont Hospital, Royal Oak, MI, March 17, 2018.

499.　Misikir H, Hadid H, Bardossy AC, Haddad L, Sundaram A, Williams J, Perri M, Zervos M, Herc E. Risk Factors and Outcomes for Daptomycin Non-Susceptible Methicillin-Resistant *Staphylococcus aureus* Bloodstream Infections.  Michigan Infectious Diseases Society Conference, Beaumont Hospital, Royal Oak, MI, March 17, 2018.

500.　McCreary E, Sakoulas G,  Rybak M, Zasowski E, Rizvi K, Zasowski E, Geriak M, Schulz LT, Vasina L, Zervos M. Warren R. Multi-centre cohort study of daptomycin plus ceftaroline combination compared to matched standard of care treatment in patients with methicillin-resistant *Staphylococcus aureus* bacteraemia.  European Congress of Clinical Microbiology and Infectious Diseases (ECCMID) 2018, Madrid, Spain, April 21–24, 2018.

501.　Mody L, Washer LL, Kaye KS, Gibson K, Saint S, Reyes K, Cassone M, Mantey J, Cao J, Altamimi **S**, Perri M, Sax H, Chopra V, Zervos M.  Multidrug-Resistant Organisms in Hospitals:  What is on Patient Hands and in Patient Rooms? Poster presentation at European Congress of Clinical Microbiology and Infectious Diseases (ECCMID) 2018, Madrid, Spain, April 21 – 24, 2018.

Marcus Zervos, M.D.
Curriculum Vitae

502. Huang K, Chaudhry Z, Perri MB, Zervos M, Brar I. From Bench to Bedside: The Use of Translational Research in Management of Infection. The 25th Annual Henry Ford Medical Education Research Forum, Henry Ford Hospital, Detroit, MI, May 11, 2018.

503. Hadid H, Perri M, Misikir H, Bardossy AC, Herc E, Zervos M. Characterization of Methicillin-Susceptible, Daptomycin-Resistant *Staphylococcus aureus*. 15th Annual Research Symposium, Henry Ford Hospital, Detroit, MI, May 25, 2018.

504. Misikir H, Hadid H, Bardossy AC, Haddad L, Sundaram A, Williams J, Perri M, Zervos M, Herc E. Risk Factors and Outcomes for Daptomycin Non-Susceptible Methicillin-Resistant *Staphylococcus aureus* Bloodstream Infections. 15th Annual Research Symposium, Henry Ford Hospital, Detroit, MI, May 25, 2018.

505. Hadid H, Perri M, Bardossy AC, Misikir H, Herc E, Zervos M. Epidemiology of Daptomycin-Nonsusceptible Methicillin-Resistant *Staphylococcus aureus* Bacteremia. Michigan Quality Improvement and Patient Safety Summit, Troy, MI, June 1, 2018.

506. Altamimi S, Misikir H, Perri MB, Kilgore P, McElmurry S, Vager D, Zervos M. Molecular Epidemiology of *Legionella Pneumophila* Isolates in Michigan. ASM Microbe 2018, Atlanta, GA, June 7-11, 2018.

507. Diekema DJ, Pfaller MA, Shortridge D, Zervos M, Jones RN. Twenty-Year Trends in Antibiotic Susceptibility among *Staphylococcus Aureus* from the Sentry Antimicrobial Surveillance Program. ASM Microbe 2018, Atlanta, GA, June 7-11, 2018.

508. Lucien M, Adrien P, Hsia T, Hadid H, Canarie M, Kaljee L, Kilgore P, Parke D, Joseph G, Lafosse E, Zervos M, Boncy J. Cholera in Haiti: Seven Years Later. ASM Microbe 2018, Atlanta, GA, June 7-11, 2018.

509. Misikir H,  Hadid H, Bardossy C, Haddad L, Sundaram A, Williams J, Perri M, Herc E, Zervos M.  Risk Factors and Outcomes for Daptomycin-Nonsusceptible Methicillin-Resistant *Staphylococcus aureus* Blood Stream Infections. ASM Microbe 2018, Atlanta, GA, June 7-11, 2018.

510. Musgrove M, Sundaram A, Perri M, Kenney R, Zervos M.  In Vitro Synergy of Vancomycin Or Daptomycin Plus Ceftaroline in Daptomycin Non-Susceptible Staphylococcus aureus Isolates.  ASM Microbe 2018, Atlanta, GA, June 7-11, 2018.

511. Olson E, Agarwal U, Gupta R, Myneedu V, Verma A, Markowitz N, Herc E, Zervos M. Molecular Evaluation of Linezolid Resistant *Staphylococcus aureus*.  ASM Microbe

Marcus Zervos, M.D.
Curriculum Vitae

2018, Atlanta, GA, June 7-11, 2018.

512.    Olson E, Zervos M, Kaljee L, Kilgore P, Tibbetts R, Herc E, Shrestha B, Bajracharya D, Joshi D.  A Hospital and Community-Based Study to Promote Antimicrobial Stewardship in Nepal: Molecular Esbl and Carbapenemase Identification of Acinetobacter, *E. coli*, and *K. pneumoniae* isolates from Kathmandu Model Hospital. ASM Microbe 2018, Atlanta, GA, June 7-11, 2018.

513.    Hussain N, Rizvi K, Bardossy AC, Perri M, Zervos M, Alangaden G.  Molecular and Clinical Epidemiology and Outcomes of Methicillin-Resistant Staphylococcus aureus Bloodstream Infections in Cancer and Non-cancer Patients. 20th Symposium on Infections in the Immunocompromised Host, Athens, Greece, June 17-19, 2018.

514.    Hadid H, Chaudhary Z, Perri M, Zervos M. Multidrug-Resistant Organisms in the Middle East: A Global Concern. The 8th ACCESS Arab Health Summit. Washington DC, September 16-19, 2018.

515.    Alaga KC, Konja JM, Salim A, Levine P, Smith S, Zervos MJ, Kilgore P.  Current Physician Knowledge, Attitudes, and Clinical Practice regarding Legionnaires' Disease in the Aftermath of the Flint Water Crisis in Genesee County, Michigan.  ID Week 2018 Conference, San Francisco, CA. October 3-7, 2018.

516.    Altamimi S, Vahia AT, Misikir H, Zervos M and Reyes KC. Hepatitis A Outbreak in Southeast Michigan: No Longer a Third World Disease. ID Week 2018 Conference, San Francisco, CA. October 3-7, 2018.

517.    Bergin SP, Coles A, Calvert SB, Farley J, Santiago J, Zervos MJ, Bardossy AC, Kollef M, Durkin MJ, Sims M, Greenshields C, Kabchi BA, Donnelly HK,Powers J III, Tenaerts P, Gu P, Fowler VG Jr, Holland TL. PROPHETIC: Predicting Pneumonia in Hospitalized Patients in the ICU - A Model and Scoring System. ID Week 2018 Conference, San Francisco, CA. October 3-7, 2018.

518.    Contreras GA, Munita JM, Reyes KC, Sahasrabhojane P, Misikir H, Garza H, Zervos MJ, Aitken SL, Shelburne SA, Arias C. VENOUS 1: A Prospective Multicenter Cohort Study of Enterococcal Bacteremia.  ID Week 2018 Conference, San Francisco, CA. October 3-7, 2018.

519.    Farooqui Z, Bardossy AC, Misikir H, Hadid H, Baratz N, Rizvi H, Herc E, Chen AY, Zervos M.  Impact of Admission to an Inpatient Infectious Disease Unit on Methicillin-resistant *Staphylococcus aureus* Blood Stream Infections. ID Week 2018 Conference, San Francisco, CA. October 3-7, 2018.

Marcus Zervos, M.D.
Curriculum Vitae

520.    Hadid H, Bardossy AC, Misikir H, Perri MB, Zervos M and Herc E. Treatment and
Outcomes of Daptomycin-Nonsusceptible Methicillin-Resistant *Staphylococcus aureus*
Bloodstream Infections. ID Week 2018 Conference, San Francisco, CA. October 3-7,
2018.

521.    Hadid H, Rizvi H, Misikir H, Baratz N, Bardossy AC, Sundaram A, Haddad L, Perri
MB, Zervos M, Herc E. Risk Factors and Outcomes for Daptomycin Non-Susceptible
Methicillin-Resistant *Staphylococcus aureus* Bloodstream Infections. ID Week 2018
Conference, San Francisco, CA. October 3-7, 2018.

522.    Rizvi H, Baratz N, Hadid H, Bardossy AC, Herc E, Misikir H, Chen A, Markowitz
N, Zervos MJ. Outpatient Parenteral Antimicrobial Therapy (OPAT) in Injection Drug
Users (IDUs): Is It Safe?  ID Week 2018 Conference, San Francisco, CA. October 3-7,
2018.

523.    Rupali P, Zervos MJ. Impact of an Antimicrobial Stewardship Intervention in India:
Evaluation of Post Prescription Review and Feedback as a Method of Promoting Optimal
Antimicrobial Use. ID Week 2018 Conference, San Francisco, CA. October 3-7, 2018.

524.    Sundaram A, Perri MB, Gurdziel K, Hadid H, Herc E, and Zervos MJ.  Molecular
Epidemiology of Daptomycin Non-Susceptibility in Methicillin-Resistant
Staphylococcus aureus (MRSA) Bacteremia. ID Week 2018 Conference, San Francisco,
CA. October 3-7, 2018.

525.    Veve MP, Pogue JM, Zervos MJ, and Davis SL.  Treatment Characteristics and
Predictors of Mortality in Patients with Infected Chronic Pressure Ulcers in Detroit. ID
Week 2018 Conference, San Francisco, CA. October 3-7, 2018.

526.    Maki G, Kaljee L, Prentiss T, Olson E, Bajracharya DC, Shrestha B, Karki K,
Shakya M, Joshi RD, Herc E, Hadid H, Zervos M. Epidemiology of Multi Drug Resistant
(MDR) Gram Negative Bacteria in Kathmandu, Nepal.  International Meeting on
Emerging Diseases and Surveillance (IMED) 2018, Vienna, Austria, November 9-12,
2018.

527.    Maki G, McElmurry SP, Kilgore PE, Love N, Misikir H, Perri M, Zervos M.
Bacterial Colonization of Drinking Water: Implications for an Aging U.S. Water
Infrastructure.  International Meeting on Emerging Diseases and Surveillance (IMED)
2018, Vienna, Austria, November 9-12, 2018.

528.    Quiros RE, Bardossy AC, Espinoza A, Washington R, Angeleri P, Carneiro, M,

Marcus Zervos, M.D.
Curriculum Vitae

Castañeda Luquerna X, Cuellar Ponce De Leon L, Guerra A, Guerra S, Medina J, Munita J, Vega S, Zurita J, Prentiss T, Eascobar E, Zervos M. Grupo Projeto PROA.  Fatores associados com o nível de desenvolvimento dos programas para a gestão do uso de antimicrobianos em unidades de terapia intensiva adulto da América Latina.

529.    Hadid H, Bardossy AC, Misikir H, Perri MB, Zervos M and Herc E. Treatment and Outcomes of Daptomycin-Nonsusceptible Methicillin-Resistant *Staphylococcus aureus* Bloodstream Infections.  Michigan Infectious Diseases Society Conference, St Joseph Mercy Hospital, Ann Arbor, MI, March 16, 2019.

530.    Hadid H, Chaudhry Z, Perri M, Zervos M, Brar I. Increasing Incidence of Multidrug-Resistant Organisms (MDROs): An Emerging Global Concern. Michigan Infectious Diseases Society Conference, St Joseph Mercy Hospital, Ann Arbor, MI, March 16, 2019.

531.    Marusca G, Hadid H, Zervos M.  Actinomyces Israelii – A Rare Cause of Bacterial Peritonitis. Michigan Infectious Diseases Society Conference, St Joseph Mercy Hospital, Ann Arbor, MI, March 16, 2019.

532.    Altamimi S, Misikir H, Vahia A, Zervos M, Reyes K.  Hepatitis A: An Outbreak in Southeast Michigan.  SHEA Spring 2019 Conference, Boston, MA, Apr 24-26, 2019. SHEA Top Poster Abstract Award.

533.    Hadid H, Chaudhry Z, Perri M, Zervos M, Brar I. Increasing Incidence of Multidrug-Resistant Organisms (MDROs): An Emerging Global Concern. 26th Annual Medical Education Research Forum, Henry Ford Hospital, Detroit, MI, May 3, 2019.

534.    Bianchini M, Kenney R, Lentz R, Zervos M, Malhotra M, Davis S. Access Denied: Impact of Insurance Denials for High-Cost Outpatient Parenteral Antimicrobial Therapy. ID Week 2019, Washington, DC, October 2-6, 2019.

535.    Chuki P, Bianchini M.L, Tshering T, Sharma R, Yangzom P, Dema U, Kenney R, Maki G, Zervos  M. Impact of an Antimicrobial Stewardship Program on Carbapenem Susceptibility in a National Hospital in Bhutan. ID Week 2019, Washington, DC, October 2-6, 2019.

536.    Diekema D, Pfaller M, Shortridge D, Zervos M, Jones R. Twenty-Year Trends in Antimicrobial Susceptibilities Among Staphylococcus aureus From the SENTRY Antimicrobial Surveillance Program. ID Week 2019, Washington, DC, October 2-6, 2019.

75

Marcus Zervos, M.D.
Curriculum Vitae

537.	Gudipati S, Bajracjarua D, Jimee L, Maki G, Zervos M, Prentiss T, Kaljee L. Impact of Education and Antibiotic Guidelines on Dispensing Antibiotics with Community Pharmacists in a Low-and Middle-Income Country.  ID Week 2019, Washington, DC, October 2-6, 2019.

538.	Gudipati S, Perri M, Couto N, Herc E, Zervos M. Molecular Epidemiology of Daptomycin-Resistant Staphylococcus aureus Causing Bloodstream Infections. ID Week 2019, Washington, DC, October 2-6, 2019.

539.	Nauriyal V, Dhoj R, Raj Poudel S, Banstola L, Joshi A, Zervos M, Kaljee L, Prentiss T.  Antibiotic Stewardship in Burn and Chronic Wound Centers in Nepal.  ID Week 2019, Washington, DC, October 2-6, 2019.

540.	Simar S, Hanson B, Contreras G, Reyes K, Sahasrabhojane R, Misikir H, Liu C. Boi Y, Barberis F, Abbo L, Dinh A, Spencer M, Zervos M, Aitken S, Duin D, Shelburne S, Tran T, Munita J, Arias C, Spencer M. The Accessory Genome in Enterococcal Bacteremia: Results from the Vancomycin-Resistant Enterococcal Bactermia Outcomes Study (Venous) ID Week 2019, Washington, DC, October 2-6, 2019.

541.	Mudali G, Kilgore P, McElmurry S, Salim A, and Zervos M.  MD3 Trends in Legionnaires' disease-associated hospitalizations, United States, 2006-2010. APHA 2019 Annual Meeting and Expo, Philadelphia, PA, Nov 2-6, 2019.

542.	Misikir H, Mulugeta S, Shallal A, Zervos M. Meropenem-vaborbactam vs standard of care for multidrug resistant carbapenem-resistant Enterobacteriaceae.  Michigan Infectious Disease Society (MIDS), Michigan State University, East Lansing, MI, March 21, 2020.

543.	Shallal A, Trak J, Kamatham S, Farooqi S, Ali-Fehmi O, Ali-Fehmi Z, Zervos M, Ali-Fehmi R. Prevalence of Human Papillomavirus Infection and Cervical Intra-Epithelial Lesions in a Subset of Arab American Women in Southeast Michigan. Michigan Infectious Disease Society (MIDS), Michigan State University, East Lansing, MI, March 21, 2020.

544.	Tariq Z, Zervos M.  Epidemiology and Clinical Characteristics of Daptomycin Resistant Enterococcus.  Michigan Infectious Disease Society (MIDS), Michigan State University, East Lansing, MI, March 21, 2020.

545.	Gudipati S, Vahia A, Perri MB, Tibbetts R, Zervos M, Suleyman G.  Risk Factors Associated with Daptomycin Non-Susceptible *Staphylococcus aureus* Blood Stream Infections. 30th ECCMID, Paris, France, April 18-21, 2020.

Marcus Zervos, M.D.
Curriculum Vitae

546.    Maki G, Smith I, Paulin S, Kasambara W, Mlotha J, Chuki P, Rupali P, Singh DR, Bajracharya DC, Barrow L, Johnson E, Prentiss T, Kaljee L, Zervos M.  Feasibility studies of the WHO practical toolkit for antimicrobial stewardship programmes in healthcare facilities in low-and middle-income countries.  30th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID) 2020, Paris, France, April 18-21, 2020.

547.    Shallal A, Opara IN, Snell J, Drennan D, Vasquez E, Zervos M.   The Freedom Cares Initiative: A Novel Asset-Based Model for Refugee Health, Self-Advocacy, and Self-Determination.  2020 Pegasus Conference, Waterloo, Ontario, April 24-26, 2020.

548.    Shallal A, Trak J, Kamatham S, Farooqi S, Zervos M, Ali-Fehmi R. Prevalence of Human Papillomavirus Infection and Cervical Intra-Epithelial Lesions in a Subset of Arab American Women in Southeast Michigan.  27th Annual Medical Education Research Forum, Henry Ford Hospital, Detroit, MI, May 15, 2020.

549.    Gudipati S, Vahia A, Pahl N, Brar I, Suleyman G, Arshad S, Zervos M, Alangaden G.  Utilization of Blood Cultures, Risk factors and Outcomes of Bloodstream Infections in Patients Hospitalized with COVID-19.  ID Week 2020 Virtual Conference, October 21-25, 2020.

550.    Maki G, Bowser D, Shallal A, Prentiss T, Zervos M, Rehman NK.  Detroit's Response to COVID-19 in Homeless Shelters.  Oral Presentation. ID Week 2020 Virtual Conference, October 21-25, 2020.

551.    Maki G, Vahia A, Ramesh M, Arshad S, Chen A, Zervos M, Alangaden G.  Could Maturation Effect Contribute to In-Hospital Mortality Improvement During COVID-19 Pandemic?  Oral Presentation. ID Week 2020 Virtual Conference, October 21-25, 2020.

552.    Misikir H, Mulugeta S, Shallal A, Zervos M. Meropenem-vaborbactam vs standard of care for multidrug resistant carbapenem-resistant Enterobacteriaceae. ID Week 2020 Virtual Conference, October 21-25, 2020.

553.    Parraga T, Vahia A, Chaudhry Z, Gudipati S, Arshad S, Ramesh M, Zervos M, Alangaden G.  The simple and novel SAS score to predict mortality at presentation in 2541 hospitalized COVID-19 patients.  ID Week 2020 Virtual Conference, October 21-25, 2020.

554.    Sanchez JP, Contreras G, Tran TT, Simar S, Hanson B, Marx K, Zervos M, Reyes K, Munita JM, Shelburne SA, Arias CA, Aitken SL. Comparative Effectiveness of

Marcus Zervos, M.D.
Curriculum Vitae

Ampicillin in the Treatment *of Enterococcus faecalis* Bloodstream Infections in Patients With Cancer. ID Week 2020 Virtual Conference, October 21-25, 2020.

555.    Shallal A, Quan D, Wong L, Opara I, Zervos M.  Median Income is Associated with Need for Mechanical Ventilation in COVID-19.  Oral Presentation. ID Week 2020 Virtual Conference, October 21-25, 2020.

556.    Shallal A, Trak J, Kamatham S, Fehmi O, Farooqi S, Fehmi Z, Zervos M, Ali R. Prevalence of Human Papillomavirus Infection and Cervical Intra-Epithelial Lesions in A Subset of Arab American Women in Southeast Michigan.  ID Week 2020 Virtual Conference, October 21-25, 2020.

557.    Bloom A, Gupta AH, Romanowski LM, Suleyman G, Zervos M, Chaudhry Z, Kabbani LS.  Exposure on the frontline: Incidence of COVID-19 in healthcare personnel at a quaternary care center.  2021 Virtual Critical Care Congress, Jan 31-Feb 3, 2021.

## Completed Original Publications in Peer Reviewed Scientific Journals

1.  Zervos MJ, Schaberg DR.  Reversal of the in vitro susceptibility of enterococci to trimethoprim and sulfamethoxazole by folinic acid.  Antimicrob Agents Chemother. 1985;28:446-448.

2.  Crane LR, Levine DP, Zervos MJ, Cummings G.  Bacteremia in narcotic addicts in the Detroit Medical Center: epidemiology, risk factors and empiric therapy.  Rev of Infect Dis. 1986;8:364-374.

3.  Levine DP, Crane LR, Zervos MJ.  Infectious endocarditis and bacteremia in narcotic addicts in the Detroit Medical Center: a prospective comparative study.  Rev of Infect Dis. 1986;8:374-397.

4.  Schaberg DR, Zervos MJ.  Plasmid analysis in the study of the epidemiology of nosocomial gram-positive cocci.  Rev  of Infect Dis. 1986;8:705-712.

5.  Schaberg DR, Zervos MJ.  Nosocomial urinary tract infections.  Comprehens Therapy. 1986;12:8-11.

6.  Zervos MJ, Dembinski S, Mikesell TS, Schaberg DR.  High-level gentamicin resistance in *Streptococcus faecalis*:  risk factors and evidence for exogenous acquisition of infection.  J Infect Dis. 1986;153:1075-1083.

Marcus Zervos, M.D.
Curriculum Vitae

7.  Zervos MJ, Mikesell TS, Schaberg DR.  Heterogeneity of plasmids determining high-level resistance to gentamicin in clinical isolates of *Streptococcus faecalis*.  Antimicrob Agents Chemother. 1986;30:78-81.

8.  Schaberg DR, Zervos MJ.  Interspecies and intergeneric gene exchange in gram-positive cocci.  Antimicrob Agents Chemother. 1986;30:817-822.

9.  Zervos MJ, Kauffman CA, Therasse P, Bergman A, Mikesell TS, Schaberg DR.  Nosocomial infection caused by gentamicin resistant *Streptococcus faecalis*: an epidemiologic study.  Ann Intern Med. 1987;106:687-691.

10. Zervos MJ, Terpenning MS, Schaberg DR, Therasse PM, Medendorp SV, Kauffman CA.  High-level aminoglycoside resistant enterococci: colonization of nursing home and acute care hospital patients.  Arch Intern Med. 1987;147:1591-1594.

11. Zervos MJ, Patterson JE, Edberg S, Pierson C, Kauffman CA, Mikesell TS, Schaberg DR.  A single microdilution    well test for the detection of high-level gentamicin resistance in enterococci.  J Clin Microbiol. 1987;25:2443-2444.

12. Zervos MJ, Bacon A, Patterson JE, Schaberg DR, Kauffman CA.  Enterococcal superinfection in patients treated with ciprofloxacin.  J Antimicrob Chemother. 1988;21:113-115.

13. Patterson JE, Masecar B, Zervos MJ.  Characterization and comparison of two penicillinase-producing strains of *Streptococcus faecalis*.  Antimicrob Agents Chemother. 1988;32:122-123.

14. Terpenning MS, Zervos MJ, Schaberg DR, Kauffman CA.  Enterococcal Infection: an increasing problem in hospitalized patients.  Infect Contr Hosp Epidemiol. 1988;9:457-462.

15. Patterson T, Patterson JE, Masecar B, Hierholzer WJ, Jr., Zervos MJ.  A nosocomial outbreak of *Branhamella catarrhalis* in a geriatric unit.  J Infect Dis. 1988;157:996-1001.

16. Patterson JE, Grace C, Masecar B, Hierholzer WJ, Jr., Zervos MJ. Lyons R.  A nosocomial outbreak of *Haemophilus influenzae* Type B in a geriatric unit.  J Infect Dis. 1988;157:1002-1007.

17. Patterson JE, Masecar B, Kauffman CA, Schaberg DR, Hierholzer WJ, Jr., Zervos MJ.  Gentamicin resistance plasmids in enterococci from diverse geographic areas are heterogeneous.  J Infect Dis. 1988;158:212-216.

Marcus Zervos, M.D.
Curriculum Vitae

18. Patterson JE, Colodny S, Masecar B, Zervos MJ.  Serious infection due to beta-lactamase producing *Enterococcus faecalis* with high-level resistance to gentamicin.  J Infect Dis. 1988;1144-1145.

19. Terpenning MS, Zervos MJ, Schaberg DR, Kauffman CA.  Enterococcal infections: an increasing problem in the elderly.  J Infect Contrl. 1988;9:457-461.

20. Patterson JE, Zervos MJ.  In vitro characterization of beta-lactamase in *Enterococcus faecalis*. Antimicrob Agents Chemother. 1989;33:251-253.

21. Patterson JE, Patterson TF, Masecar B, Hierholzer WJ, Jr., Zervos MJ.  Restriction endonuclease analysis of chromosomal DNA as a typing system for *Branhamella catarrhalis.* J Clin Microbiol. 1989;27:944-946.

22. Patterson JE, Zervos MJ.  High-level gentamicin resistance in enterococci: epidemiology, microbiology and genetic basis.  Rev Infect Dis. 1990;12:644-652.

23. Lewis CM, Zervos MJ.  Clinical characteristics of enterococcal infection.  Eur J Clin Microbiol. 1990;9:111-117.

24. Patterson JE, Wanger A, Zscheck K, Zervos MJ, Murray BE.  Molecular epidemiology of beta-lactamase producing enterococci.  Antimicrob Agents Chemother. 1990;34:302-305.

25. Vazquez JA, Beckley A, Sobel JD, Zervos MJ.  Comparison of restriction enzyme analysis versus pulse field gradient gel electrophoresis as a typing system for *Candida albicans*.  J Clin Micro. 1991;29:962-967.

26. Murray BE, Singh KV, Markowitz SM, Lopardo HA, Patterson JE, Zervos MJ, Rubeglio E, Eliopoulos G, Rice LB, Goldstein FW, Caputo G, Nasnas R, Moore LS, Wong ES, Weinstock G.  Evidence for clonal spread of a single strain of beta-lactamase producing *Enterococcus faecalis* to five hospitals in four states.  J Infect Dis. 1991;163:780-785.

27. Staszkiewitz J, Lewis MA, Colville J, Zervos MJ, Band J.  An outbreak of *Brucella melitensis* among laboratory workers at a community hospital.  J Clin Micro. 1991;29:287-290.

28. Patterson TF, Andriole VT, Zervos MJ, Therasse D, Kauffman CA.  The epidemiology of Pseudallescheriasis complicating transplantation: nosocomial and community-acquired infection.  Mycoses. 1991;33:(6)297-302.

29. Patterson JE, Farrell P, Zervos MJ.  Time-kill kinetic studies of beta-lactamase producing *Enterococcus faecalis*.  Diag Microbiol and Infect Dis. 1991;14:495-499.

30. Patterson JE, Veccho J, Pantelick EL, Farrel P, Mazon D, Zervos MJ, Hierholzer WJ, Jr.

Marcus Zervos, M.D.
Curriculum Vitae

Transmission of *Acinetobacter calcoaceticus var anitratus* in an intensive care unit associated with contaminated gloves.  Am J Med. 1991;91:479-483.

31. Dembry LM, Zervos MJ.  Molecular biologic techniques: application to the clinical microbiology laboratory.  Lab Med. 1992;23:743-746.

32. Opal SM, LaForge R, Zervos MJ, Victor G, Boyce J.  Emergence and nosocomial transmission of ampicillin-resistant enterococci.  Antimicrob Agents Chemother. 1992;36:1032-1039.

33. Sanchez V, Vazquez JA, Barth-Jones D, Dembry L, Sobel JD, Zervos MJ.  Epidemiology of nosocomial acquisition of *Candida lusitaniae*. J Clin Micro. 1992;30:3005-3008.

34. Donabedian S, McCabe RE, Chirurgi VA, Goldberg R, Dickenson R, Boyce J, Markowitz S, Coudron P, Zervos MJ.  Molecular epidemiology of ampicillin-resistant non-beta-lactamase producing enterococci from diverse geographic areas.  J Clin Micro. 1992;30:2757-2761.

35. Thal LA, Vazquez JA, Perri MB, Beckley A, Donabedian S, Kaatz GW, Patterson JE, Zervos MJ.  Ampicillin plus sulbactam for therapy of experimental beta-lactamase producing enterococcal endocarditis.  J Antimicrob Chemother. 1993;31:182-185.

36. Perri MB, Thal LA, Chow JW, Zervos MJ.  Mobilization of the penicillinase gene in *Enterococcus faecalis*.  Antimicrob Agents Chemother. 1993;37:1187-1189.

37. Sanchez V, Vazquez JA, Barth-Jones D, Sobel JD, Zervos MJ.  Nosocomial acquisition of *Candida parapsilosis*: an  epidemiologic study.  Am J Med. 1993;94:577-582.

38. Sobel JD, Vazquez JA, Lynch M, Sc B, Meriwether C, Zervos MJ.  Vaginitis due to *Saccharomyces cerevisiae*: epidemiology, clinical aspects and therapy.  Clin Infect Dis. 1993;16:93-99.

39. Thal LA, Donabedian S, Perri MB, Patterson JE, Chow JW, Clewell DB, Zervos MJ.  Molecular characterization of *Enterococcus faecalis* with high-level gentamicin resistance that lack resistance to streptomycin.  Antimicrob Agents Chemother. 1993;37:134-137.

40. Vazquez JA, Sanchez V, Dmuchowski R, Dembry L, Sobel JD, Zervos MJ.  Epidemiology of nosocomial infection with *Candida albicans*.  J Infect Dis. 1993;168:195-201.

41. Vazquez JA, Perri MB, Thal LA, Donabedian SA, Zervos MJ.  Sparfloxacin and Clinafloxacin for therapy of experimental ampicillin resistant enterococcal endocarditis.  J Antimicrob Chemother. 1993;32:715-721.

Marcus Zervos, M.D.
Curriculum Vitae

42. Perri MB, Chow JW, Zervos MJ.  In vitro activity of sparfloxacin and clinafloxacin against multi-drug resistant enterococci.  Diagn Microbiol Infect Dis. 1993;17:151-155.

43. Chow JW, Kuritza A, Shlaes DM, Green M, Sahm DF, Zervos MJ.  Clonal spread of vancomycin-resistant *Enterococcus faecium* between patients in three hospitals in two states. J Clin Microbiol. 1993;31:1609-1611.

44. Vazquez JA, Beckley A, Donabedian S, Sobel JD, Zervos MJ.  Comparison of restriction enzyme analysis versus pulsed-field gradient gel electrophoresis as a typing system for *Torulopsis glabrata* and Candida species other than *C. albicans*.  J Clin Microbiol. 1993;31:2021-2030.

45. Dembry LM, Zervos MJ.  The use of molecular methods in the microbiology laboratory.  Lab Med. 1993;24:660-664.

46. Chow JW, Thal LA, Perri MB, Vazquez JA, Donabedian SM, Clewell DB, Zervos MJ. Plasmid-associated hemolysin and aggregation substance production contribute to virulence in experimental enterococcal endocarditis.  Antimicrob Agents Chemother. 1993;37:2472-2477.

47. Zervos MJ, Meunier F.  Fluconazole: a review.  Intern J Antimicrob Agents Chemother. Elsevier Science Publishers B.V. 1993;1-24.

48. Zervos MJ, Dembry L.  Enterococcus in surgical infections: virulence, epidemiology and resistance. Infect Dis in Clin Pract. 1994;3(suppl 1):514-520.

49. Zervos MJ, Meunier F.  Fluconazole in fungal infection: a review.  Infect Dis in Clin Pract. 1994;3:94-101.

50. Dembry LM, Vazquez JA, Zervos MJ.  DNA analysis in the study of the epidemiology of nosocomial candidiasis.  Infect Contrl and Hosp Epidemiol. 1994;15:48-53.

51. Thal LA, Chow JW, Clewell DB, Zervos MJ.  Tn924: a chromosome-borne transposon encoding high-level gentamicin resistance in *Enterococcus faecalis*.  Antimicrob Agents Chemother. 1994;38:1152-1156.

52. Boyce JM, Opal SM, Chow JW, Zervos MJ, Potter-Bynoe G, Sherman CB, Romulo RLC, Fortna S, Medeiros AA.  An outbreak of multi-drug resistant *Enterococcus faecium* with transferable vanB class vancomycin resistance.  J Clin Microbiol. 1994;32:1148-1153.

Marcus Zervos, M.D.
Curriculum Vitae

53. Williams D, Perri MB, Zervos MJ.  Randomized comparative trial with ampicillin/sulbactam versus cefamandole in the therapy of community acquired pneumonia.  Eur J Clin Infect Dis. 1994;13(4):1-6.

54. Vazquez JA, Sobel JD, Demitriou R, Vaishampayan J, Lynch M, Zervos MJ.  Karyotyping of *Candida albicans* isolates obtained longitudinally in women with recurrent vulvovaginal candidiasis.  J Infect Dis. 1994;170:1566-1569.

55. Mahayni R, Vazquez JA, Zervos MJ.  Nosocomial candidiasis: epidemiology and drug resistance.  Infect Agents and Dis. 1995;4:248-253.

56. Mahayni R, Zervos MJ.  The clinical laboratory role in hospital infection control.  Lab Med. 1994;25(10):642-647.

57. Thorisdottir AS, Carias LL, Marshall SH, Green M, Zervos MJ, Giorgia C, Mermel LA, Boyce JM, Medeiros AA, Fraimow H, Rice LB.  IS6770, an enterococcal insertion-like sequence useful for determining the clonal relationship of clinical enterococcal isolates.  J Infect Dis. 1994;170:1539-1548.

58. Guiboux JP, Cantor JB, Small SD, Zervos MJ, Herkowitz HN.  The effect of prophylactic antibiotics on iatrogenic intervertebral disc infections: a rabbit model.  Spine. 1995;20:684-688.

59. Donabedian SM, Chow JW, Shlaes D, Green M, Zervos MJ.  DNA probes and contour-clamped homogeneous electric field electrophoresis as a typing system for *Candida albicans.* Mycoses. 1995;38:29-36.

60. Healy SP, Zervos MJ.  Mechanisms of resistance of enterococci to antimicrobial agents. Revs. In Med Microbiol. 1995;6:70-76.

61. Vazquez JA, Lundstrom T, Dembry L, Chandrasekar P, Boikov D, Perri MB, Zervos MJ. Invasive *Candida guilliermondii* infection: case report, in vitro susceptibility studies, and molecular analysis.  Bone Marrow Transpln. 1995;16:849-853.

62. Green M, Barbadora K, Donabedian SM, Zervos MJ.  Comparison of field inversion gel electrophoresis with contour-clamped homogeneous electric field electrophoresis as a typing method for *Enterococcus faecium*.  J Clin Microbiol. 1995;33:1554-1557.

63. Boyce JM, Mermel LA, Zervos MJ, Rice LB, Potter-Bynoe G, Giorgio C, Medeiros AA. Controlling vancomycin-resistant enterococci.  Infect Contrl Hosp Epidemiol. 1995;16:634-637.

Marcus Zervos, M.D.
Curriculum Vitae

64. Thal LA, Chow JW, Mahayni R, Bonilla H, Perri MB, Donabedian SM, Silverman J, Taber S, Zervos MJ.  Characterization of antimicrobial resistance in enterococci of animal origin.  Antimicrob Agents Chemother. 1995;39:2112-2115

65. Dembry LM, Uzokwe K, Zervos MJ.  Control of endemic glycopeptide resistant enterococci Infect Contrl Hosp Epidemiol. 1996;17:286-292

66. Welton L, Zervos MJ.  Commentary: vancomycin-resistant enterococci.  Infect Dis Clin Pract. 1996;5:535-537.

67. Zervos MJ.  Vancomycin-resistant *Enterococcus faecium* infections in the ICU.  New Horizons. 1996;4(3):385-392.

68. Bonilla HF, Perri MB, Kauffman CA, Zervos MJ.  Comparative in vitro activity of quinupristin/dalfopristin against multidrug resistant *Enterococcus faecium*.  Diagn Microbiol Infect Dis. 1996;25:127-131.

69. Chow JW, Davidson A, Sanford E III, Zervos MJ.  Superinfection with *Enterococcus faecalis* bacteremia during quinupristin/dalfopristin therapy.  Clin Infect Dis. 1996;24:91-92.

70. Chow JW, Donabedian SM, Zervos MJ.  Emergence of increased resistance to quinupristin/dalfopristin during therapy for *Enterococcus faecium* bacteremia.  Clin Infect Dis. 1996;24:90-91.

71. Bonilla HF, Zervos MJ, Kauffman CA.  Long-term survival of vancomycin-resistant *Enterococcus faecium* on a contaminated surface.  Infect Contrl Hosp Epidemiol. 1996;17:770-772.

72. Lerner AM, Zervos MJ, Dworkin HJ, Chang CH, O'Neill W.  A unified theory of the cause of the chronic fatigue syndrome.  Infect Dis Clin Pract.  1997;6:239-243.

73. Bonilla HF, Zervos MJ, Lyons M, Bradley SF, Paul LK, Kauffman CA.  Colonization with vancomycin-resistant *Enterococcus faecium*: comparison of a long-term care unit with an acute care hospital.  Infect Contrl Hosp Epidemiol. 1997;18:333-339.

74. Chow JW, Zervos MJ, Thal LA, Donabedian SM, Lerner SA, Jaworski DD, Tsai S, Shaw KJ, Clewell DB.  A novel gentamicin resistance gene in Enterococcus.  Antimicrob Agents Chemother. 1997;41:511-514.

75. Lerner AM, Goldstein J, Chang CH, Zervos MJ, Fitzgerald JT, Dworkin HJ, Lawrie-Hoppen

84

Marcus Zervos, M.D.
Curriculum Vitae

C, Korotkin SM, Brodsky M, O'Neill W.  Cardiac involvement in patients with chronic fatigue syndrome as documented with holter and biopsy data in Birmingham, MI 1991-1993.  Infect Dis Clin Pract. 1997;6:327-333.

76. Lerner AM, Zervos MJ, Dworkin HJ, Chang CH, Fitzgerald JT, Goldstein J, Lawrie-Hoppen C, Franklin B, Korotkin SM, Brodsky M, Walsh D, O'Neill W.  New cardiomyopathy: pilot study of intravenous ganciclovir in a subset of the chronic fatigue syndrome.  Infect Dis Clin Pract. 1997;6:110-117.

77. Zervos MJ, Bostic G.  Exposure to Brucella in the laboratory.  The Lancet. 1997;349:651.

78. Thal LA, Silverman J, Donabedian SM, Zervos MJ.  The effect of Tn916 insertions on contour-clamped homogeneous electrophoresis patterns of *Enterococcus faecalis*.  J Clin Microbiol. 1997;35:969-972.

79. Porwancher R, Sheth A, Remphrey S, Taylor E, Hinkle C, Zervos MJ.  Epidemiologic study of hospital-acquired infection with vancomycin resistant *Enterococcus faecium*: possible transmission by an electronic ear probe thermometer.  Infect Contrl Hosp Epidemiol. 1997;18:771-773.

80. Zervos MJ, Skupien D, Dmuchowski C.  Metaanalysis of the efficacy and safety of ampicillin/sulbactam in the treatment of patients with bacterial infections of the lower respiratory tract.  Infect Dis Clin Pract. 1997;6:473-481.

81. Ionescu M, Zervos MJ.  Hospital-wide antimicrobial use and nosocomial enterococcal bacteremia.  Infect Dis Clin Pract. 1997;6:606-611.

82. Zervos MJ.  The emerging problem of vancomycin resistance in gram-positive infections.  Infect in Oncol. 1997;8:11.

83. Barie PS, Vogel SB, Dellinger EP, Rotstein OD, Solomkin JS, Yang JY, Baumgartner TF and the Cefepime Intra-abdominal Infection Study Group.  A randomized, double blind clinical trial comparing cefepime plus metronidazole with imipenem-cilastatin in the treatment of complicated intra-abdominal infections.  Arch Surg. 1997;132:1294-1302.

84. Chow JW, Sanford E, Davidson A, Zervos MJ.  Increased resistance of *Enterococcus faecium* after therapy with quinupristin/dalfopristin.  Clin Infect Dis. 1997;24:91-92.

85. Javellana E, Zervos MJ.  False-positive gen-probe direct amplification test in a patient with *Mycobacterium avium* complex infection.  Clin Infect Dis. 1998;26:225-226.

Marcus Zervos, M.D.
Curriculum Vitae

86. Vazquez JA, Dembry LM, Sanchez V, Vazquez MA, Sobel JD, Dmuchowski C, Zervos MJ. Nosocomial *Candida glabrata* colonization: an epidemiologic study.  J Clin Microbiol. 1998;36:421-426.

87. Zervos MJ, Nelson M. And the Cefepime Study Group.  Cefepime vs. ceftriaxone for empiric treatment of hospitalized patients with community acquired pneumonia.  Antimicrob Agents Chemother. 1998;42:729-733.

88. Lloyd S, Zervos MJ, Mahayni R, Lundstrom T.  Risks for enterococcal urinary tract infection and colonization in a rehabilitation facility. Amer J Infect Contrl. 1998;26:35-39.

89. Welton LA, Thal LA, Perri MB, Donabedian SM, McMahon J, Chow JW, Zervos MJ. Antimicrobial resistance in enterococci isolated from turkey flocks fed virginiamycin. Antimicrob Agents Chemother. 1998;42:705-708.

90. Silverman J, Thal LA, Perri MB, Bostic G, Zervos MJ.  Epidemiologic evaluation of antimicrobial resistance in community acquired enterococci. J Clin Microbiol.  1998;36:830-832.

91. Bostic GD, Perri MB, Thal LA, Zervos MJ.  Comparative in vitro and bactericidal activity of oxazolidinone antibiotics against multi-drug-resistant enterococci.  Diagn Microbiol Infect Dis. 1998;30:109-112.

92. Tsai SF, Zervos MJ, Clewell DB, Donabedian SM, Sahm DF, Chow JW.  A new high-level gentamicin resistance gene, aph(2")-Id, in Enterococcus spp.  Antimicrob Agents Chemother 1998;42:1229-1232.

93. Zervos MJ.  Treatment of polymicrobial intra-abdominal, pelvic, and diabetic foot infections. Comprehens Therap 1998;24:295-301.

94. VO HK, Zervos MJ.  Commentary: quinupristin/dalfopristin for therapy of serious gram-positive infection.  Infect Dis Clin Pract 1998;7:416-418.

95. Thal LA, Donabedian SM, Robinson-Dunn B, Chow JW,  Dembry L,  Clewell DB, Alshab D, Zervos MJ.  Molecular analysis of glycopeptide-resistant *Enterococcus faecium* isolates collected from Michigan hospitals over a 6-year period.  J Clin Microbiol 1998;36:3303-3308.

96. Zervos MJ.  Laboratory determination of antimicrobial resistance.  J Clin Ligand Assay 1998;21:225-227.

97. Aeschlimann JR, Zervos MJ, Rybak MJ.  Treatment of vancomycin-resistant Enterococcus

Marcus Zervos, M.D.
Curriculum Vitae

faecium with RP 59500 (quinupristin/dalfopristin) administered by intermittent or continuous infusion, alone or in combination with doxycycline, in an in vitro pharmacodynamic infection model with simulated endocardial vegetations.  Antimicrob Agents Chemother 1998;42:2710-2717.

98.  Chow JW, Donabedian SM, Clewell DB, Sahm DF, Zervos MJ.  In vitro susceptibility and molecular analysis of gentamicin-resistant enterococci.   Diagn Microbiol Infect Dis 1998;32:141-146.

99.  Brooks AK, Zervos MJ.  New antimicrobial agents for gram-positive infections. Cur Opin Infect Dis 1998;11:667-671.

100.  Nelson S, Belknap SM, Carlson RW, and the CAP Study Group.  A Randomized Controlled Trial of Filgrastim as an Adjunct to Antibiotics for Treatment of Hospitalized Patients with Community-Acquired Pneumonia.  J Infect Dis. 1998;178:1075-1080.

101.  Kariyama R, Kumon H, Chow L, Zervos MJ, Takata T, Tabata M, Chow JW.  In-vitro activity of the combination of ampicillin and arbekacin against high-level gentamicin-resistant enterococci.  J Antimicrob Chemother 1998;42:836-838.

102.  Brooks A, Ekleberry A, McMahon J, Begle R, Johnson M, Rizzo J, Zervos MJ.  Evaluation of clinical practice guidelines on outcome of infection in medical intensive care unit patients.  Infect Dis Clin Pract; February 1999;8:97-106.

103.  Price J, Ekleberry A, Melendy S, Baddam K, McMahon J, Villalba M, Grover, A, Johnson MJ, Zervos, MJ. Evaluation of clinical practice guidelines on outcome of infection in surgical intensive care unit patients.  Crit Care Med 1999;27(10)2118-2124.

104.  Revankar SG, Sutton DA, Sanche SE, Rao J, Zervos MJ, Dashti F, Rinaldi MG. *Metarrhizium anisopliae* as a cause of sinusitis in immunocompetent hosts. J Clin Micro 1999;37:195-198.

105.  Smith TL, Pearson ML, Wilcox KR, Cruz C, Lancaster MV, Robinson-Dunn B, Tenover FC, Arduino MJ, Zervos MJ, Miller JM, Band JD, Jarvis WR.  Emergence of vancomycin resistance in *Staphylococcus aureus*: epidemiology and clinical significance.   NEJM 1999;340:493-501.

106.  Thal LA, Zervos MJ.  Occurrence and epidemiology of resistance to virginiamycin and streptogramins.   J Antimicrob Chemo 1999;43:171-176.

107.  Tack KJ, Eiseman I, Zervos MJ.  Clinafloxacin in serious infections caused by multiply

Marcus Zervos, M.D.
Curriculum Vitae

resistant pathogens.  Drugs 1999;58:260-262.

108.  Nichols RL, Graham DR, Barriere SL, Rodgers A, Wilson SE, Zervos M, Dunn DL, Kreter B.  Treatment of hsopitalized patients with complicated gram-positive skin and skin structure infections: two randomized, multicenter studies of quiupristin/dalfopristin versus cefazolin, oxacillin or vancomycin.  Synercid Skin and Skin Structure Infection Group.  J Antimicrob Chemother.  1999 Aug;44(2):263-73.  Erratum in J Antimicrob Chemother 1999 Oct;44(4):585.

109.  Silverman J, Vazquez JA, Sobel JD, Zervos MJ.  Comparative invitro activity of antiseptics and disinfectants versus clinical isolates of *Candida* species.  Infect Control Hosp Epidemiol.  1999 Oct;20(10):676-84.

110.  Zervos M, Rybak M.  Quinupristin/Dalfopristin:  A new therapeutic Option for Serious Hospital-Acquired Infections.  Pharm & Therapeutics, 1999 Nov:24(11):557-66.

111.  Sobel JD, Kauffman CA, McKinsey D, Zervos MJ, Vazquez JA, Karchmer AW, Lee J, Thomas C, Panzer H, Dismukes WE and the Mycoses Study Group NIAD.  Candiduria – a randomized, double blind study of treatment with fluconazole and placebo.  Clin Infect Dis, 2000;30:19-24.

112.  Sowirka OJ, Carron A, Perri M, Zervos MJ, Hyde K, Maddens M.  Prevalence of *Staphylococcus aureus* carriage among asymptomatic nursing home personnel.  JAMDA, MS#99-027 2000,

113.  Sowirka OJ, Hyde K, Zervos MJ, Maddens M, Unsworth M.  Can herd immunity effect compensate for impaired influenza vaccine efficacy due to antigenic shifts in virus strains.  JAMDA, MS#99-049 2000

114.  Brooks A, Zervos MJ.  Assessment of the health risk to humans of antimicrobial use in animals. Current Infect Dis Rep, 2000;1(5).

115.  You I, Kariyama R, Zervos MJ, Kumon H, Chow JW.  In vitro activity of arbekacin alone and in combination with vancomycin against gentamicin and methicillin resistant *Staphylococcus aureus*.  J Antimicrob Chemother 2000;36:37-41.

116.  Donabedian S, Hershberger E, Thal LA, Chow JW, Clewell DB, Robinson-Dunn B, Zervos MJ. PCR fragment length for polymorphism analysis of vancomycin resistant *Enterococcus faecium*.  J Clin Micro 2000;38:2885-2888.

117.  Kak V, Donabedian SM, Zervos MJ, Kariyama R, Kumon H, Chow JW.  Efficacy of

88

Marcus Zervos, M.D.
Curriculum Vitae

ampicillin plus arbekacin in experimental rabbit endocarditis caused by an *Enterococcus faecalis* strain with high-level gentamicin resistance.  Antimicrob Agents Chemother 2000;44:2545-2546.

118.  Kak V, You I, Zervos MJ, Kariyama R, Kumon H, Chow JW.  In-vitro synergistic activity of the combination of ampicillin and arbekacin against vancomycin and high-level gentamicin-resistant *Enterococcus faecium* with the aph(2")-Id gene.  Diag Micro Infect Dis 2000;37:297-299.

119.  Kao SJ, You I, Clewell DB, Donabedian SM, Zervos MJ, Petrin J, Shaw KJ, Chow JW.  Detection of the high-level aminoglycoside resistance gene aph(2")-Ib in *Enterococcus faecium*.  Antimicrob Agents Chemother 2000;44:2876-2879.

120.  Snyder JW, Benzing KS, Munier GK, Bostic GD, Bozigar PS, Hanna R, Zervos MJ.  Clinical comparison of nonvented aerobic bacT/alert blood culture bottle and standard aerobic bottle for detection of microorganisms in blood.  J Clin Micro 2000;38:3864-3866.

121.  Hershberger E, Coyle EA, Kaatz GW, Zervos MJ, Rybak MJ.  Comparison of a rebbit model of bacterial endocarditis and an invitro infection model with simulated endocardial vegetations.  Antimicrob Agents Chemother.  2000 Jul;44(7):1921-4.

122.  Sowirka O, Carron A, Perri M, Zervos M, Hyde K, Maddens M.  Prevalence of *Staphylococcus aureus* carriage among asymptomatic nursing home personnel:  a pilot study.  J Am Med Dir Assoc.  2000 Jul-Aug;1(4):159-63.

123.  Vergis EN, Hayden MK, Chow JW, Snydman DR, Zervos MJ, Linden PK, Wagener MM, Schmitt B, Muder RR.  Determinants of vancomycin resistance and mortality rates in enterococcal bacteremia, a prospective multicenter study.  Ann Intern Med 2001 Oct 2;135(7):484-92.

124.  Alam MR, Donabedian S, Brown W, Gordon J, Chow JW, Zervos MJ, Hershberger E.  Heteroresistance to Vancomycin in *Enterococcus faecium*.  J Clin Microbiol 2001 Sep;39(9):3379-81.

125.  Sobel JD, Kapernick PS, Zervos MJ, Reed BD, Hooton T, Soper D, Nyirjesy P, Heine MW, Williams J, Panzer H, Wittes H.  Treatment of complicated Candida vaginitis: comparison of single and sequential doses of fluconazole Am J Obstet Gynecol 2001 Aug;185(2):363-9.

126.  McNeil SA, Nordstrom-Lerner L, Malani PN, Zervos MJ, Kauffman CA.  Outbreak of sternal surgical site infections due to *Pseudomonas aeruginosa* traced to a scrub nurse with onychomycosis.  Clin Infect Dis 2001 Aug 1;33(3):317-23.

Marcus Zervos, M.D.
Curriculum Vitae

127.  Lerner AM, Zervos MJ, Chang CH, Beqaj S, Goldstein J, O'Neill W, Dworkin H, Fitzgerald T, Deeter RG.  A small, randomized, placebo-controlled trial of the use of antiviral therapy for patients with chronic fatigue syndrome. Clin Infect Dis 2001 Jun 1;32(11):1657-8.

128.  Chandra HR, Choudhary N, O'Neill C, Zervos M, Kroetsch A, Phillip M, Luzon L, Colar J, Boura J, Timmis GC, O'Neill WW. Chlamydia Pneumoniae and Inflammatory Markers in Acute Coronary Syndrome. Am J. Cardiol 2001;88(3):214-8.

129.  Zervos  MJ,  Jenkins S, Nusrat R.  Telithromycin is effective in the treatment of patients with acute exacerbations of chronic bronchitis and risk factors for morbidity.  Europ Respiratory J  2002;Vol 20 Supp 38. p. 3378.

130.  Zervos MJ,  Jenkins S, Nusrat R.  Telithromycin is as effective as comparator antibacterials in the treatment of lower respiratory tract infections.  Europ Respiratory J 2002;Vol 20 Supp 38. p. 3486.

131.  Attassi K, Zervos MJ, Hershberger E.  Thrombocytopenia associated with linezolid therapy. Clin Infect Dis.  2002;34:695-8.

132.  Malani PN, Thal La, Donabedian SM, Robinson-Dunn B, Kauffman CA, Chow JW, Hershberger E, Zervos MJ.  Molecular analysis of vancomycin resistant *Enterococcus faecalis* from Michigan hospitals during a 10-year period.  J Antimicrob Chemother. 2002;49:841-43.

133.  Perri MB, Hershberger E, Ionescu M, Lauter C, Zervos MJ.  In vitro susceptibility of vancomycin-resistant enterococci (VRE) to fosfomycin.  Diag Microbio Infect Dis 2002 Jan;42:269-271.

134.  Lerner AM,  Beqaj SH,  Deeter RG,  Dworkin HJ,  Zervos MJ, Chang CH,  Fitzgerald JT, Goldstein JA,  O'Neill W. A Six-Month Trial of Valacyclovir in the Epstein-Barr virus Subset of Chronic Fatigue Syndrome:  Improvement in Left Ventricular Function.  Drugs of Today 2002, 38 (8): 549-561.

135.  Simjee S, White DG, McDermott PF, Wagner DD, Zervos MJ, Donabedian SM, English LL, Hayes JR, Walker RD.   Characterization of Tn1546 in vancomycin-resistant *Enterococcus faecium* isolated from canine urinary tract infections:  evidence of gene exchange between humany and animal enterococci.  J Clin Microbiol. 2002;40:4659-65.

136.  Alam MR, Hershberger E, Zervos MJ.  The role of fluoroquinolones in the treatment of skin and soft tissue infection.  Curr Infect Dis Rep. 2002;4:426-432.

Marcus Zervos, M.D.
Curriculum Vitae

137. Vergis EN, Shankar N, Chow JW, Hayden MK, Snydman DR, Zervos MJ, Linden PK, Wagener MM, Muder RR.  Association between the presence of enterococcal virulence factors gelatinase, hemolysin, and enterococcal surface protein and mortality among patients with bacteremia due to *Enterococcus faecalis*.  Clin Infect Disease, 2002; 35:570-575.

138. Rex JH, Pappas PG, Karchmer AW, Sobel J, Edwards JE, Hadley S, Brass C, Vazquez JA, Chapman SW, Horowitz HW, Zervos M, McKinsey D, Lee J, Babinchak T, Bradsher RW, Cleary JD, Cohen DM, Danziger L, Goldman M, Goodman J, Hilton E, Hyslop NE, Kett DH, Lutz J, Rubin RH, Scheld WM, Schuster M, Simmons B, Stein DK, Washburn RG, Mautner L, Chu TC, Panzer H, Rosenstein RB, Booth J, et al. A randomized and blinded multicenter trial of high-dose fluconazole plus placebo vs. fluconazole plus amphotericin B as therapy of candidemia and its consequences in non-neutropenic subjects.  Clin Infect Dis. 2003;36(10):1221-8.

139. Zaidi N, Konstantinou K, Zervos M.  The role of molecular biology and nucleic Acid technology in the study of human infection and epidemiology.  Arch Pathol Lab Med.  2003 Sep:127(9):1098-105.

140. Vakulenko SB, Donabedian SM.  Voskrensenskiy AM, Zervos MJ, Lerner SA, Chow JW. Multiplex PCR for + resistance genes in enterococci.  Antimicrobial Agents & Chemother 2003;47:1423-26.

141. Sobel JD, Zervos MJ, Reed BD, Hooton T, Soper D, Nyirjesy P, Heine MW, Willems J, Panzer H.  Fluconazole susceptibility of vaginal isolates obtained from women with complicated Candida vaginitis:  Clinical implications.  Antimicrobial Agents & Chemother. 2003;47:34-38.

142. Donabedian SM, Thal LA, Hershberger E, Perri MB, Chow JW, Bartlett P, Jones R, Joyce K, Rossiter S, Gay K, Johnson J, MacKinson C, Debess E, Madden J, Angulo F, Zervos MJ.  Molecular characterization of gentamicin-resistant enterococci in the United States:  Evidence of spread from animals to humans through food.  J Clin Microbiology 2003;41:1109-1113.

143. Zervos MJ, Hayder AM, Leroy B.  Oral telithromycin 800 mg once daily for 5 days versus cefuroxime axetil 500 mg twice daily for 10 days in adults with acute exacerbations of chronic bronchitis.  J of International Med Res. 2003;31:157-169.

144. Murdoch DR, Mirrett S, Harrell LJ, Donabedian SM, Zervos MJ, Reller LB. Comparison of microscan broth microdilution, synergy quad plate agar dilution, and disk diffusion screening methods for detection of high-level aminoglycoside resistance in

Marcus Zervos, M.D.
Curriculum Vitae

*Enterococcus* species.  J Clin Microbiol 2003;41:2703-2705.

145. Donabedian S, Thal LA, Bozigar P, Zervos T, Hershberger E, Zervos MJ.  Antimicrobial resistance in swine and chickens fed virginiamycin for growth promotion.  J Microbiol Methods.  2003 Dec;55(3):739-43

146. Zervos MJ, Hershberger E, Nicolau DP, Ritchie DJ, Blackner LK, Coyle EA, Donnelly AJ, Eckel SF, Eng RH, Hiltz A, Kuyumjian AG, Drebs W, McDaniel A, Hogan P, Lubowski TJ.  Relationship between fluoroquinolone use and changes in susceptibility to fluoroquinolones of selected pathogens in 10 United States teaching hospitals, 1991-2000. Clin Infect Dis.  2003 Dec 15:37(12):1643-8.

147. Daikos GL, Bamias G, Kattamis C, Zervos MJ, Chow JW, Christakis G, Petrikkos G, Triantafyllopoulou P, Alexandrou H, Syriopoulou V.  Structures, locations, and transfer frequencies of genetic elements conferring high-level gentamicin resistance in *Enterococcus faecalis* isolates in Greece.  Antimicrob Agents Chemother.  2003 Dec;47(12):3950-3.

148. Flannagan SE, Chow JW, Donabedian SM, Brown WJ, Perri MB, Zervos MJ, Ozawa Y, Clewell DB.  Plasmid content of a vancomycin-resistant *Enterococcus faecalis* isolate from a patient also colonized by *Staphylococcus aureus* with a VanA phenotype. Antimicrob Agents Chemother.  2003 Dec;47(12):3954-9.

149. Hershberger E, Donabedian S, Konstantinou K, Zervos MJ.  Quinupristin-dalfopristin resistance in gram-positive bacteria: mechanism of resistance and epidemiology.  Clin Infect Dis.  2004 Jan 1;38 (1);92-8.

150. LaBan MM, Sing J, Moll V Zervos MJ.  Pertinacious habit on a rehabilitation unit: repititive finger licking while paging through the clinical chart.  Am J Phys Med Rehabil. 2004 Jan;83(1):75-79.

151. Konstantinou K, Baddam K, Lanka A, Reddy K, Zervos M.  Cefepime versus ceftazidime for treatment of pneumonia.  J Int Med Res.  2004 Jan-Feb; 32(1):84-93.

152. Oprea SF, Zaidi N, Donabedian SM, Balasubramaniam M, Hershberger E, Zervos MJ. Molecular and clinical epidemiology of vancomycin-resistant *Enterococcus faecalis*.  J Antimicrob Cemother.  2004;53:626-30.

153. LeBan MM, Moll V, Zervos MJ  Regarding a lick of a slip: a caution and reprise. Am J Phys Med Rehab 2004;83:400.

154. Spiers KM, Zervos MJ Telithromycin  Expert Rev Anti Infect Dis 2004;2:685-93.

92

Marcus Zervos, M.D.
Curriculum Vitae

155. Zervos MJ, Mandell LA, Vrooman PS, Andrews CP, McIvor A, Abdulla RH, DeCaprariis PJ, Knirsch CA, Amsden GW, Niederman MS, Lode H. Comparative efficacies and tolerabilities of intravenous azithromycin plus ceftriaxone and intravenous levofloxacin with step-down oral therapy for hospitalized patients with moderate to severe community-acquired pneumonia  Treat Resp Med 2004;3:329-36.

156. Hershberger E, Oprea S, Donabedian S, Perri M, Bozigar P, Bartlett P, Zervos MJ. Epidemiology of antimicrobial resistance in enterococci of animal origin.   J Antimicrob Chemo 2005;55;127-30 .

157. Huang, V and M Zervos. Methicillin-resistant *Staphylococcus aureus* in the community. Infect Dis Clin Pract 2005;13:93-95.

158. Zervos, M, JD Breen, DM Jorgensen, JM Goodrich.  Novel, single-dose microsphere formulation of azithromycin versus levofloxacin for the treatment of acute exacerbation of chronic bronchitis.  Infect Dis Clin Pract 2005;13:11-7.

159. Gerasymchuk, L, M Zervos, and C Carpenter.  Community-onset MRSA necrotizing bronchopneumonia in a patient with diabetic ketoacidosis.  Infect Dis Clin Pract 2005;13:330-31.

160. Zervos MJ. Application of molecular techniques to the study of hospital epidemiology. Annals of Clinical and Laboratory Science 2005:35:213.

161. Hershberger E, Oprea SF, Zervos MJ, Hayden MK, Syndman DR, Rihs JD, and Muder RR.  Multicenter evaluation of the in vitro susceptibility of staphylococci to vancomycin. Infect Dis Clin Pract 2006;14:89-92.

162. Andrea A, Zervos MJ.  The application of molecular techniques to study of hospital infection.  Arch Pathol Lab Med 2006;130:662-8.

163. Singh A, Goering RV, Simjee S, Foley SL, and Zervos MJ.  Application of molecular techniques to the study of hospital infection.  Clin Microbiol Rev 2006;19:512-30.

164. Fowler VG Jr, Boucher HW, Corey GR, Abrutyn E, Karchmer AW, Rupp ME, Levine DP, Chambers HF, Tally FP, Vigliani GA, Cabell CH, Link AS, DeMeyer I, Filler SG, Zervos M, et al.,  Daptomycin versus standard therapy for bacteremia and endocarditis caused by *Staphylococcus aureus*.  N Engl J Med 2006;335:653-65.

165. Simjee S, Zhang Y, McDermott PF, Donabedian S, Zervos MJ, Meng J.  Heterogeneity of

Marcus Zervos, M.D.
Curriculum Vitae

vat(E)-carrying plasmids in *Enterococcus faecium* recovered from human and animal sources. Int J Antimicrob Agents 2006;28:200-5.

166. Donabedian SM, Perri MB, Vager D, Hershberger E, Malani P, Simjee S, Chow J, Vergis EN, Muder RR, Gay K, Angulo FJ, Bartlett P, and Zervos MJ.  Quinupristin-dalfopristin resistance in *Enterococcus faecium* isolates from humans, farm animals, and grocery store meat in the United States.  J Clin Microbiol 2006;44:3361-5.

167. Huang V, Haque N, Jinson J, Shah P, Winegardner J, and Zervos MJ**.**  Evaluation of a formulary change on outcome of infection and antimicrobial resistance in a medical intensive care unit.   Infect Dis Clin Pract 2006;14:360-364.

168. Cappelletty DM and Zervos M.  Levofloxacin use in the elderly: focus on pneumonia. Aging Health 2006;2:371-382.

169. Chen AY, Zervos MJ, Vazquez JA.  Dalbavancin: a novel antimicrobial. Int J Clin Pract 2007;61:853-63. Epub 2007 Mar 16.

170. Zervos M, Martinez FJ, Amsden GW, Rothermel CD, Treadway G.  Efficacy and safety of 3-day azithromycin versus 5-day moxifloxacin for the treatment of acute bacterial exacerbations of chronic bronchitis.  Int J Antimicrob Agents 2007;29:56-61.

171. Batke M, Zervos M, Robinson-Dunn B, Silverman A.  *Clostridium difficile* is the most common cause of infectious colitis.  Infect Dis Clin Pract 2007;15:49-53.

172. Davis SL, Perri MB, Donabedian SM, Manierski C, Singh A, Vager D, Haque NZ, Speirs K, Muder RR, Robinson-Dunn B, Hayder MK, and Zervos MJ.  Epidemiology and outcomes of community-associated methicillin-resistant *Staphylococcus aureus* infection.   J Clin Microbiol 2007;45:1705-1711.

173. Haque NZ, Davis SL, Manierski CL, Vager D, Donabedian SM, Perri MB,  Sabbagh R, Cheema F, Zervos MJ. Infective endocarditis caused by USA300 methicillin-resistant *Staphylococcus aureus* (MRSA).  Int J Antimicrob Agents 2007;30:72-77.

174. Stout JE, Muder RR, Mietzner S, Wagener MM, Perri MB, DeRoos K, Goodrich D, Arnold W, Williamson T, Ruark O, Treadway C, Eckstein EC, Marshall D, Rafferty ME, Sarro K, Page J, Jenkins R, Oda G, Shimoda KJ, Zervos MJ, Bittner M, Camhi SL, Panwalker AP, Donskey CJ, Nguyen MH, Holodniy M, Yu VL; Legionella Study Group. Role of environmental surveillance in determining the risk of hospital-acquired legionellosis: a national surveillance study with clinical correlations.  Infect Control Hosp Epidemiol 2007;28:818-24. Epub 2007 Jun 5.

Marcus Zervos, M.D.
Curriculum Vitae

175. Kutty PK, Moody B, Gullion J, Zervos M, Ajluni M, Washburn R, Sanderson R, Kainer MA, Powell TA, Clarke CF, Powell RJ, Peterson A, LiPuma JJ, Jensen B, Noble-Wang J, Arduino MJ, McDonald LC.  Multi-state outbreak of *Burkholderia cenocepacia* colonization and infection associated with the use of intrinsically contaminated alcohol-free mouthwash.  Chest. 2007 Dec;132(6):1825-31. Epub 2007 Oct 9.

176. Rose WE, Leonard SN, Sakoulas G,Kaatz GW, Zervos MJ, Sheth A, Carpenter CF Rybak MJ. Daptomycin Activity against *Staphylococcus aureus* following Vancomycin Exposure in an In Vitro Pharmacodynamic Model with Simulated Endocardial Vegetations. Antimicrob Agents Chemother 2008;52:831-6 [Epub 2007 Nov 12].

177. Billeter M, Zervos MJ, Chen AY, Dalovisio, JR, Kurukularatne C. Dalbavancin: A Novel Once-Weekly Lipoglycopeptide Antibiotic. Clin Infect Dis. 2008 Feb 15;46(4):577-83.

178. Jovanovic M, Stevanovic G, Tosic T, Stosovic B and Zervos MJ.  Case Report: *Streptococcus equi* subsp. *zooepidemicus* meningitis.  J Med Microb 2008;57:373-5.

179. Mody L, Donabedian S, Kaufman C, Zervos M, Bradley S.  Epidemiology of *Staphylococcus aureus* colonization in nursing home residents.  Clin Infect Dis. 2008;46:1368-73.

180. Chua T, Moore CL, Perri MB, Donabedian SM, Masch W, Vager D, Davis SL, Lulek K, Zimnicki B, Zervos MJ.  Molecular epidemiology of methicillin-resistant *Staphylococcus aureus* bloodstream isolates in urban Detroit.   J Clin Microbiol 2008;46:2345-52 [Epub 2008 May 28].

181. Medado, P. B., S. Anderson, D. Robinson, S. R. Kass, M. J. Zervos, N. Haque and B. J. O'Neil.  The effect of timing and choice of antibiotic on mortality and length of stay in nursing home-acquired pneumonia. Ann Emerg Med 2008;52(4): S137.

182. Robinson, D., P. Medado, S. Anderson, N. Haque, M. J. Zervos and B. J. O'Neil.  Early predictors of mortality and length of stay in emergency department nursing home-acquired pneumonia.  Ann Emerg Med 2008;52(4): S138.

183. Kass-Shamoun R, S. Anderson, D. Robinson, P. Medado, N. Haque, M. J. Zervos and B. J. O'Neil.  Nursing home-acquired pneumonia: Demographics, outcomes and antibiotic usage. Ann Emerg Med 2008;52(4):S155-6.

Marcus Zervos, M.D.
Curriculum Vitae

184. Zervos M.  Treatment options for uncomplicated community-acquired skin and soft tissue infections caused by methicillin-resistant Staphylococcus aureus: oral antimicrobial agents.(Clinical report).  Surgical Infections 2008;9(s1):s29-s34.

185. Hanady Daas, Fadi Abuhmaid, and Marcus Zervos.  Successful treatment of *Candida parapsilosis* and *Pseudomonas aeruginosa* infection using medical and surgical management in an injecting drug user with mitral and aortic valve endocarditis: a case report.  J Med Case Reports 2009;3:6598. PMID: 19830113.

186. Edelsberg J, Taneja C, Zervos M, Haque N, Moore C, Reyes K, Spalding J, Jiang J, Oster G.  Trends in US Hospital Admissions for Skin and Soft Tissue Infections.  Emerg Infect Dis 2009;15:1516-18. PMID: 19788830.

187. Vasquez GA, Siu HR, Luna EM, Reyes, KC, and Zervos MJ.  Risk factors for quinolone-resistant *Escherichia coli* urinary tract infection.  Infect Dis Clin Pract 2009;17: 309-313.

188. Moore CL, Hingwe A, Donabedina SM, Perri MB, Davis SL, Haque NZ, Reyes K, Vager D, and Zervos MJ.  Comparative evaluation of epidemiology and outcomes of methicillin-resistant *Staphylococcus aureus* (MRSA) USA300 infections causing community- and healthcare-associated infections.  Int J Antimicrob Agents 2009; 34(2):148-155.  PMID: 19394801.

189. Johnson, L. E., K. Reyes and M. J. Zervos. Resources for Infection Prevention and Control on the World Wide Web.  Clin Infect Dis 2009;48(11):1585-1595. PMID: 19388871.

190.  Mirsaeidi M, Peyrani P, Ramirez JA; Improving Medicine through Pathway Assessment of Critical Therapy of Hospital-Acquired Pneumonia (IMPACT-HAP) Investigators. Predicting mortality in patients with ventilator-associated pneumonia: the APACHE II score vs the new IBMP-10 score Clin Infect Dis. 2009 Jul 1;49(1):72-7. PMID: 19480582.

191. Martinez-Capolino C, Reyes K, Johnson L, Sullivan J, Samuel L, DiGiovine B, Eichenhorn M, Horst HM, Varelas P, Mickey MA, Washburn R, Zervos M.   Impact of active surveillance of methicillin-resistant *Staphylococcus aureus*  transmission and hospital resource utilization.  J Hosp Infect 2010 74:232-237.

192. Reyes K, Malik R, Moore C, Donabedian S, Perri M, Johnson L and Zervos M. Evaluation of risk factors for co-infection or co-colonization with vancomycin-resistant *Enterococcus* and methicillin-resistant *Staphylococcus aureus*.  J Clin Microbiol 2010;48(2):628-30. [EPub 2009 Dec 9]. PMID: 20007403.

Marcus Zervos, M.D.
Curriculum Vitae

193. Aguilar J, Urday-Cornejo V, Donabedian S, Perri M, Tibbetts R, Zervos M. *Staphylococcus aureus* Meningitis Case Series and Literature Review.  Medicine 2010;89:117-125.  PMID: 20517182.

194. Jovanović M, Pelemis M, Pavlović M, Stosović B, Tosić T, Milosević I, Reyes K, Zervos M. Recidivant endocarditis: report of two cases. J Heart Valve Dis. 2010 Jul;19(4):540-1.

195. Yifan Zhang, Xiaogang Wang, Jeffrey T. LeJeune, Marcus Zervos, and Kanika Bhargava.  Comparison of Phenotypic Methods in Predicting Methicillin Resistance in Coagulase-negative *Staphylococcus* (CoNS) from Animals**.**  Res Vet Sci. 2011 Feb;90(1):23-5. .

196. Haque N, Taneja C, Oster G, Zervos M, Zilber S, Osaki Kyan P, Reyes KC, Moore C, Kothari S, Spalding J, Shorr AF.  Epidemiology of Community-Acquired and Health Care-Associated *Staphylococcus aureus* pneumonia.  Infect Dis Clin Pract 2010;18:170-176.

197. Moore CL, Osaki-Kiyan P, Perri MB, Donabedian S, Haque NZ, Chen A and Zervos MJ.  USA600 (ST45) Methicillin-Resistant *Staphylococcus aureus* Bloodstream Infections in Urban Detroit.  J Clin Microbiol 2010;48: 2307-2310. [Epub 2010 March 24]. PMID: 20335422.

198.        Haque NZ, Zuniga Cahuayme L, Peyrani P, Reyes K, Lamerato L, Moore CL, Patel S, Allen M, Peterson E, Wiemken T, Cano E, Mangino JE, Kett DH, Ramirez JA, Zervos ML . Relationship of Vancomycin MIC to Mortality in Patients with Methicillin-Resistant *Staphylococcus aureus* Hospital-Acquired, Ventilator-Associated and Healthcare-Associated Pneumonia.  Chest 2010 210:138;1356-62. [Epub Jun 17]. PMID: 20558550.

199. Lichtenberger P, Miskin In, Dickinson G, Schwaber MJ, Ankol Oe, Zervos M, Campo RE, Doblecki-Lewis S, Déry MA, Munoz-Price S.  Infection Control in Field Hospitals after a Natural Disaster:  Lessons Learned after the 2010 Earthquake in Haiti. Infect Control Hosp Epidemiol 2010;31:951-957.  PMID: 20645864.

200. Zhu W, Murray PR, Huskins WC, Jernigan JA, McDonald LC, Clark NC, Anderson KF, McDougal LK, Hageman JC, Olsen-Rasmussen M, Frace M, Alangadan GJ, Chenoweth C, Zervos MJ, et al.  Dissemination of an Enterococcus Inc18-Like vanA Plasmid, Associated with Vancomycin-Resistant *Staphylococcus aureus*. Antimicrob Agents Chemother. 2010 Oct;54(10):4314-20.  PMID: 20660665

Marcus Zervos, M.D.
Curriculum Vitae

201. Shorr AF, Haque N, Taneja C, Zervos M, Lamerator L, Kothari S, Zilber S, Donabedian S, Perri MB, Spalding J, and Oster G.  Clinical and Economic Outcomes for Patients with Health Care-Associated *Staphylococcus aureus* Pneumonia. J Clin Microbiol. 2010 Sep;48(9):3258-62. PMID: 20631118.

202.      Taneja C, Haque N, Oster G, Shorr AF, Zilber S, Kyan PO, Reyes KC, Moore C, Spalding J, Kothari S, Zervos M. Clinical and economic outcomes in patients with community-acquired *Staphylococcus aureus* pneumonia. J Hosp Med. 2010 Nov-Dec;5(9):528-34.  PMID: 20734457.

203. Donabedian SM, Perri MB, Abdujamilova N, Gordoncillo MJ, Naqvi A, Reyes KC, Zervos MJ, Bartlett P. Characterization of vancomycin-resistant *Enterococcus faecium* isolated from swine in three Michigan counties. J Clin Microbiol. 2010 Nov;48(11):4156-60. [Epub 2010 Aug 25].  PMID: 20739498.

204. Krueger AL, Folster J, Medalla F, Joyce K, Perri MB, Johnson L, Zervos M, Whichard JM, Barzilay EJ. Commensal *Escherichia coli* Isolate Resistant to Eight Classes of Antimicrobial Agents in the United States. Foodborne Pathog Dis. 2011 Feb;8(2):329-32. [Epub 2010 Oct 25].  PMID: 20973731.

205. Zhang Y, Wang X, LeJeune JT, Zervos M, Bhargava K.  Comparison of Phenotypic Methods in Predicting Methicillin Resistance in Coagulase-Negative Staphylococcus (CoNS) from Animals.  Res Vet Sci. 2011 Feb;90(1):23-5. [Epub 2010 Jun 9].  PMID: 20538309.

206. Baxa D, Shetron-Rama L, Golembieski M, Golembieski M, Jain S, Gordon M, Zervos M.  In vitro Evaluation of a Novel Process for Reduction of Bacterial Contamination of Environmental Surfaces. Am J Infect Control. 2011 Aug;39(6):483-7. [Epub 2011 May 26]. PMID: 21616563.

207. Jovanovic M, Milosevic B, Dulovic O, Tosic T, Donabedian SM, Zervos MJ. Vancomycin-resistant enterococci from clinic for infectious and tropical diseases: intensive care unit as the source 2011.

208. Kett DH, Cano E, Quartin AA, Mangino JE, Zervos MJ, Peyrani P, Cely CM, Ford KD, Scerpella EG, Ramirez JA; Improving Medicine through Pathway Assessment of Critical Therapy of Hospital-Acquired Pneumonia (IMPACT-HAP) Investigators. Implementation of guidelines for management of possible multidrug-resistant pneumonia in intensive care: an observational, multicentre cohort study. Lancet Infect Dis. 2011 Mar;11(3):181-9. [Epub 2011 Jan 20].  PMID:  21256086.

Marcus Zervos, M.D.
Curriculum Vitae

209.  Huaman MA, Coz-Yataco A, Pokharna H, Stagner L, Zervos MJ.  Severe Case of
*Legionella pneumophila* Pneumonia in the Debut of Hairy Cell Leukemia: Case Report
and Brief Review of the Literature.  Infect Dis Clin Pract 2011;19:64-67.

210.  Griffin MR, Monto AS, Belongia EA, Treanor JJ, Chen Q, Chen J, Talbot HK, Ohmit
SE, Coleman LA, Lofthus G, Petrie JG, Meece JK, Hall CB, Williams JV, Gargiullo P,
Berman L, Shay DK; U.S. Flu-VE Network. Effectiveness of non-adjuvante pandemic
influenza A vaccines for preventing pandemic influenza acute respiratory illness visits in 4
US communities.  PLoS One 2011;6(8):e23085. [Epub 2011 Aug 12].

211.  Marty FM, Ljungman P, Papanicolaou GA, Winston DJ, Chemaly RF, Strasfeld L,
Young JA, Rodriguez T, Maertens J, Schmitt M, Einsele H, Ferrant A, Lipton JH, Villano
SA, Chen H, Boeckh M; Maribavir 1263-300 Clinical Study Group. Maribavir
prophylaxis for prevention of cytomegalovirus disease in recipients of allogeneic stem cell
transplants: a phase 3, double-blind, placebo-controlled, randomized trial.  Lancet Infect
Dis. 2011 Apr;11(4):284-92.  [Epub 2011 Mar 21].  Erratum in: Lancet Infect Dis 2011
May;11(5):343.

212.  Mangino JE, Peyrani P, Ford KD, Kett DH, Zervos MJ, Welch VL, Scerpella EG,
Ramirez JA for the IMPACT-HAP study Group.  Development and Implementation of a
Performance Improvement Project in Adult Intensive Care Units: Overview of the
Improving Medicine Through Pathway Assessment of Critical Therapy in Hospital-
Acquired Pneumonia (IMPACT-HAP) Study.  Crit Care 2011;15(1):R38. [Epub 2011 Jan
25].  PMID:  21266065.

213.  Freitas AR, Coque TM, Novais C, Hammerum AM, Lester CH, Zervos MJ, Donabedian
S, Jensen LB, Francia MV, Baquero F, Peixe L.  Human and Swine Hosts Share
Vancomycin-Resistant *Enterococcus faecium* CC17, CC5, and *Enterococcus faecalis* CC2
Clonal Clusters Harboring Tn1546 on Indistinguishable Plasmids. J Clin Microbiol. 2011
Mar;49(3):925-31. [Epub 2011 Jan 12].  PMID: 21227995.

214.  Bhargava K, Wang X, Donabedian S, Zervos M, da Rocha L, Zhang Y.  Methicillin-
Resistant *Staphylococcus aureus* in Retail Meat. Detroit, Michigan USA.Emerg Infect
Dis. 2011 Jun;17(6):1135-7.  PMID: 21749794.

215.  Bonilla H, Zervos M, Saravolatz L.  Comparison of BACTEC™ Plus Aerobic/F and
VersaTREK REDOX® Blood Culture Media for the Recovery of *Staphylococcus aureus*
from Patients with Suspected Persistent Bacteremia. J Infect Dis 2011 Jul;63(1):89-90.
[Epub 2011 May 30].

Marcus Zervos, M.D.
Curriculum Vitae

216. Peyrani P, Allen M, Wiemken TL, Haque NZ, Zervos MJ, Ford KD, Scerpella EG, Mangino JE, Kett DH, Ramirez JA, and the IMPACT-HAP Study Group.  Severity of Disease and Clinical Outcomes in Patients with Hospital-Acquired Pneumonia Due to Methicillin-Resistant *Staphylococcus aureus* Strains Are Not Influenced by the Presence of the Panton-Valentine Leukocidin Gene.  Clin Infect Dis. 2011Oct;53(8):766-71. [Epub 2011 Aug 31].  PMID: 21880581.

217. Gordoncillo MJ, Abdujamilova N, Perri M, Donabedian S, Zervos M, and Bartlett P. Detection of Methicillin-resistant *Staphylococcus aureus* (MRSA) in Backyard Pigs and Their Owners, Michigan USA.  Zoonoses Public Health 2011.  [Epub 2011 Sept 14].

218. Moore CL, Lu M, Cheema F, Osaki-Kiyan P, Perri MB, Donabedian S, Haque NZ, Zervos MJ.  Prediction of Failure in Vancomycin-Treated Methicillin-Resistant *Staphylococcus aureus* Bloodstream Infection: A Clinically Useful Risk Stratification Tool. Antimicrob Agents Chemother. 2011 Oct;55(10):4581-8.  [Epub 2011 Aug 8]. PMID: 21825294.

219.  Kett DH, Quartin AA, Mangino JE, Zervos MJ, Ramirez JA, for the IMPACT-HAP Study Group. Treatment of hospital-acquired pneumonia – Authors' Reply.  Lancet Infect Dis. 2011;11(10):731-732.

220. Moore CL, Osaki-Kiyan P, Haque NZ, Perri MB, Donabedian S, and Zervos MJ. Daptomycin versus Vancomycin for Bloodstream Infections Due to Methicillin-Resistant *Staphylococcus aureus* with a High Vancomycin Minimum Inhibitory Concentration: A Case-Control Study.  Clin Infect Dis 2012 Jan;54(1):51-58.  [Epub 2011 Nov. 21].  PMID: 22109947.

221. Cano EL, Haque NZ, Welch VL, Cely CM, Peyrani P, Scerpella EG, Ford KD, Zervos MJ, Ramirez JA, Kett DH, and the IMPACT-HAP Study Group.  Incidence of Nephrotoxicity and Association with Vancomycin Use in Intensive Care Patients with Pneumonia: Retrospective Analysis of the IMPACT-HAP Database.  Clin Ther 2012 Jan;34(1):149-57.  PMID: 22284995.

222. Zervos MJ, Freeman K, Vo L, Haque N, Pokharna H, Raut M, and Kim M. Epidemiology and and Outcomes of Complicated Skin and Soft Tissue Infections in Hospitalized Patients.  J Clin Microbiol 2012 Feb;50(2):238-45.  [Epub 2011 Nov 23]. PMID: 22116149.

223. Haque NZ, Arshad S, Peyrani P, Ford K, Perri MB, Jacobsen G, Reyes K, Scerpella E, Ramirez JA, Zervos M, the IMPACT-HAP Study Group. Analysis of pathogen and host factors related to clinical outcomes in patients with hospital-acquired pneumonia due to

100

Marcus Zervos, M.D.
Curriculum Vitae

methicillin-resistant *Staphylococcus aureus*.  J Clin Microbiol. 2012 May;50(5):1640-4. [Epub 2012 Feb 15].  PMID: 22337980.

224.  Peyrani P, Allen M, Seligson D, Roberts C, Chen A, Haque N, Zervos M, Wiemken T, Harting J, Christensen D, and Ramirez J.  Clinical Outcomes of Osteomyelitis Patients Infected with Methicillin-Resistant *Staphylococcus aureus* USA-300 Strains.  Am J Orthop 2012 Mar;41(3):117-22.  PMID: 22530208.

225.  Gordoncillo MJ, Donabedian S, Bartlett PC, Perri M, Zervos M, Kirkwood R, Febvay C. Isolation and Molecular Characterization of Vancomycin-Resistant Enterococcus faecium from Swine in Michigan, USA.  Zoonoses Public Health. 2013 Aug;60(5):319-26. {Epub 2012 Sep 7].  PMID: 22958312.

226.  Gnoni M, Peyrani P, Wiemken TL, Cabral P, Mirsaeidi M, Scerpella EG, Ford KD, Ramirez JA, the IMPACT-HAP Study Group. Association of Organ Failures With Mortality in VAP With Severe Sepsis: Results From IMPACT-HAP.  Resp Med 2012.

227.  Arshad S, Shoyinka A, Chen A, Jacobsen G, Zervos M. Evaluation of vancomycin serum trough concentrations and outcomes in meticillin-resistant Staphylococcus aureus bacteraemia. Int J Antimicrob Agents. 2012 Nov;40(5):474-5.  [Epub 2012 Aug 9]. PMID: 22883416.

228.  Treanor JJ, Talbot HK, Ohmit SE, Coleman LA, Thompson MG, Cheng PY, Petrie JG, Lofthus G, Meece JK, Williams JV, Berman L, Breese Hall C, Monto AS, Griffin MR, Belongia E, Shay DK; US Flu-VE Network.  Effectiveness of seasonal influenza vaccines in the United States during a season with circulation of all three vaccine strains. Clin Infect Dis. 2012 Oct;55(7):951-9. [Epub 2012 Jul 25].

229.  Robinson GL, Harris AD, Morgan DJ, Pineles L, Belton BM, Johnson JK; Benefits of Universal Gloving and Gowning (BUGG) Study Group. Survival of methicillin-resistant Staphylococcus aureus and vancomycin-resistant Enterococcus spp. for an extended period of transport. J Clin Microbiol. 2012 Jul;50(7):2466-8. [Epub 2012 Apr 25]. PMID: 22535993.

230. Jackson, L., M. L. Jackson, C. H. Phillips, J. Benoit, E. A. Belongia, D. Cole, S. Kopitzke, T. K. Koepel, H. Q. Mclean, J. K. Meece, S. K. Strey, M. E. Sundaram, M. Vandermause, M. Gaglani, J. Song, L. Clipper, D. Kjar, A. Robertson, K. Murthy, M. Dunnahoo, S. Oliver, M. Weir, H. Gonzales, M. Zayed, M. Reis, C. Rivera, D. Morgan, P. Piedra, V. Avadhanula, A. S. Monto, S. E. Ohmit, J. G. Petrie, E. Johnson, R. T. Cross, C. Martens, **M. Zervos**, L. Lamerato, H. Eng, M. P. Nowalk, S R Wisniewski, R. K. Zimmerman, C. R. Rinaldo, A. Bullotta, J. Suyama, E. Reis, D. B. Middleton, R. Hess, M.

Marcus Zervos, M.D.
Curriculum Vitae

Thompson, A. M. Fry, S. N. Thaker, S. Spencer, P. Y. Cheng, D. K. Shay, L. Berman, J. Bresee, E. Burns, J. Tokars, and N. Cox (2013). "Early Estimates of Seasonal Influenza Vaccine Effectiveness - United States, January 2013." <u>Morbidity and Mortality Weekly Reports</u> **62**(2): 32-35.

231. Jackson, L., M. L. Jackson, C. Hallie Phillips, J. Benoit, E. A. Belongia, D. Cole, S. Kopitzke, T. A. Kronenwetter Koepel, H. Q. Mclean, J. K. Meece, S. K. Strey, M. E. Sundaram, M. Vandermause, M. Gaglani, J. Song, L. Clipper, D. Kjar, A. Robertson, K. Murthy, M. Dunnahoo, S. Oliver, M. Weir, H. Gonzales, M. Zayed, T. Ponder, J. A. Nichols, M. Reis, C. Rivera, D. Morgan, P. Piedra, V. Avadhanula, A. S. Monto, S. E. Ohmit, J. G. Petrie, E. Johnson, R. T. Cross, C. Martens, **M. Zervos, L.** Lamerato, M. A. Aubuchon, G. G. Wolff**,** H. Eng, M. P. Nowalk, S. R. Wisniewski, R. K. Zimmerman, C. R. Rinaldo Jr, A. Bullotta, J. Suyama, E. Reis, D. B. Middleton, R. Hess, J. M. Raviotta, M.G. Thompson, A. M. Fry, S. N. Thaker, J. Ferdinands, P. Y. Cheng, S. Spencer, E. Burns, L. Berman, W. Sessions, A. Foust, J. Bresee, and N. Cox (2013). "Interim Adjusted Estimates of Seasonal Influenza Vaccine Effectiveness - United States, February 2013." <u>Morbidity and Mortality Reports</u> **62**(7): 119-123.

232. Vollman A, Craig JG, Hulen R, Ahmed A, Zervos MJ, van Holsbeek M.  Review of three magnetic resonance arthrography related infections.  World J Radiology 2013 Feb 28;5(2):40-43.  PMID: 23494542.

233. Hassan S, Amer S, Zervos M.  Tropical spastic paraparesis treated with Combivir (lamivudine-zidovudine).  J Clin Neurosci. 2013 May;20(5):759-60 [Epub 2013 Mar 9].  PMID: 23477875.

234. Pasquale TR, Jabrocki B, Salstrom SJ, Wiemken TL, Peyrani P, Haque NZ, Scerpella EG, Ford KD, Zervos MJ, Ramirez JA, File TM, and the and the IMPACT-HAP Study Group.  Emergence of methicillin-resistant *Staphylococcus aureus* USA 300 genotype as a major cause of late-onset nosocomial pneumonia in intensive care patients in the USA. Int J Infect Dis. 2013 Jun;17(6):e398-403 [Epub 2013 Feb 1].  PMID:  23375542.

235. Reyes K, Zervos M.  Endocarditis caused by resistant Enterococcus: an overview.  Curr Infect Dis Rep. 2013 Aug;15(4):320-8 [Epub 2013 June 11].  PMID: 23749322.

236. Zainah H, Nakhleh R, Hassan S, Arshad S, and Zervos M.  Methicillin-Resistant *Staphylococcus aureus* Pneumonia – What is the Optimal Duration of Treatment?  Infect Dis Clin Pract 2013;21: 235-239.

237. Tosh PK, Agolory S, Strong BL, Verlee K, Finks J, Hayakawa K, Chopra T, Kaye KS, Gilpin N, Carpenter CF, Haque NZ, Lamarato LE, Zervos MJ, Albrecht VS, McAllister

Marcus Zervos, M.D.
Curriculum Vitae

SK, Limbago B, Maccannell DR, McDougal LK, Kallen AJ, Guh AY. Prevalence and risk factors associated with vancomycin-resistant *Staphylococcus aureus* (VRSA) precursor organism Colonization among patients with chronic lower extremity wounds in Southeastern Michigan.  Infect Control Hosp Epidemiol. 2013 Sep;34(9):954-60. [Epub 2013 Jul 26.]  PMID: 23917910.

238. Mona Hassan, Syed Hassan, Lindsay Sklar, Marcus Zervos.  Is HIV a risk factor for *Clostridium difficile* infection?  Infect Dis Clin Pract. 2013 Sept;21(5):345.

239. Harris AD, Pineles L, Belton B, Johnson JK, Shardell M, Loeb M, Newhouse R, Dembry L, Braun B, Perencevich EN, Hall KK, Morgan DJ; Benefits of Universal Glove and Gown (BUGG) Investigators, Shahryar SK, Price CS, Gadbaw JJ, Drees M, Kett DH, Muñoz-Price LS, Jacob JT, Herwaldt LA, Sulis CA, Yokoe DS, Maragakis L, Lissauer ME, Zervos MJ, Warren DK, Carver RL, Anderson DJ, Calfee DP, Bowling JE, Safdar N.  Universal glove and gown use and acquisition of antibiotic-resistant bacteria in the ICU: a randomized trial.  JAMA. 2013 Oct 16;310(15):1571-80.  PMID: 24097234.

240. Jovanović M, Top J, Majoor E, Zervos M, Tošić T, Stošović B, Lavadinović L, Willems R.  Multiple-Locus Variable Number Tandem Repeat Analysis Typing of Vancomycin-Resistant Enterococcus faecium in Serbia.  Infect Control Hosp Epidemiol. 2013 Dec;34(12):1337-9.  PMID: 24225630.

241. Jovanović M, Milosevic B, Dulovic O, Pelemis M, Stevanovic G, Tosic T, Stosovic B and Zervos MJ.  Molecular Characterization of Vancomycin-Resistant Enterococci in Serbia:  Intensive Care Unit as the Source.  Acta Microbiologica et Immunologica Hungarica. 2013 60(4):433-446.

242. Kett, D., D. J. Morgan, L. Pineles, **M. J. Zervos**, L. S. Munoz-Price, A. D. Harris and Investigators BUGG (2013). "Compliance with the Implementation of an ICU, Cluster-Randomized Trial Assessing the Benefits and Potential Harms of Universal Glove and Gowning." Critical Care **7**(S19): 54.

243. Caceres F, Welch VL, Kett DH, Scerpella EG, Peyrani P, Ford KD, Ramirez JA; Impact-Hap Study Group.  Absence of gender-based differences in outcome of patients with hospital-acquired pneumonia.  J Womens Health (Larchmt). 2013 Dec;22(12):1069-75. Epub 2013 Oct 15.  PMID: 24128006.

244. Zainah H, Zervos M, Stephane W, Chamas Alhelo S, Alkhoury G, Weinmann A. Daptomycin Failure for Treatment of Pulmonary Septic Emboli in Native Tricuspid and Mitral Valve Methicillin-Resistant *Staphylococcus aureus* Endocarditis.  Case Rep Infect Dis. 2013;2013:653582. Epub 2013 Nov 25.  PMID: 24371532.

103

Marcus Zervos, M.D.
Curriculum Vitae

245. Gordoncillo MJN, Donabedian S, Bartlett PC, Perri M, Zervos M, Kirkwood R, and Febvay C. Isolation and molecular characterization of vancomycin-resistant enterococcus faecium from swine in Michigan, USA *Zoonoses and Public Health* 2013; 60(5):319-326. PMID: 22958312.

246. Ohmit SE, Thompson MG, Petrie JG, Thaker SN, Jackson ML, Belongia EA, Zimmerman RK, Gaglani M, Lamerato L, Spencer SM, Jackson L, Meece JK, Nowalk MP, Song J, Zervos M, Cheng PY, Rinaldo CR, Clipper L, Shay DK, Piedra P, Monto AS Influenza Vaccine Effectiveness in the 2011–2012 Season: Protection Against Each Circulating Virus and the Effect of Prior Vaccination on Estimates. Clin Infect Dis. 2014 Feb;58(3):319-27. [Epub 2013 Nov 13]. PMID: 24235265.

247. Arshad S, Shoyinka A, Perri MB, Moreno D, Jacobsen G, and Zervos MJ, and on behalf of the IMPACT-HAP Study Group. USA600 Methicillin-Resistant *Staphylococcus aureus* in ICU Patients with Pneumonia: A Case-Control Study Design to Evaluate the Epidemiology and Outcomes of an Emerging Strain. Infect Dis Clin Pract 2014;22(2):85-88. [Epub 2013 Oct 25].

248. Marchaim D, Pogue JM, Tzuman O, Hayakawa K, Lephart PR, Salimnia H, Painter T, **Zervos MJ**, **Johnson LE**, **Perri MB**, **Hartman P**, Thyagarajan RV, Major S, Goodell M, Fakih MG, Washer LL, Newton DW, Malani AN, Wholehan JM, Mody L, and Kaye KS. Major variation in MICs of tigecycline in gram-negative bacilli as a function of testing method *J Clin Microbiol* 2014; 52(5):1617-1621. PMID: 24599978

249. Sakoulas G, Guram K, **Reyes K**, Nizet V, and **Zervos M**. Human cathelicidin LL-37 resistance and increased daptomycin MIC in USA 600 (ST45) methicillin-resistant staphylococcus aureus is associated with increased mortality in a hospital setting *J Clin Microbiol* 2014. PMID: 24648548

250. Ayaz SI, Haque N, Pearson C, Medado P, Robinson D, Wahl R, Zervos M, O'Neil B. Nursing Home-Acquired Pneumonia: Course and Management in the Emergency Department. Int J Emerg Med 2014,7:19. (DOI: 10.1186/1865-1380-7-19)

251. Arshad S, Hartman P, and Zervos MJ. A novel treatment option for MRSA pneumonia: ceftaroline fosamil-yielding new hope in the fight against a persistent infection. Expert Rev. Anti Infect. Ther. Early online, 1–3 (2014).

252. Peyrani P, Wiemken TL, Kelley R, Zervos MJ, Kett DH, File TM Jr, Stein GE, Ford KD, Scerpella EG, Welch V, Ramirez JA and IMPACT-HAP Study Group. Higher Clinical Success in Patients With Ventilator-Associated Pneumonia Due to Methicillin-

Marcus Zervos, M.D.
Curriculum Vitae

Resistant Staphylococcus *aureus* Treated With Linezolid Compared With Vancomycin: Results From the IMPACT-HAP Study.  Crit Care. 2014 Jun 10;18(3):R118. [Epub ahead of print]

253.  Shoyinka A, Moreno D, Arshad S, Perri MB, Donabedian SM, Jacobsen G, Hartman P, Ziegler R, Huang V, Zervos MJ.  Evaluation of in vitro susceptibility trends to vancomycin and daptomycin by strain type of *Staphylococcus aureus* causing bloodstream infections.  J Global Antimicrob Resist 2014. (DOI: 10.1016/j.jgar.2014.05.002). [Epub 7 June 2014]

254.  Moore CL, Besarab A, Ajluni M, Soi V, Peterson EL, Johnson LE, Zervos MJ, Adams E, and Yee J. Comparative effectiveness of two catheter locking solutions to reduce catheter-related bloodstream infection in hemodialysis patients *Clin J Am Soc Nephrol* 2014; 9(7):1232-1239. PMID: 24970874

255.  Albrecht VS, Zervos MJ, Kaye KS, Tosh PK, Arshad S, Hayakawa K, Kallen AJ, McDougal LK, Limbago BM, and Guh AY.  Prevalance of and risk factors for vancomycin-resistant *Staphylococcus aureus* precursor organisms in Southeastern Michigan.  Infect Control Hosp Epidemiol. 2014 Dec;35(12):1531-4.

256.  Albashaireh D, and Zervos M. An unusual presentation of burkholderia cepacia in a hospitalized patient *J Gen Intern Med* 2014; 29:S315-S315.

257.  Echaiz JF, Veras L, Zervos M, Dubberke E, Johnson L. Hospital roommates and development of health care-onset Clostridium difficile infection. Am J Infect Control. 2014 Oct;42(10):1109-11. doi: 10.1016/j.ajic.2014.06.023.

258.  Gibson KE, McNamara SE, Cassone M, Perri MB, Zervos M, Mody L.  Methicillin-Resistant Staphylococcus aureus: Site of Acquisition and Strain Variation in High-Risk Nursing Home Residents with Indwelling Devices. Infect Control Hosp Epidemiol. 2014 Dec;35(12):1458-1465. Epub 2014 Nov 5.

259.  Alexis M, Zervos J, Agarwal U, Markowitz N, Myneedu V, Prentiss T, Zervos M, Jaiswal A.  Antibiotic susceptibility patterns in an intensive care unit at a tertiary hospital in New Delhi, India.  Published abstract.  Annals Glob Health. 2015 Jan–Feb;81(1): 3-4.

260.  Parke D, Kaljee L, Kilgore P, Poitevien G, Simon Y, Raphael NA, Hoe M, Zervos J, Dankerlui D, Prentiss T, Zervos M.  An Interdisciplinary Approach to Improving Health Research Capacity in Haiti: The Research Training to Research Project Model. Published abstract. Annals Glob Health. 2015 Jan–Feb;81(1):47.

105

Marcus Zervos, M.D.
Curriculum Vitae

261.  Kaljee LM, Sirivichayakul C, Anh D, Kilgore P, Zervos J, Prentiss T, Zervos M.
      Decreasing health disparities for vaccine preventable diseases among adults in Viet Nam
      and Thailand. Published abstract. Annals Glob Health. 2015 Jan–Feb;81(1):155-156.

262.  Miceli MH, Gonulalan M, Perri MB, Samuel L, Al Fares MA, Brown K, Bruno DA,
      Zervos M, Ramesh M, and Alangaden G. Transmission of infection to liver transplant
      recipients from donors with infective endocarditis: lessons learned.  Transpl Infect Dis
      2015; 17(1):140-146. PMID: 25586791.

263.  Moise PA, Sakoulas G, McKinnell JA, Lamp KC, DePestel DD, Yoon MJ, Reyes K,
      Zervos MJ.  Clinical Outcomes of Daptomycin for Vancomycin-Resistant *Enterococcus*
      Bacteremia. Clin Ther 2015; 37(7):1443-1453. PMID: 25982687.

264.  Boncy PJ, Adrien P, Frantz Lemoine J, Existe A, Henry PJ, Raccurt C, Brasseur P,
      Fenelon N, Dame JB, Okech BA, Kaljee L, Baxa D, Prieur E, El Badry MA, Tagliamonte
      MS, Mulligan CJ, Carter TE, Beau de Rochars VM, Lutz C, Parke DM and Zervos MJ.
      Malaria elimination in Haiti by the year 2020: an achievable goal?  Malar J 2015; 14:237.
       PMID:  26043728.

265.  Jovanović M, Milošević B, Tošić T, Stevanović G, Mioljevic V, Inđic N, Velebit B,
      Zervos M.  Molecular typing, pathogenicity factor genes and antimicrobial susceptibility
      of vancomycin resistant enterococci in Belgrade, Serbia.  Acta Microbiol Immunol Hung
      2015;62(2):147-160.  PMID:  26132835.

266.  Suleyman G, Alexis M, Markowitz N, Zervos M, Myneedu VP, Jaiswl A, Agarwal U,
      Gupta R.  Antibiotic Susceptibility Patterns in an Intensive Care Unit at a Tertiary
      Hospital in New Delhi.  J Glob Antimicrob Resist. 2015 Dec;3(4):313-314.  PMID:
      27842884.

267.  Suleyman G, Zervos M.  Safety and efficacy of commonly used antimicrobial agents in
      the treatment of enterococcal infections:  a review.  Expert Opin Drug Saf 2016
      Feb;15(2):153-67.  [Epub 2015 Dec 23].  PMID: 26629598.

268.  Cole K, Kenney R, Perri M, Dumkow L, Samuel L, Zervos M and Davis S.  Outcomes
      of Aminopenicillin Therapy for Vancomycin-Resistant Enterococcal Urinary Tract
      Infections.  Antimicrob Agents Chemother. 2015 Dec;59(12):7362-7366.

269.  Moise PA, Culshaw DL, Wong-Beringer A, Bensman J, Lamp KC, Smith WJ, Bauer K,
      Goff DA, Adamson R, Leuthner K, Virata MD, McKinnell JA, Chaudhry SB, Eskandarian
      R, Lodise T, Reyes K, Zervos MJ.  Comparative Effectiveness of Vancomycin versus
      Daptomycin for MRSA Bacteremia with Vancomycin MIC >1 mg/L: A Multicenter

Marcus Zervos, M.D.
Curriculum Vitae

Evaluation. Clin Ther. 2016 Jan 1;38(1):16-30.  PMID: 26585355.

270.  Buitron de la Vega P, Tandon P, Qureshi W, Nasr Y, Jayaprakash R, Arshad S, Moreno D, Jacobsen G, Ananthasubramaniam K, Ramesh M, Zervos M.  Simplified risk stratification criteria of patients with MRSA bacteremia at low risk of infective endocarditis: implications for avoiding routine transesophageal echocardiography in MRSA bacteremia. Eur J Clin Microbiol Infect Dis 2016 Feb;35(2):261-8. [Epub 2015 Dec 16].  PMID: 26676855.

271.  Raheja S and Zervos M.  Infection in the "fifth valve" of the heart.  Chest 2015;148(4).

272.  Kilgore PE, Salim AM, Zervos MJ, Schmitt H-J.  Pertussis:  Microbiology, Disease, Treatment and Prevention. Clin Microbiol Rev 2016; 29(3):449-486. PMID: 27029594.

273.  Isseh IN, Bourgi K, Nakhle A, Ali M and Zervos MJ.  False-positive cerebrospinal fluid Cryptococcus antigen in Libman-Sacks endocarditis.  Infection 2016 Dec;44(6):803-805. PMID: 27246719.

274.  Suleyman G, Perri M, Vager D, Samuel L, Zervos MJ, Alangaden G, Tibbetts RJ. Characterization of Salmonella Isangi possessing a CTX-M15 ESBL associated with an outbreak in a US Hospital. Diagn Microbiol Infect Dis 2016 Jul;85(3):386-90.  PMID: 27130476.

275.  Suleyman G, Tibbetts R, Perri MB, Vager D, Xin Y, Reyes K, Samuel L, Chami E, Starr P, Pietsch J, Zervos MJ, Alangaden G.  Nosocomial Outbreak of a Novel Extended-Spectrum B-Lactamase *Salmonella enterica* Serotype Isangi among Surgical Patients. Infect Control Hosp Epidemiol 2016 Aug;37(8):954-61. [Epub 2016 Apr 25].  PMID: 27108715.

276.  Zervos M, Reyes K, McKinnell J, DePestel D, Lamp K, Yoon M.  Clinical Outcomes of Daptomycin with and without Concomitant Beta-lactam Therapy for Vancomycin-Resistant Enterococcus Bacteremia.  Clin Therapeutics 2016;38:16-30.

277.  Kenney RM, Cole KA, Perri MB, Dumkow LE, Samuel LP, Zervos MJ, Davis SL Reply to "Urinary Tract Infections: Resistance Is Futile". Antimicrob Agents Chemother. 2016 Mar 25;60(4):2598.  PMID: 27016558.

278.  Shukla BS, Shelburne S, Reyes K, Kamboj M, Lewis JD, Rincon SL, Reyes J, Carvajal LP, Panesso D, Sifri CD, Zervos MJ, Pamer EG, Tran TT, Adachi J, Munita JM, Hasbun R, Arias CA.Influence of Minimum Inhibitory Concentration in Clinical Outcomes of Enterococcus faecium Bacteremia Treated With Daptomycin: Is it Time to Change the

Marcus Zervos, M.D.
Curriculum Vitae

Breakpoint? Clin Infect Dis. 2016 Jun 15;62(12):1514-20. [Epub 2016 Apr 3]. PMID: 27045126.

279. Cassone M, McNamara SE, Perri MB, Zervos M, Mody L. Impact of Intervention Measures on MRSA Clonal Type and Carriage Site Prevalence.MBio. 2016 Mar 8;7(2):e00218. PMID: 26956588.

280. Arshad S, Hartman P, Perri MB, Moreno D, and Zervos MJ. Ceftaroline fosamil for treatment of methicillin-resistant staphylococcus aureus hospital-acquired pneumonia and health care–associated pneumonia: A 5-year matched case-control evaluation of epidemiology and outcomes. Infect Dis Clin Pract. 2016;24(2):87-91.

281. Bardossy AC, Moreno D, Hartman P, Prentiss TC, Ayau Aguilar P, Sánchez Rosenberg G, Perri MB, Rizvi K, Rehman T, Niazy A, Mahan M, Suleyman G, Huang V, Reyes K, Zervos MJ. High vancomycin serum trough is not associated with reduction of mortality in methicillin-resistant *Staphylococcus aureus* bloodstream infections. Clin Microbiol Infect Dis 2016;1(2):38-41.

282. Misikir HM, Bardossy AC, Hartman P, Moreno D, Suleyman G, Perri M, Rizvi K, Zervos M, Reyes K. Risk factors associated with vancomycin-resistant enterococcus (VRE) and methicillin-resistant *Staphylococcus aureus* (MRSA) co-infection. Clin Microbiol Infect Dis 2016;1(2):42-44.

283. Connolly MD, Zervos MJ, Barone CJ, Johnson CC, Joseph CL. The Mental Health of Transgender Youth: Advances in Understanding. J Adolesc Health. 2016 Nov;59(5):489-495. [Epub 2016 Aug 17.] PMID: 27544457.

284. Adrien P, Boncy PJ, Lemoine JF, Existe A, Juin S, Amouzou S, Thimoté G, Andrécy LL, Marseille S, Dély P, Pierre W, Barais R, Salomon C, Lucien M, Mondésir L, Rizvi K, Parke DM, Zervos MJ. Malaria Elimination in Haiti: Challenges, Progress and Solutions. Clin Microbiol Infect Dis. 2016; 1(2): 63-66.

285. Kaljee L, Kilgore P, Zervos M, Zervos J, Parke D, Arshad S, Chan C, Prentiss T, Prentiss K, Sime J. Healthcare utilization for acute febrile illness, knowledge of malaria, and trust in informational resources among clinic attendees in Port-au-Prince and Artibonite Département: a cross-sectional survey. West Indian Medical Journal 2016.

286. Bardossy AC, Zervos J, Zervos M. Preventing Hospital-acquired Infections in Low-income and Middle-income Countries: Impact, Gaps, and Opportunities. Chapter: Infect Dis Clin North Am 2016 Sep; 30(3): 805-18. PMID: 27515149.

Marcus Zervos, M.D.
Curriculum Vitae

287.  Reyes K, Bardossy AC, Zervos M. Vancomycin-Resistant Enterococci: Epidemiology, Infection Prevention, and Control.  Infect Dis Clin North Am. 2016 Dec;30(4):953-965. [Epub 2016 Sep 19].  PMID: 27660091.

288.  Suleyman G, Kenney R, Zervos MJ, Weinmann A.  Safety and efficacy of outpatient parenteral antibiotic therapy in an academic infectious disease clinic.  J Clin Pharm Ther. 2017 Feb;42(1):39-43. [Epub 2016 Oct 16].  PMID: 27747899.

289.  Suleyman G, Mahan M, Zervos MJ. Comparison of daptomycin and linezolid in the treatment of vancomycin-resistant enterococcus faecium in the absence of endocarditis. Infect Dis Clin Pract. 2017;25(3):151-154. PMID: Not assigned.

290.  Kaljee LM, Kilgore P, Prentiss T, Lamerato L, Moreno D, Arshad S, Zervos M. "You need to be an advocate for yourself": Factors associated with decision-making regarding influenza and pneumococcal vaccine use among US older adults from within a large metropolitan health system.  Hum Vaccines Immunother.  2017 Jan 2;13(1):206-212. [Epub 2016 Sep 13].  PMID: 27625007.

291.  Bardossy AC, Jayaprakash R, Alangaden AC, Starr P, Abreu Lanfranco O, Reyes K, Zervos M, Alangaden GJ.  Impact and Limitations of the 2015 National Health and Safety Network Case Definition on Catheter-Associated Urinary Tract Infection Rates.  Infect Control Hosp Epidemiol. 2017 Feb;38(2):239-241. [Epub 2016 Nov 24].  PMID: 27881213.

292.  Flynt LK, Kenney RM, Zervos MJ, Davis SL.  The Safety and Economic Impact of Cefasolin versus Nafcillin for the Treatment of Methicillin-Susceptible *Staphylococcus aureus* Bloodstream Infections.  Infect Dis Ther 2017 Jun 6(2):225-231  [Epub 2017 Mar 6].  PMID: 28265972.

293.  Arshad S, Huang V, Hartman P, Perri MB, Moreno D, Zervos MJ. Ceftaroline fosamil monotherapy for methicillin-resistant Staphylococcus aureus bacteremia: a comparative clinical outcomes study. Int J Infect Dis. 2017 Apr;57:27-31. PMID: 28131729.

294.  Mendo-Lopez R, Jasso L, Guevara X, Astocondor AL, Alejos S, Bardossy AC, Prentiss T, Zervos MJ, Jacobs J, Garcia C. Multidrug-Resistant Microorganisms Colonizing Lower Extremity Wounds in Patients in a Tertiary Care Hospital, Lima, Peru. Am J Trop Med Hyg. 2017 Oct ;97(4):1045-1048. PMID: 28722595.

295.  Parke D, Plum A, Prentiss T, Zervos J, Dankerlui DN, Kaljee L. Evaluation of an International Trainee Exchange Program Developed by the Global Health Initiative at Henry Ford Health System.  Ann Glob Health. 2017; 83(1):131.

Marcus Zervos, M.D.
Curriculum Vitae

296. Raccurt CP, Brasseur P, Ciceron M, Parke DM, Zervos MJ, and Boncy J. In vivo study of *Plasmodium falciparum* chloroquine susceptibility in three departments of Haiti. Malar J. 2017 Aug 4;16(1):313.  PMID: 28778206.

297. Suleyman G, Grunwald J, Kenney RM, Davis SL, Zervos MJ, Weinmann A.  Impact of Antimicrobial Stewardship Consultation Service at an Academic Institution.  Infect Dis Clin Pract. 2017;25(5):268-271.

298.  Ayau P, Bardossy AC, Sanchez G, Ortiz R, Moreno D, Hartman P, Rizvi K, Prentiss TC, Perri MB, Mahan M, Huang V, Reyes K, Zervos MJ. 296.  Risk Factors for 30-Day Mortality in Patients with Methicillin-Resistant *Staphylococcus aureus* Bloodstream Infections. Int J Infect Dis. 2017 Aug;61:3-6.  PMID: 28533166.

299. Jovanovic M, Tosic T, Jovanovic S, Stevanovic G, Drakulovic M, Stosovic R, Zervos M.  Local spread of Tn1546-like element among three species of vancomycin resistant Enterococci in an intensive care unit.  J Infect Dev Ctries 2017; 11(9):684-690.

300. Kilgore P, Salim A, Prentiss T, Kaljee L, Lamerato L, Zhang S, Divine G, Misikir H, Zervos MJ. Implementation of Multi-Modal Intervention to Increase Adult Vaccination Rates in a Large Integrated Healthcare System. Open Forum Infect Dis. 2017 Fall; 4(Suppl 1):S516-S517. doi:10.1093/ofid/ofx163.1343.

301. Veve M, Kaljee LM, Prentiss T, Joshi RD, Rai SM, Shrestha B, Bajracharya DC, Zervos MJ. Implementing Antimicrobial Stewardship in Two Community Nepali Hospitals. Open Forum Infect Dis. 2017 Fall; 4(Suppl 1): S20. doi: 10.1093/ofid/ofx162.051/.

302. Estrada-Roman A, Mendo-Lopez R, Astocondor AL, Zervos M, Garcia C. Colonization by Enterococcal Strains Resistant to Vancomycin in Patients from a Hospital in Lima, Peru]. Rev Peru Med Exp Salud Publica. 2017 Oct-Dec;34(4):666-671.  PMID: 29364407.

303. Bardossy AC, Alsafadi MY, Starr P, Chami E, Pietsch J, Moreno D, Johnson L, Alangaden G, Zervos M, Reyes K. Evaluation of contact precautions for methicillin-resistant Staphylococcus aureus and vancomycin-resistant Enterococcus. Am J Infect Control. 2017 Dec 1;45(12):1369-1371. PMID: 28843943.

304. Segaloff HE, Evans R, Arshad S, Zervos MJ, Archer C, Kaye KS, Martin ET. The Impact of Obesity and Timely Antiviral Administration on Severe Influenza Outcomes among Hospitalized Adults. Journal of Medical Virology. Journal of Medical Virology. Feb 2018;90(2):212-218. PMID: 28892181.

Marcus Zervos, M.D.
Curriculum Vitae

305. Zahran S, McElmurry SP, Kilgore PE, Mushinski D, Press J, Love NG, Sadler RC, Swanson MS, and the FACHEP Study Group (Zervos, M). Assessment of the Legionnaires' Disease Outbreak in Flint, Michigan. Proc Natl Acad Sci USA. 2018 Feb 20;115(8);E1730-E1739. PMID: 29432149.

306. Jovanovic M, Tosic T, Jovanovic S, Stosovic R, Stevanov G, Velebit B, Zervos MJ. Presence of the esp gene in *Enterococcus faecium* derived from oropharyngeal microbiota of haematology patients. Arch Oral Biol. 2018 Apr;88:54-59. PMID: 29407752.

307. Cassone M, Mantey J, Perri MB, Gibson K, Lansing B, McNamara S, Patel PK, Cheng VCC, Walters MS, Stone ND, Zervos MJ, Mody L. Environmental Panels as a Proxy for Nursing Facility Patients with MRSA and VRE Colonization. Clin Infect Dis. 2018 Aug 31;67(6):861-868. PMID 29726892.

308. Mercuro N, Davis SL, Zervos MJ, and Herc ES. Combatting resistant enterococcal infections: a pharmacotherapy review. Expert Opin Pharmacother. 2018 Jun;19(9):979-992. PMID: 29877755.

309. Bardossy AC, Williams T, Jones K, Szpunar S, Zervos M, Alanaden G, Reyes K, Fakih MG. Culturing practices and the care of the urinary catheter in reducing NHSN-defined catheter-associated urinary tract infections: The tale of two teaching hospitals. Infect Control Hosp Epidemiol. 2018 Dec;39(12):1494-1496. [Epub ahead of print]. PMID: 30303048.

310. Holland TL, Raad I, Boucher HW, Anderson DJ, Cosgrove SE, Aycock PS, Baddley JW, Chaftari A-M, Chow S-C, Chu VH, Carugati M, Cook P, Corey GR, Crowley AL, Daly J, Gu J, Hachem R, Horton J, Jenkins TC, Levine D, Miro JM, Pericas JM, Riska P, Rubin Z, Rupp ME, Schrank Jr J, Sims M, Wray D, Zervos M, Fowler VG Jr; for the Staphylococcal Bacteremia Investigators. Effect of algorithm-based therapy vs usual care on clinical success and serious adverse events in patients with staphylococcal bacteremia: a randomized clinical trial. JAMA. 2018 Sept 25;320(12):1249-1258. PMID: 30264119.

311. Arshad S, Hartman P, Perri MB, Moreno D, Zervos MJ (2018) Clinical Outcomes and Total Cost of Hospitalization in Patients Treated With Ceftaroline- Fosamil in an Outpatient Parenteral Antibiotic Therapy (OPAT) Setting For Acute Bacterial Skin and Skin Structure Infections (ABSSSI): A Comparative Study. J Infect Dis Med. 2018;3:129.

312. Byrne BG, McColm S, McElmurry SP, Kilgore PE, Sobeck J, Sadler R, Love NG, Swanson MS, and and the FACHEP Study Group (Zervos, M). Prevalence of infection-competent serogroup 6 Legionella pneumophila within premise plumbing in Southeast Michigan. mBio. 2018 Feb 6;9(1). PMID: 29437918.

111

Marcus Zervos, M.D.
Curriculum Vitae

313.  Adrien P, Francois J, Parke DM, Bebekoski T, Boncy PJ, Corvil S, Existe A, Jacques R, Joseph G, Kaljee LM, Kilgore PE, Christophe M, Queuille L, Sévère K, Ternier R, and Zervos MJ. Establishing and utilizing strategic partnerships for vaccine-preventable diseases: Best practices in Haiti.  Infect Dis Clin Pract. 2018; 26(5):252-257.

314.  Lucien M, Adrien P, Hadid H, Hsia T, Canarie MF, Kaljee LM, Kilgore PE, Parke DM, Joseph GA, Lafosse E, Zervos MJ, Boncy J.  Cholera Outbreak in Haiti: Epidemiology, Control and Prevention. Infect Dis Clin Pract. 2019 Jan;27(1):1-65.  [Epub Sept 6, 2018].

315.  Diekema DJ, Pfaller MA, Shortridge D, Zervos M, Jones RN. Twenty-Year Trends in Antimicrobial Susceptibilities Among *Staphylococcus aureus* From the SENTRY Antimicrobial Surveillance Program. Open Forum Infect Dis. 2019 Mar 15;6(Suppl 1):S47-S53. doi: 10.1093/ofid/ofy270. eCollection 2019 Mar.  Open Forum Infect Dis. 2019 May 20;6(5):ofz202. PMID:30895214.

316.  Veve MP, January SE, Kenney RM, Zoratti EM, Zervos MJ, Davis SL. Impact of Reported β-Lactam Allergy on Management of Methicillin-Sensitive *Staphylococcus aureus* Bloodstream Infections. J Pharm Pract. 2020 Dec: 33(6):809-814.  doi: 10.1177/0897190019841737. PMID:30991876.

317.  Geriak M, Haddad F, Rizvi K, Rose W, Kullar R, LaPlante K, Yu M, Vasina L, Ouellette K, Zervos M, Nizet V, Sakoulas G. Clinical Data on Daptomycin plus Ceftaroline versus Standard of Care Monotherapy in the Treatment of Methicillin-Resistant *Staphylococcus aureus* Bacteremia. Antimicrob Agents Chemother. 2019 Apr 25;63(5). pii: e02483-18. doi: 10.1128/AAC.02483-18. Print 2019 May. PMID:30858203.

318.  Rupali P, Palanikumar P, Shanthamurthy D, Peter JV, Kandasamy S, Zacchaeus NGP, Alexander H, Thangavelu P, Karthik R, Abraham OC, Michael JS, Paul H, Veeraraghavan B, Chacko B, Jeyaseelan V, Alangaden G, Prentiss T, Zervos MJ.  Impact of an antimicrobial stewardship intervention in India: Evaluation of post-prescription review and feedback as a method of promoting optimal antimicrobial use in the intensive care units of a tertiary-care hospital.  Infect Control Hosp Epidemiol. 2019 May 14;40(5):512-519. PMID: 31084674.

319.  Ferdinands JM, Gaglani M, Martin ET, Middleton D, Monto AS, Murthy K, Silveira FP, Talbot HK, Zimmerman R, Alyanak E, Strickland C, Spencer S, Fry AM; HAIVEN Study Investigators. Prevention of Influenza Hospitalization Among Adults in the United States, 2015-2016: Results From the US Hospitalized Adult Influenza Vaccine Effectiveness Network (HAIVEN).J Infect Dis. 2019 Sep 13;220(8):1265-1275. doi: 10.1093/infdis/jiy723. PMID:30561689.

Marcus Zervos, M.D.
Curriculum Vitae

320. Joshi RD, Zervos M, Kaljee LM, Shrestha B, Maki G, Prentiss T, Bajracharya D, Karki K, Joshi N, Rai SM. Evaluation of a Hospital-Based Post-Prescription Review and Feedback Pilot in Kathmandu, Nepal. Am J Trop Med Hyg. 2019 Oct;101(4):923-928. doi: 10.4269/ajtmh.18-0724. PMID:31392949.

321. Sakoulas G, Geriak M, Haddad F, Rose W, LaPlante K, Zervos M, Kullar R, Nizet V. Reply to Kalil et al., "Is Daptomycin plus Ceftaroline Associated with Better Clinical Outcomes than Standard of Care Monotherapy for *Staphylococcus aureus* Bacteremia?" Antimicrob Agents Chemother. 2019 Oct 22;63(11). pii: e01347-19. doi: 10.1128/AAC.01347-19. Print 2019 Nov. No abstract available. PMID:31640978.

322. Mody L, Washer LL, Kaye KS, Gibson K, Saint S, Reyes K, Cassone M, Mantey J, Cao J, Altamimi S, Perri M, Sax H, Chopra V, Zervos M. Multidrug-resistant Organisms in Hospitals: What Is on Patient Hands and in Their Rooms? Clin Infect Dis. 2019 Nov 13;69(11):1837-1844. doi: 10.1093/cid/ciz092. PMID:30980082.

323. Dey S, Gudipati S, Giuliano C, Zervos MJ, Monk JM, Szubin R, Jorgensen SCJ, Sakoulas G, Berti AD. Reduced Production of Bacterial Membrane Vesicles Predicts Mortality in ST45/USA600 Methicillin-Resistant *Staphylococcus aureus* Bacteremia. Antibiotics (Basel). 2019 Dec 18;9(1). pii: E2. doi: 10.3390/antibiotics9010002. PMID:31861446.

324. Kaljee LM, Prentiss T, Zervos M. Physician barriers to implementation of hospital-based antimicrobial stewardship programs (ASPs): a global perspective. Curr Treat Options Infect Dis. 2019;11(1):73-80. PMID: Not assigned.

325. Maki G, Kaljee L, Prentiss T, Olson E, Bajracharya D, Shrestha B, Karki K, Shakya M, Joshi RD, Herc E, Hadid H, Zervos M. Epidemiology of multi drug resistant gram negative bacteria in Kathmandu, Nepal. Int J Infect Dis. 2019; 79:44-45. PMID: Not assigned.

326. Maki G, McElmurry S, Kilgore P, Love N, Misikir H, Perri M, Zervos M. Bacterial colonization of drinking water: implications for an aging U.S. water infrastructure. Int J Infect Dis. 2019; 79:30-31. PMID: Not assigned.

327. Noh T, Zervos TM, Chen A, Chedid M. Treatment of a Staphylococcus lugdunensis cervical epidural abscess. BMJ Case Rep. 2019;12(3) PMID: 30898958.

328. Bakthavatchalam YD, Babu P, Munusamy E, Dwarakanathan HT, Rupali P, Zervos M, John Victor P, Veeraraghavan B. Genomic insights on heterogeneous resistance to

113

Marcus Zervos, M.D.
Curriculum Vitae

vancomycin and teicoplanin in Methicillin-resistant *Staphylococcus aureus*: A first report from South India. PLoS One. 2019 Dec 30;14(12):e0227009. doi: 10.1371/journal.pone.0227009. eCollection 2019.PMID:31887179.

329.  Cassone M, Zhu Z, Mantey J, Gibson KE, Perri MB, Zervos MJ, Snitkin ES, Foxman B, Mody L. Interplay Between Patient Colonization and Environmental Contamination With Vancomycin-Resistant Enterococci and Their Association With Patient Health Outcomes in Postacute Care. Open Forum Infect Dis. 2019 Dec 11;7(1):ofz519. doi: 10.1093/ofid/ofz519. eCollection 2020 Jan. PMID:31988973.

330.  McCreary EK, Kullar R, Geriak M, Zasowski EJ, Rizvi K, Schulz LT, Ouellette K, Vasina L, Haddad F, Rybak MJ, Zervos MJ, Sakoulas G, Rose WE. Multicenter Cohort of Patients With Methicillin-Resistant *Staphylococcus aureus* Bacteremia Receiving Daptomycin Plus Ceftaroline Compared With Other MRSA Treatments. Open Forum Infect Dis. 2019 Dec 31;7(1):ofz538. doi: 10.1093/ofid/ofz538. eCollection 2020 Jan. PMID:31938716.

331.  Zervos M, Maki G, Love NG, McElmurry SP. Author response to letter from Gomez et al. Int J Infect Dis. 2020 Feb;91:268-269. doi: 10.1016/j.ijid.2019.11.030. Epub 2019 Dec 6. No abstract available. PMID:31812698.

332.  Fowler VG Jr, Das AF, Lipka-Diamond J, Schuch R, Pomerantz R, Jáuregui-Peredo L, Bressler A, Evans DC, Moran GJ, Rupp ME, Wise RA, Corey GR, Zervos M, Douglas PS, Cassino C. Exebacase for *Staphylococcus aureus* bloodstream infection and endocarditis. J Clin Invest. 2020 Apr 9. pii: 136577. doi: 10.1172/JCI136577. [Epub ahead of print]. PMID:32271718.

333.  Lodise TP, Rosenkranz SL, Finnemeyer M, Evans S, Sims M, Zervos MJ, Creech CB, Patel PC, Keefer M, Riska P, Silveira FP, Scheetz M, Wunderink RG, Rodriguez M, Schrank J, Bleasdale SC, Schultz S, Barron M, Stapleton A, Wray D, Chambers H, Fowler VG, Holland TL. The Emperor's New Clothes: Prospective Observational Evaluation of the Association Between Initial Vancomycin Exposure and Failure Rates Among Adult Hospitalized Patients With Methicillin-resistant *Staphylococcus aureus* Bloodstream Infections (PROVIDE). Clin Infect Dis. 2020 Apr 10;70(8):1536-1545. doi: 10.1093/cid/ciz460. PMID:31157370.

334.  Wang DD, Zervos M, O'Neill WW.  Covid-19's impact on US medical research— shifting money, easing rules.  BMJ 2020;369:m1744.

335.  Ramireddy S, Gudipati S, Zervos M. Expect the Unexpected: A Rare Case of *Pseudomonas aerguinosa* Endocarditis. IDCases. 2020 May 12:21e00787. doi:

Marcus Zervos, M.D.
Curriculum Vitae

10.1016/j.idcr.2020.e00787. [Epub ahead of print]. PMID:32399394.

336. Swegal W, Deeb R, Greene J, Peterson E, Perri MB, Bardossy AC, Zervos M, Jones LR. Changes in Nasal *Staphylococcus* Colonization and Infection Rates After Nasal Surgery. Facial Plast Surg Aesthet Med. 2020 May 11. doi: 10.1089/fpsam.2020.0115. [Epub ahead of print]. PMID:32392437.

337. Bakthavatchalam YD, Shankar A, Muniyasamy R, Victor JP, Zervos M, Dwarakanathan HT, Gunasekaran K, Iyadurai R, Veeraaghavan B.  Levonadifloxacin, a recently approved benzoquinolizine fluoroquinolone, exhibits potent in vitro activity against contemporary *Staphylococcus aureus* isolates and Bengal Bay clone collected from a large Indian tertiary care hospital.  J Antimicrob Chemother. 2020 May 3;dkaa142. doi: 10.1093/jac/dkaa142. Online ahead of print.  PMID: 32361727.

338. Maki G, Moreno D, Harris AD, Lawrence SJ, Masica A, Lamerato L, Zervos M. Comparison of Mortality and Therapy in Community Acquired Pneumonia. University of Louisville Journal of Respiratory Infections 2018;2(2), article 5.

339. Bianchini ML, Kenney RM, Lentz R, Zervos M, Malhotra M, Davis SL. Discharge Delays and Costs Associated with Outpatient Parenteral Antimicrobial Therapy for High Priced Antibiotics. Clin Infect Dis. 2020 Oct 23:71(7):e88-e9319. doi: 10.1093/cid/ciz1076. PMID:31665269.

340. Suleyman G, Fadel RA, Malette KM, Hammond C, Abdulla H, Entz A, Demertzis Z, Hanna Z, Failla A, Dagher C, Chaudhry Z, Vahia A, Abreu Lanfranco O, Ramesh M, Zervos MJ, Alangaden G, Miller J, and Brar I. Clinical Characteristics and Morbidity Associated With Coronavirus Disease 2019 in a Series of Patients in Metropolitan Detroit. JAMA Netw Open 2020; 3(6). PMID: 32543702.

341. Arshad S, Kilgore P, Chaudhry Z, Jacobsen G, Wang DD, Huitsing K, Brar I, Alangaden GJ, Ramesh MS, McKinnon JE, O'Neill W, Zervos M, Henry Ford COVID-19 Task Force.  Treatment with Hydroxychloroquine, Azithromycin, and Combination in Patients Hospitalized with COVID-19.  Intl J Infect Dis 2020; 97:396-403. PMID: 32623082.

342. Sanchez GV, Biedron C, Fink LR, Hatfield KM, Polistico JMF, Meyer MP, Noe RS, Copen CE, Lyons AK, Gonzalez G, Kiama K, Lebednick M, Czander BK, Agbonze A, Surma AR, Sandhu A, Mika VH, Prentiss T, Zervos J, Dalal DA, Vasquez AM, Reddy SC, Jernigan J, Kilgore PE, Zervos MJ, Chopra T, Bezold CP, Rehman NK. Initial and Repeated Point Prevalence Surveys to Inform SARS-CoV-2 Infection Prevention in 26 Skilled Nursing Facilities — Detroit, Michigan, March–May 2020.  MMWR Morb Mortal Wkly Rep. 2020 Jul 10;69(27):882-886. doi: 10.15585/mmwr.mm6927e1.

115

Marcus Zervos, M.D.
Curriculum Vitae

PMID: 32644985.

343. Vahia AT, Chaudhry Z, Kaljee L, Parraga Acosta T, Gudipati S, Maki G, Tariq Z, Shallal A, Nauriyal V, Williams JD, Suleyman G, Abreu Lanfranco O, Chen A, Yared N, Herc E, McKinnon JE, Brar I, Bhargava P, Zervos M, Ramesh M, Alangaden G.  Rapid Reorganization of an Academic Infectious Diseases Program During the COVID19 Pandemic in Detroit: A Novel Unit-Based Group Rounding Model. Clin Infect Dis 2020 Jul 1; https://doi.org/10.1093/cid/ciaa903.  PMID: 32604415.

344. Bergin S, Coles A, Calvert S, Farley J, Powers J, Zervos M, Sims M, Kollef M, Durkin M, Kabchi B, Donnelly H, Bardossy A, Greenshields C, Rubin D, Sun J-L, Chiswell K, Santiago J, Gu P, Tenaerts P, Fowler V, Holland T.   PROPHETIC: Prospective Identification of Pneumonia in Hospitalized Patients in the Intensive Care Unit. Chest 2020 Jun 29;S0012-3692(20)31825-0. doi: 10.1016/j.chest.2020.06.034. Online ahead of print.  PMID: 32615191.

345. Zervos M, Arshad S, Kilgore P, Chaudhry ZS, Jacobsen G, Wang DD, Huitsing K, Brar I, Alangaden GJ, Ramesh MS, McKinnon JE, and O'Neill W. A Sound Approach: Hydroxychloroquine Reduces Mortality in Severe COVID-19. Int J Infect Dis 2020; Epub ahead of print. PMID: 32745629.

346. McCullough PA, Kelly RJ, Ruocco G, Lerma E, Tumlin J, Wheelan K, Katz N, Lepor NE, Vijay K, Carter H, Singh B, McCullough SP, Bhambi BK, Palazzuoli A, De Ferrari GM, Milligan G, Safder T, Tecson KM, Wang DD, McKinnon, O'Neill WW, **Zervos M**, Risch HA.  Pathophysiological Basis and Rationale for Early Outpatient Treatment of SARS-CoV-2 (COVID-19) Infection.  Am J Med. 2021 Jan;134(1):16-22. doi: 10.1016/j.amjmed.2020.07.003. Epub 2020 Aug 7.  PMID: 32771461.

347. Mudali G, Kilgore PE, Salim A, McElmurry S, and Zervos M. Trends in Legionnaires' Disease-Associated Hospitalizations, United States, 2006—2010. Open Forum Infect Dis;7(8), Aug 2020; https://doi.org/10.1093/ofid/ofaa296.

348. Gudipati S, Zervos M, and Herc E. Can the One Health Approach Save Us from the Emergence and Reemergence of Infectious Pathogens in the Era of Climate Change: Implications for Antimicrobial Resistance? Antibiotics (Basel) 2020; 9(9). PMID: 32937739.

349. Maki G, Smith I, Paulin S, Kaljee L, Kasambara W, Mlotha J, Chuki P, Rupali P, Singh DR, Bajracharya DC, Barrow L, Johnson E, Prentiss T, and Zervos M. Feasibility Study of the World Health Organization Health Care Facility-Based Antimicrobial Stewardship Toolkit for Low- and Middle-Income Countries. Antibiotics (Basel) 2020; 9(9). PMID:

116

Marcus Zervos, M.D.
Curriculum Vitae

32872440.

350.  Miller J, Fadel RA, Tang A, Perrotta G, Herc E, Soman S, Nair S, Hanna Z, Zervos MJ, Alangaden G, Brar I, and Suleyman G. The Impact of Sociodemographic Factors, Comorbidities and Physiologic Response on 30-day Mortality in COVID-19 Patients in Metropolitan Detroit. Clin Infect Dis 2020; Epub ahead of print. PMID: 32945856.

351.  Fram G, Wang DD, Malette K, Villablanca P, Kang G, So K, Basir MB, Khan A, McKinnon JE, Zervos M, O'Neill WW.  Cardiac Complications Attributed to Hydroxychloroquine: A systematic review of the Literature Pre-COVID-19.  Curr Cardiol Rev 2020; Epub ahead of print. PMID: 33059567.

352.  Fadel R, Morrison AR, Vahia A, Smith ZR, Chaudhry Z, Bhargava P, Miller J, Kenney RM, Alangaden G, Ramesh M, Henry Ford COVID-19 Management Task Force. Early Short-Course Corticosteroids in Hospitalized Patients with COVID-19. Clin Infect Dis. 2020 Nov 19;71(16):2114-2120. Doi: 10.1093/cid/ciaa601. PMID: 32427279.

353.  Hutton MA, Sundaram A, Perri MB, Zervos MJ, Herc ES.  Assessment of invitro synergy of daptomycin or vancomycin plus ceftaroline for daptomycin non-susceptible *Staphylococcus aureus.* Diagn Microbiol Infect Dis 2020; 98(3):115126. Epub 2020 Jul 8. PMID: 32861155.

354.  Nauriyal V, Rai SM, Joshi RD, Thapa BB, Kaljee L, Prentiss T, Maki G, Shrestha B, Bajracharya DC, Karki K, Joshi N, Acharya A, Banstola L, Poudel SR, Joshi A, Dahal A, Palikhe N, Khadka S, Giri P, Lamichhane A, Zervos M.  Evaluation of an Antimicrobial Stewardship Program for Wound and Burn Care in Three Hospitals in Nepal.  Antibiotics (Basel).  2020 Dec 16;9(12):914. doi: 10.3390/antibiotics9120914. PMID: 33339283.

355.  L.R. Baden, H.M. El Sahly, B. Essink, K. Kotloff, S. Frey, R. Novak, D. Diemert, S.A. Spector, N. Rouphael, C.B. Creech, J. McGettigan, S. Khetan, N. Segall, J. Solis, A. Brosz, C. Fierro, H. Schwartz, K. Neuzil, L. Corey, P. Gilbert, H. Janes, D. Follmann, M. Marovich, J. Mascola, L. Polakowski, J. Ledgerwood, B.S. Graham, H. Bennett, R. Pajon, C. Knightly, B. Leav, W. Deng, H. Zhou, S. Han, M. Ivarsson, J. Miller, and T. Zaks, for **the COVE Study Group***.   Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine.  N Engl J Med 2021; 384:403-416. DOI: 10.1056/NEJMoa2035389.  Epub 2020 Dec 30. PMID: 33378609.

356.  Sobeck J, Smith-Darden J, Gartner D, Kaljee L, Pieper B, Kilgore P, Zervos M. Antibiotic Knowledge, Beliefs, and Behaviors: Testing Competing Hypotheses Using an Urban Community Sample.  Health Commun 2021; Epub ahead of print. PMID: 33499691.

Marcus Zervos, M.D.
Curriculum Vitae

357. Lucien M, Canarie M, Kilgore PE, Jean-Denis G, Fenelon N, Pierre M, Cerpa M, Joseph GA, Maki G, Zervos MJ, Dely P, Boncy J, Sati H, del Rio Bueno A, Ramon-Pardo P. Antibiotics and Antimicrobial Resistance in the COVID-19 Era: Perspective from Resource-Limited Settings. Int J Infect Dis 2021; 104:250-254. PMID: 33434666.

358. Quan D, Luna Wong L, Shallal A, Madan R, Hamdan A, Ahdi H, Daneshvar A, Mahajan M, Nasereldin M, Van Harn M, Opara IN, and Zervos M. Impact of Race and Socioeconomic Status on Outcomes in Patients Hospitalized with COVID-19. J Gen Intern Med 2021; Epub ahead of print. PMID: 33506402.

359. Mentor Ali Ber Lucien, Michael F.Canarie, Paul E.Kilgore, Gladzdin Jean-Denis, Natael Fénélon, Manise Pierre, Mauricio Cerpa, Gerard A. Joseph, Gina Maki, Marcus J. Zervos, Patrick Dely, Jacques Boncy, HatimS ati, Ana del Rio, Pilar Ramon-Pardo.  Antibiotics and antimicrobial resistance in the COVID-19 era: Perspective from resource-limited settings. Int J Infect Dis 2021 March, 104:250-254. https://doi.org/10.1016/j.ijid.2020.12.087.

360. Taimur S, Pouch SM, Zubizarreta N, Mazumdar M, Rana M, Patel G, Freire MP, Pellett Madan R, Kwak EJ, Blumberg E, Satlin MJ, Pisney L, Clemente WT, Zervos MJ, La Hoz RM, and Huprikar S. Impact of pre-transplant carbapenem-resistant Enterobacterales colonization and/or infection on solid organ transplant outcomes. Clin Transplant 2021 Apr;35(4):e14239.  doi: 10.1111/ctr.14239.  Epub 2021 Feb 8.  PMID: 33527453.

361. Wang DD, O'Neill WW, Zervos MJ, McKinnon JE, Allard D, Alangaden GJ, Schultz LR, Poisson LM, Chu BS, Kalkanis SN, and Suleyman G. Association between Implementation of a Universal Face Mask Policy for Healthcare Workers in a Health Care System & SARS-CoV-2 positivity testing rate in Healthcare Workers. J Occup Environ Med 2021; Epub ahead of print. PMID: 33596025.

362. Shallal A, Lahoud C, Zervos M, Matar M.  Lebanon is Losing Its Front Line.  J Global Hlth 2021; 11. • doi: 10.7189/jogh.11.03052.

363. Sobeck J, Smith-Darden J, Kernsmith P, McElmurry S, Kilgore P, Zervos M, Seeger M. Making meaning of stress, coping, resilience and trust: A contribution to the narrative on the Flint Water Crisis.  Behavioral Med 2019.

364. Mann C, Maki G, Zervos M, and Ravishankar N.  Diagnosing Genitourinary Tuberculosis: A Case Report. Clin Med Rev Case Reports.2021; DOI: 10.23937/2378-3656/1410268.

Marcus Zervos, M.D.
Curriculum Vitae

365. Wang DD, McKinnon JE, Boulware DR, Rajasingham R, Lee TC, Johnston C, Barnabas R, McDonald EG, Giles JT, Smith D, Hernandez, AF, Zervos M, O'Neill WW. 2020 North American Consortium of Hydroxychloroquine Randomized Clinical Trials for Prevention of COVID-19: Release of Data Safety Monitoring Board Data. Mayo Clin Proceedings. 2021.

366. Herc E, Perri MB, Musgrove M, Zervos M, Sundaram A. Assessment of in Vitro Synergy of Daptomycin or Vancomycin Plus Ceftaroline for Daptomycin Non-Susceptible *Staphylococcus aureus*. Diagnostic Micro and Infect Dis. Diagn Microbiol Infect Dis. 2020 Nov;98(3):115126. doi: 10.1016/j.diagmicrobio.2020.115126. Epub 2020 Jul 8. PMID: 32861155.

367. Quirós RE, Bardossy AC, Angeleri P, Zurita J, Aleman Espinoza WR, Carneiro M, Guerra S, Medina J, Castañeda Luquerna X, Guerra A, Vega S, Cuellar Ponce de Leon LE, Munita J, Escobar ED, **Maki G, Prentiss T**, and **Zervos M**. Antimicrobial stewardship programs in adult intensive care units in Latin America: Implementation, assessments, and impact on outcomes. Infect Control Hosp Epidemiol 2021; Epub ahead of print.

368. Shallal A, Abada E, Fehmi Z, Kamatham S, Trak J, Fehmi O, Toma A, Farooqi S, Jang H, Kim S, Bandyopadhyay S, Zervos M, Ali-Fehmi R. Human Papillomavirus Infection and Cervical Dysplasia in a Subset of Arab American Women. Womens Hlth Reports (New Rochelle) 2021;2(1):273-278. PMID: 34318297.

369. Shallal A, Opara IN, Zervos M. Letter to the Editor: In Response. J Gen Intern Med 2021. DOI: 10.1007/s11606-021-07060-5. Published online: Aug 6, 2021.

370. Shallal A, Abada E, Musallam R, Fehmi O, Kaljee L, Fehmi Z, Alzouhayli S, Ujayli D, Dankerlui D, Kim S, Cote ML, Kumar V, Zervos M, Ali-Fehmi R. Evaluation of COVID-19 Vaccine Attitudes Among Arab American Healthcare Professionals Living in the United States. Vaccines 2021. (Accepted for publication).

371. Raghuram A, Gnoni M, Wiemken TL, Beavin LA, Ramirez J, Arnold FW, Zervos MJ, Kett DH, File TM, Stein GE, Ford KD, Ramirez JA, Peyrani P, IMPACT HAP Study Group. Sepsis in Patients with Ventilator Associated Pneumonia due to Methicillin-Resistant *Staphylococcus aureus*: Incidence and Impact on Clinical Outcomes. Univ of Lousville J Resp Infect. (Accepted for publication).

372. Bakthavatchalam DB, Victor PJ, Rao S, Rupali P, Maki G, Balaji V, Zervos M. Genomic portrait of community-associated methicillin-resistant Staphylococcus aureus

Marcus Zervos, M.D.
Curriculum Vitae

ST772-SCCmec V lineage from India.  Gene Reports 2021 (Accepted for publication).

373. Jovanovic M; Tosic T; Jovanovic S; Maki G; Mioljevic V; Velebit B; Stevanovic G; Stosovic R; Zervos M. Virulence factors in three species of enterococci causing invasive infections. J Infect Dev Ctries 2021.