## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

JEANNA NORRIS, on behalf of herself     )
and all others similarly situated,      )
                                        )
                    Plaintiffs,         )          Case No. 1:21-cv-00756
                                        )
vs.                                     )
                                        )
PRESIDENT SAMUEL L. STANLEY, JR.,       )
in his official capacity as President of)
Michigan State University; DIANNE       )
BYRUM, In her official capacity as Chair)
of the Board of Trustees, DAN KELLY,    )
in his official capacity as Vice Chair  )
of the Board of Trustees; and RENEE     )
JEFFERSON, PAT O'KEEFE,                 )
BRIANNA T. SCOTT, KELLY TEBAY,          )
and REMA VASSAR in their official       )
capacities as Members of the Board of   )
Trustees,                               )
                                        )
                    Defendants.         )

## MSU'S BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR
## INITIAL EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), the MSU defendants (collectively, "MSU") seek an initial three-week extension of their deadline to respond to plaintiff Jeanna Norris's complaint, to and including October 14, 2021.

Norris filed her complaint on August 27, 2021 and served it on MSU on August 30, 2021. *See* ECF Nos. 1 & 6. Accordingly, MSU's initial deadline to respond to the complaint is September 23, 2021.

Along with her complaint, Norris moved for a temporary restraining order and preliminary injunction. *See* ECF Nos. 3 & 4. On August 31, 2021, the Court denied Norris's

motion for a temporary restraining order and set a briefing schedule on her preliminary

injunction motion, culminating in a hearing currently set for September 22, 2021. *See* ECF No. 7.

MSU seeks the requested extension in good faith to ensure that it can devote its resources to

responding to Norris's preliminary injunction motion before responding to the complaint. *See,*

*e.g.*, *Dykes v. Marshall*, No. 1:14-CV-1167, 2017 WL 3614427, at *1 (W.D. Mich. Aug. 23,

2017) (confirming that Rule 6(b)(1) authorizes the Court to extend unexpired deadlines for

"good cause"). The requested extension also will not prejudice Norris, whose counsel confirmed

on September 16, 2021 that she does not object to MSU's motion.

Accordingly, MSU respectfully requests that its initial deadline to respond to Norris's

complaint be extended to and including October 14, 2021.


Date:   September 20, 2021                        FAEGRE DRINKER BIDDLE & REATH LLP

                                                 */s/Stephanie L. Gutwein*
                                                 Anne K. Ricchiuto (#25760-49)
                                                 Stephanie L. Gutwein (#31234-49)
                                                 300 North Meridian Street, Suite 2500
                                                 Indianapolis, IN 46204
                                                 Telephone:  317-237-0300
                                                 Fax:  317-237-1000
                                                 anne.ricchiuto@faegredrinker.com
                                                 stephanie.gutwein@faegredrinker.com

                                                 Uriel Abt
                                                 Michigan State University
                                                 Office of the General Counsel
                                                 426 Auditorium Rd., Rm 494
                                                 East Lansing, MI 48824-2600
                                                 Telephone: 517-353-3530
                                                 Fax: 517-432-3950
                                                 abturiel@msu.edu

                                                 *Attorneys for Defendants*

US.134612491.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Harriet Hageman
Jenin Younes
John Vecchione
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036


*/s/Stephanie L. Gutwein*

3

US.134612491.01