IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEANNA NORRIS, on behalf of herself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMUEL STANLEY, JR., in his official capacity as President of Michigan State University; DIANNE BYRUM, in her official capacity as Chair of the Board of Trustees, DAN KELLY, in his official capacity as Vice Chair of the Board of Trustees; and RENEE JEFFERSON, PAT O'KEEFE, BRIANNA T. SCOTT, KELLY TEBAY, and REMA VASSAR in their official capacities as Members of the Board of Trustees, of Michigan State University, and John and Jane Does 1-10,<br><br>*Defendants*. | Case No. 1:21-cv-756 |

## MOTION FOR ALTERNATIVE FORMS OF RELIEF IN LIGHT OF THE UNAUTHORIZED LATE FILING OF A SECOND DR. ZERVOS DECLARATION

Pursuant to Fed. R. Civ. P. 12(f) and this Court's inherent authority to manage this litigation, Plaintiff hereby moves for the Second Declaration of Dr. Zervos filed yesterday (Dkt # 17) to be stricken or for alternative relief to be granted as explained in the accompanying brief in support of this motion.

September 21, 2021

Respectfully submitted,

*/s/ Jenin Younes*
Jenin Younes

1

Litigation Counsel
Jenin.Younes@ncla.legal
*Admitted in this Court*
\* Admitted only in New York.  DC practice limited to matters and proceedings before United States courts and agencies.  Practicing under members of the District of Columbia Bar.

*/s/ Harriet Hageman*
/s/ Harriet Hageman,* MSB #87482
Senior Litigation Counsel
*Admitted in this Court*
Harriet.Hageman@ncla.legal
\* Admitted only in Wyoming, Colorado, and Nebraska.  Practice limited to matters and proceedings before United States Courts and agencies.  Practicing under members of the District of Columbia Bar.

*/s/ John Vecchione*
/s/ John Vecchione
Senior Litigation Counsel
John.Vecchione@ncla.legal
*Admitted in this Court*

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238


*Attorneys for Plaintiffs*