FILED - KZ
October 5, 2021 2:02 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg  Scanned by /MG/ 10/5/21

Case : 21-cv-00756

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

JEANNA NORRIS,
on behalf of herself and all others similarly situated
Plaintiffs,

v.

PRESIDENT SAMUEL L. STANLEY, JR.
in his official capacity as President of Michigan State University; DIANNE BYRUM, in her official capacity as Chair of the Board of Trustees, DAN KELLY, in his official capacity as Vice Chair of the Board of Trustees; and RENEE JEFFERSON, PAT O'KEEFE, BRIANNA T. SCOTT, KELLY TEBAY, and REMA VASSAR in their official capacities as Members of the Board of Trustees
Defendants.

### EXPEDITED CONSIDERATION REQUESTED

MOTION FOR LEAVE TO FILE AMICUS BRIEF, AMICUS BRIEF FOR ROBERT KERR AS AMICUS CURIAE IN SUPPORT OF PLAINTIFF.

To the Honorable Paul L. Maloney, United States District Judge, Western District of Michigan.

Robert C. Kerr
714 Sawyer Rd.
Lansing, Mi 48911
(517) 449-7246
kerr.ingham@yahoo.com
Amicus Curiae (Pro se)

## TABLE OF CONTENTS

MOTION FOR LEAVE TO FILE AMICUS BRIEF ........................................................ 1
STATEMENT OF INTEREST OF AMICUS CURIAE ........……......…....................... 2
ARGUMENTS ........................................................................................................... 4
    I. What are the relative risks and rewards of a vaccine mandate for
        previously infected individuals?...............................…......…………....4
    II. Timeliness of consideration:………....………………......……………………….6
VARIED OBSERVATIONS AND QUESTIONS…………………………………….7
    Early Detection Program timeliness……………………....………………………7
    Ability to continue long-term testing……………………....…………………….8
    Post infection, ongoing antibody testing………………………………………….8
CONCLUSION ........................................................................................................... 9

Case : 21-cv-00756

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

JEANNA NORRIS,
on behalf of herself and all others similarly situated
Plaintiffs,

v.

PRESIDENT SAMUEL L. STANLEY, JR.
in his official capacity as President of Michigan State University; DIANNE BYRUM, in her official capacity as Chair of the Board of Trustees, DAN KELLY, in his official capacity as Vice Chair of the Board of Trustees; and RENEE JEFFERSON, PAT O'KEEFE, BRIANNA T. SCOTT, KELLY TEBAY, and REMA VASSAR in their official capacities as Members of the Board of Trustees
Defendants.

### EXPEDITED CONSIDERATION REQUESTED

### MOTION FOR LEAVE TO FILE AMICUS BRIEF

Robert Kerr, an employee of Michigan State University, and an individual who would likely fall under the requested class per the Plaintiffs class action request, and on behalf of the many individuals similarly situated, respectfully move for leave of Court to file the accompanying amicus brief in support of Plaintiffs motion for injunctive relief, and consideration of their claim of unnecessary harm.

While the Defendant has chosen to keep the Plaintiff on remote work status, and the assignment of remote work has left the court questioning the ripeness of the case before it, Myself and many other similarly situated employees, are left, trying to make long-term decisions on our gainful employment, absent critical, and needed information.

Respectfully submitted on this 5th day of October, 2021,
Robert Kerr

1