UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANNA NORRIS,

     Plaintiff,

                                     Case No.  1:21-cv-756

v.

                                     HONORABLE PAUL L. MALONEY

SAMUEL L. STANLEY, JR., et al.,

     Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO
## SUBMIT SUPPLEMENTAL AUTHORITY

Pending before the Court is Defendants' motion for leave to submit supplemental authority in support of opposition to preliminary injunction (ECF No. 36). Plaintiff does not oppose the motion (ECF No. 36-2).  Therefore,

**IT IS HEREBY ORDERED** that the motion for leave to submit supplemental authority in support of opposition to preliminary injunction (ECF No. 36) is GRANTED for the reasons stated in the motion.  The Clerk of Court shall accept the proposed document for filing.

Dated:  October 6, 2021                         /s/ Paul L. Maloney
                                         Paul L. Maloney
                                       United States District Judge