UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEANNA NORRIS, *et al.*,  )<br>　　　　Plaintiffs,　　　　)<br>　　　　　　　　　　　　　)<br>-v-　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>SAMUEL L. STANLEY, JR., *et al.*, )<br>　　　　Defendants.　　　　)<br>　　　　　　　　　　　　　) | No. 1:21-cv-756<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 22, 2022　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　United States District Judge